**KAHN SWICK & FOTI, LLC**
Kim E. Miller (SBN 178370)
kim.miller@ksfcounsel.com
250 Park Avenue, 7th Floor
New York, NY 10177
Telephone: (212) 696-3730
Facsimile: (504) 455-1498

*Counsel for Lead Plaintiff Timothy M. Weis*
*and Lead Counsel for the Class*

**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**
John P. Stigi III (SBN 208342)
jstigi@sheppardmullin.com
Bridget J. Russell (SBN 288107)
brussell@sheppardmullin.com
1901 Avenue for the Stars, Suite 1600
Los Angeles, California 90067
Telephone: 310.228.3700
Facsimile: 310.228.3701

*Counsel for Defendants Workhorse Group, Inc.,*
*Duane Hughes, and Steve Schrader*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SAM FARRAR, Individually and on Behalf of All Others Similarly Situated,<br><br>                Plaintiff,<br><br>     v.<br><br>WORKHORSE GROUP, INC., DUANE HUGHES and STEVE SCHRADER,<br><br>                Defendants. | Case No. 2:21-cv-02072-CJC-PVC<br><br>**STIPULATION SCHEDULING FILING OF CONSOLIDATED AMENDED COMPLAINT AND DEFENDANTS' RESPONSE THERETO** |

Lead Plaintiff Timothy M. Weis and Defendants Workhorse Group, Inc., Duane Hughes, and Steve Schrader, by and through their undersigned counsel, hereby agree and stipulate to the following:

WHEREAS, on May 18, 2021, the Court ordered that "[w]ithin ten (10) days of the Court's order appointing lead plaintiff and approving lead counsel in accordance with the Private Securities Litigation Reform Act of 1995, counsel for defendants and lead counsel shall confer and submit a proposed schedule for the filing of a consolidated amended complaint and defendants' response thereto." (ECF No. 60);

WHEREAS, on May 18, 2021, the Court appointed Timothy M. Weis as Lead Plaintiff, and approved his selection of Kahn Swick & Foti, LLC as Lead Counsel (ECF No. 61);

WHEREAS, counsel for Lead Plaintiff and Defendants have now met and conferred on a schedule for the filing of a consolidated amended complaint and Defendants' response thereto.

NOW, THEREFORE, the parties, through their undersigned counsel and subject to the Court's approval, stipulate and agree that:

1.    Lead Plaintiff shall file a consolidated amended complaint by Friday, July 16, 2021;

2.    Defendants shall answer or otherwise respond to the consolidated amended complaint by Friday, September 3, 2021;

3.    If applicable, Lead Plaintiff shall file any opposition to Defendants' motion to dismiss by Monday, October 18, 2021.

4.    If applicable, Defendants shall file any reply to Lead Plaintiff's opposition to Defendants' motion to dismiss by Friday, November 12, 2021.

STIPULATION SCHEDULING FILING OF CONSOLIDATED AMENDED
COMPLAINT AND DEFENDANTS' RESPONSE THERETO                    Case No. 2:21-CV-02072-CJC-PVC

1

Dated: May 26, 2021                    **KAHN SWICK & FOTI, LLC**

                                       */s/ Kim E. Miller*
                                       Kim E. Miller
                                       *Counsel for Lead Plaintiff Timothy M. Weis*
                                       *and Lead Counsel for the Class*


Dated: May 26, 2021                    **SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**

                                       */s/ Bridget J. Russell*
                                       Bridget J. Russell
                                       *Counsel for Defendants Workhorse Group,*
                                       *Inc., Duane Hughes, and Steve Schrader*


Pursuant to C.D. CAL. LOCAL RULE 5-4.3.4(a)(2)(i), I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.


Dated: May 26, 2021                    */s/ Kim E. Miller*
                                       Kim E. Miller
                                       *Counsel for Lead Plaintiff Timothy M. Weis*
                                       *and Lead Counsel for the Class*

STIPULATION SCHEDULING FILING OF CONSOLIDATED AMENDED
COMPLAINT AND DEFENDANTS' RESPONSE THERETO                    Case No. 2:21-CV-02072-CJC-PVC

2