# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAM FARRAR, Individually and on Behalf of All Others Similarly Situated,<br><br>           Plaintiff,<br><br>   v.<br><br>WORKHORSE GROUP, INC., DUANE HUGHES and STEVE SCHRADER,<br><br>           Defendants. | Case No. 2:21-cv-02072-CJC-PVC<br><br>**[PROPOSED] ORDER SCHEDULING FILING OF CONSOLIDATED AMENDED COMPLAINT AND DEFENDANTS' RESPONSE THERETO** |

Having considered the parties' May 24, 2021 Stipulation Scheduling Filing of Consolidated Amended Complaint and Defendants' Response Thereto (the "Stipulation"), and good cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1.    Lead Plaintiff shall file a consolidated amended complaint by Friday, July 16, 2021;

2.    Defendants shall answer or otherwise respond to the consolidated amended complaint by Friday, September 3, 2021;

3.    If applicable, Lead Plaintiff shall file any opposition to Defendants' motion to dismiss by Monday, October 18, 2021;

4.    If applicable, Defendants shall file any reply to Lead Plaintiff's opposition to Defendants' motion to dismiss by Friday, November 12, 2021.

**IT IS SO ORDERED.**

DATED: _____, 2021

_____
HONORABLE CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER                                                      Case No. 2:21-CV-02072-CJC-PVC