SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
JOHN P. STIGI III, Cal. Bar No. 208342
BRIDGET J. RUSSELL, Cal. Bar. No. 288107
GIAN A. RYAN, Cal. Bar. No. 334599
jstigi@sheppardmullin.com
brussell@sheppardmullin.com
gryan@sheppardmullin.com
1901 Avenue for the Stars, Suite 1600
Los Angeles, California 90067
Telephone:   310.228.3700
Facsimile:   310.228.3701

Attorneys for Defendants WORKHORSE
GROUP INC., DUANE HUGHES, STEVE
SCHRADER, ROBERT WILLISON and
GREGORY ACKERSON

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAM FARRAR, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>WORKHORSE GROUP, INC., DUANE HUGHES, STEVE SCHRADER, ROBERT WILLISON and GREGORY ACKERSON,<br><br>Defendants. | Case No. 2:21-cv-02072-CJC-PVC<br><br>**DEFENDANTS' REQUEST FOR JUDICIAL NOTICE**<br><br>Complaint filed:  March 8, 2021<br><br>Date:    December 6, 2021<br>Time:    1:30 p.m.<br>Crtrm.:  9B<br><br>The Hon. Cormac J. Carney |

Defendants Workhorse Group Inc. ("Workhorse"), Duane Hughes, Steve Schrader, Robert Willison and Gregory Ackerson respectfully request that this Court take judicial notice of various publicly available documents and Securities and Exchange Commission ("SEC") Filings.

Pursuant to Fed. R. Evid. 201(d), a Court is mandated to take judicial notice of adjudicated facts if requested by a party and supplied with the necessary information. The Court may judicially notice a fact that is not subject to reasonable dispute if it: (1) is generally known within the trial court's territorial jurisdiction; or (2) can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned.  Fed. R. Evid. 201(b).  Matters of public record, such as filings made with regulatory entities, fall within this rule.  *Metzler Inv. GMBH v. Corinthian Colleges, Inc.*, 540 F.3d 1049, 1064 n.7 (9th Cir. 2018) (district court properly took judicial notice of publicly available financial documents and SEC filings); *see also In re Impac Mortg. Holdings, Inc. Sec. Litig.,* 554 F. Supp. 2d 1083, 1088 (C.D. Cal. 2008) (Carney, J.).  Courts in the Ninth Circuit also routinely take notice of press releases. *See, e.g.*, *In re Netflix, Inc. Sec. Litig.*, 2005 WL 3096209, at *1 (N.D. Cal. Nov. 18, 2005).

Accordingly, defendants respectfully request that this Court take judicial notice of the following documents:

1.    **EXHIBIT A** – Excerpts from Workhorse's March 10, 2020 Form 8-K.

2.    **EXHIBIT B** – Excerpts from the transcript of Workhorse's March 10, 2020 call with investors.

3.    **EXHIBIT C** – Excerpts from Workhorse's March 13, 2020 Form 10-K.

4.    **EXHIBIT D –** Workhorse's May 6, 2020 Form 8-K Press Release.

5.    **EXHIBIT E –** Excerpts from the transcript of Workhorse's May 6, 2020 call with investors.

6.    **EXHIBIT F –** Excerpts from Workhorse's May 6, 2020 Form 10-Q.

7.    **EXHIBIT G –** Workhorse's July 23, 2020 Press Release.

-1-

8.    **EXHIBIT H** – Excerpts from Workhorse's August 10, 2020 Form 8-K.

9.    **EXHIBIT I** – Excerpts from the transcript of Workhorse's August 10, 2020 call with investors.

10.    **EXHIBIT J** – Excerpts from Workhorse's August 10, 2020 Form 10-Q.

11.    **EXHIBIT K** – Workhorse's August 31, 2020 Press Release.

12.    **EXHIBIT L** – Excerpts from Workhorse's November 9, 2020 Form 8-K.

13.    **EXHIBIT M** – Excerpts from the transcript of Workhorse's November 9, 2020 call with investors.

14.    **EXHIBIT N** – Workhorse's November 9, 2020 Press Release.

15.    **EXHIBIT O** – Excerpts from Workhorse's November 9, 2020 Form 10-Q.

16.    **EXHIBIT P** – Workhorse's February 24, 2021 Press Release.

17.    **EXHIBIT Q** – Excerpts from Workhorse's March 1, 2021 Form 8-K.

18.    **EXHIBIT R** – Excerpts from the transcript of Workhorse's March 1, 2021 call with investors.

19.    **EXHIBIT S** – WIS NEWS June 22, 2021 article "Oshkosh Defense will build new mail trucks in South Carolina," found on September 3, 2021 at https://www.wistv.com/2021/06/22/oshkosh-defense-will-build-new-mail-trucks-south-carolina/.

20    **EXHIBIT T** – FleetOwner June 28, 2021 article "Oshkosh names South Carolina site for USPS vehicle production," found on September 3, 2021 at https://www.fleetowner.com/equipment/article/21168295/oshkosh-names-south-carolina-site-for-usps-vehicle-production.

21.    **EXHIBIT U** – Excerpts from Oskhosh Corporation's July 29, 2021 Form 8-K.

22.    **EXHIBIT V** – Steve Schrader's December 16, 2020 Form 4.

23.    **EXHIBIT W** – Steve Schrader's January 12, 2021 Form 4.

-2-

24.  **EXHIBIT X** – Robert Willison's July 17, 2021 Form 4.

35.  **EXHIBIT Y** – Robert Willison's January 12, 2021 Form 4.

36.  **EXHIBIT Z** – Gregory Ackerson's July 6, 2020 Form 4.

37.  **EXHIBIT AA –** Gregory Ackerson's September 16, 2020 Form 4.

38.  **EXHIBIT BB** – Gregory Ackerson's January 12, 2021 Form 4.

39.  **EXHIBIT CC –** Gregory Ackerson's January 28, 2021 Form 4.

40.  **EXHIBIT DD** – Robert Willison's January 28, 2021 Form 4.

Dated:  September 3, 2021          SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By:  _____ */s/ John P. Stigi III*
JOHN P. STIGI III
BRIDGET J. RUSSEL
GIAN A. RYAN
Attorneys for Defendants
WORKHORSE GROUP INC., DUANE HUGHES, ROBERT WILLISON, GREGORY ACKERSON and STEVE SCHRADER

SMRH:4836-0520-7033.1                              DEFENDANTS' REQUEST FOR JUDICIAL NOTICE