# Workhorse Group, Inc. (WKHS) CEO Duane Hughes on Q4 2019 Results - Earnings Call Transcript

Mar. 10, 2020 4:11 PM ET**Workhorse Group Inc. (WKHS)**

## Q4: 2020-03-10 Earnings Summary

 **10-K**   **10-Q**

EPS of $0.02 beats by $0.13 | Revenue of $2,610.00 (-87.57% Y/Y) misses by $667.39K

Workhorse Group, Inc. (NASDAQ:WKHS) Q4 2019 Earnings Conference Call March 10, 2020 10:00 AM ET

**Company Participants**

Robert Willison - COO

Steve Schrader - CFO

Duane Hughes - CEO & Director

**Conference Call Participants**

Greg Lewis - BTIG

Jeff Osborne - Cowen & Company

Jay Burnham - Armory Advisors

**Operator**

Ladies and gentlemen, greetings and welcome to Workhorse Group's Fourth Quarter and Full Year 2019 Investor Conference Call. As a reminder, this conference call is being recorded. It is now my pleasure to introduce your host, Workhorse' Chief Operating Officer, Dr. Rob Willison. Thank you. Dr. Willison, you may begin.

**Robert Willison**

Thank you, operator and good morning, everyone. We appreciate you for taking the time to join us for our call.

Before the market opened, we issued a press release with our full year results for the period ended December 31, 2019. I want to talk about the progress of our award-winning C Series. We have achieved four certifications and milestones as they relate to our Q1 production activities. I will elaborate.

The first one is EPA certification. On February 13, we received the EPA Certification of Conformity or COC for the C650 and C1000 which are our full electric zero emission last mile delivery vehicles. The COC is issued by the EPA to a vehicle manufacturer to officially confirm a specific vehicle class conforms to all EPA regulations and emission standards. With this approval, the vehicle class also has the right authority to operate on US roads and highways. Clearly, EPA approvals are key step in the delivery of production vehicles in the US. The second one is brake testing. On February 26, the C Series completed tests for final calibration of it's ABS anti-lock brake functionality. For a vehicle of this size, lending regenerative braking and ABS and certifying the system was a considerable effort, we are pleased to report this has been successfully completed. The third milestone is the myriad of Federal Motor Vehicle Safety Standard or FMBSS ranging from headlights to switches to hood latch systems, and we have passed testing of each of these standards except one, which we anticipate will be completed in March.

Lastly, Workhorse has earned it's ISO 9001:2015 certifications for it's quality management system. ISO 9001:2015 is a globally recognized quality management standard developed and published by the International Organization for Standardization. It was issued by Perry Johnson Registrars and the scope of Workhorse's certification includes the design development and service of electric vehicles support equipment and services.

I recently posted a video to LinkedIn that garnered a lot of attention. The video show the C1000 on the durability track at The Transportation Research Center in East Liberty, Ohio. It showed how impressively suspension absorbs the bumps, the independent front rear suspension is a first in this class of commercial last mile delivery vehicles, and the video of the C1000 running on the test-track shows ride a driver can expect. This paired with a non-oil canning composite body and frame makes a superior work truck environments and less fatigue for drivers. Our C650 is also accumulating additional test miles here in Loveland. We are confident in our technology and an overall platform. We have many potential customers drive the vehicles to assess the new features and this confirms we are meeting the market's needs and expectations.

Speaking of which, we hosted a ride and drive last month directed at our fleet customers. With several of the largest worldwide fleet operators attending, there were glowing reviews of the vehicles operations. As a customer-focused company, it's great to hear that our ultra-low floor, high driver visibility, flexibility in order configuration, and cost is attractive to potential customers. And a little about the award previously mentioned; at the NTEA Show last week, Workhorse's C650 won the prestigious Innovation Award in the Green category. We are happy with the accolades and that the C Series is being recognized for the groundbreaking vehicle it is designed to be.

In a few moments I'm going to turn the call over to our CFO, Steve Schrader, who will walk us through our financial results for the quarter and year. After that, our CEO, Duane Hughes and I will come on the line to provide an update to our business, our production and an outlook for the remainder of the year.

Before we begin, I want to call your attention to our Safe Harbor provisions for forward-looking statements that is posted on our website and as part of our year-end update. The safe harbor provision identifies risk factors that may cause actual results to differ materially from the content of our forward-looking statements. Our 2019 Form 10-K and other periodic filings will provide further details about the risk factors related to our business.

And with that, I would like to turn the call over to our CFO, Steve Schrader. Steve?

**Steve Schrader**