# Workhorse Group Inc. (WKHS) CEO Duane Hughes on Q1 2020 Results - Earnings Call Transcript

May 06, 2020 4:41 PM ET**Workhorse Group Inc. (WKHS)**1 Comment1 Like

## Q1: 2020-05-06 Earnings Summary

 10-Q

EPS of $0.06 beats by $0.19 | Revenue of $84.30K (-76.85% Y/Y) beats by $81.80K

Workhorse Group Inc. (NASDAQ:WKHS) Q1 2020 Earnings Conference Call May 6, 2020 10:00 AM ET

**Company Participants**

Rob Willison - Chief Operating Officer

Steve Schrader - Chief Financial Officer

Duane Hughes - Chief Executive Officer

**Conference Call Participants**

Greg Lewis - BTIG

Craig Irwin - ROTH Capital Partners

Jeff Osborne - Cowen & Company

**Operator**

Ladies and gentlemen, greetings and welcome to Workhorse Group's First Quarter 2020 Investor Conference Call. As a reminder, this conference call is being recorded.

It is now my pleasure to introduce your host Workhorse, Chief Operating Officer, Dr. Rob Willison. Thank you. Dr. Willison you may begin.

**Rob Willison**

Thank you, operator, and good morning, everyone. We appreciate you taking the time to join us for our call. Before the market opened, we issued a press release with our first quarter results for the period ended March 31, 2020, a copy of which is in the Investors Relations section of our website. Workhorse is releasing financial results today as well as its quarterly filing on Form 10-Q.

In a few moments, I'm going to turn the call over to our CFO, Steve Schrader, who will walk us through our financial results for the quarter. After that, our CEO, Duane Hughes will provide an update on our businesses, as well as provide an outlook for the remainder of the year.

Before we begin, I want to call your attention to our Safe Harbor provision for forward-looking statements that is posted on our website and as part of our quarterly update. The Safe Harbor provision identifies risk factors that can cause actual results to differ materially from the content of our forward-looking statements. Our 2019 Form 10-K and other periodic filings on file with the SEC provide further detail about the risk factors related to our business.

And with that, I would like to turn the call over to our CFO, Steve Schrader. Steve?

**Steve Schrader**

Thanks, Rob, and thank you to all who are joining us for today's call. This morning, we issued a press release, which discusses the results of our operations for the quarter. Additionally, as Rob just mentioned, we filed our Form 10-Q today. I recommend going through both materials to get more color on some information being discussed today.

Now to our financial results for the first quarter ended March 31, 2020, as many of you who have been following Workhorse are aware, and as we indicated on the last earnings call, we shared with you that the COVID-19 virus delayed to material component shipments four to six weeks. Those delays moved our first deliveries to the second quarter, which is why we have no meaningful revenue in this quarter.

Sales for the first quarter of 2020 were recorded at $84,000 compared with $364,000 in the first quarter of 2019. Cost of goods sold increased to $1.7 million from $1.4 million in the first quarter of 2019. The increase is primarily driven by increase in tooling costs for the C-Series production.

Selling, general and administrative expenses increased to $5.6 million from $2.1 million in the same period last year. The increase in selling general and administrative expenses was due primarily to increases in consulting expenses, higher employee-related costs and the $1 million payment related to ST Engineering Hackney for acquisition of certain assets.

Research and development expenses increased to $1.9 million from $1.4 million in the first quarter of 2019. The increase in research and development expenses was primarily due to finalizing the design of the C-Series. Other income was $865,000 compared to $0 in the first quarter of 2019, due to additional shares received for the LMC investment related to our anti-dilution provisions.

Interest income increased by $14.8 million, with $13 million of income in this quarter compared to an interest expense of $1.8 million from the same period last year. The significant increase in interest income was due to the mark-to-market adjustment for warrants issued to lenders and the change in fair value of our convertible note both based upon a lower stock price at quarter end compared to 2019 year-end.

Finally, net income was $4.8 million compared to a net loss of $6.3 million in the first quarter of 2019. As of March 31, 2020, we had cash, cash equivalents and short-term investments of $16.8 million compared to $23.9 million as of December 31, 2019. You may have seen last week, we filed a Form S-3 registration statement commonly referred to as a shelf offer, to give us the ability to raise capital in the future once the registration statement is effective. This is a procedural move as our previous S-3 had expired. As we mentioned in the previous call, we continue to pursue with various parties a credit revolver, which we believe is the best matched with our current capital need of ramping up our truck production.