July 23, 2020                                        **WORKHORSE**™

# Workhorse Receives Purchase Order for 20 C-1000 All-Electric Delivery Trucks from Cincinnati-Based eTrucks

CINCINNATI, July 23, 2020 /PRNewswire/ --Workhorse Group Inc. (Nasdaq: WKHS) **("Workhorse" or the "Company")**, an American technology company focused on providing sustainable and cost-effective drone-integrated electric vehicles to the last-mile delivery sector, today announced that it has received an initial purchase order for 20 of its all-electric C-1000 delivery vehicles from Cincinnati-based, newly-launched trucking company, eTrucks.



eTrucks plans to function as a vehicle buyer and reseller and will be offering fleet funding programs and services tailored for different business needs. The company also aims to provide flexible financing options for its customers, including owned or leased programs. Its primary target market will be the small-to-medium sized business (SMB) fleet operators in the Ohio area with plans for regional and even national expansion in the near future.

Bill Hamilton, eTrucks Managing Partner, stated, "As an Ohio-based operation, we've been able to experience up-close the quality of the Workhorse vehicles for some time, and we're appreciative of the opportunity to partner with a world-class organization as we ramp up our operations. The Workhorse C-Series product line offers superior capabilities from any other legacy delivery vehicle in the market, and we believe our fleet customers will appreciate the improved safety features and reduced operating costs that come from a quiet-riding electric vehicle option. Going forward, we plan to offer these vehicles on a national platform for sale and leasing."

Workhorse CEO Duane Hughes added, "Bill and his partner Brian Carr are building a valuable sales and distribution platform for an underserved market. The SMB fleet operator represents a major opportunity for additional sales, and we're looking forward to growing our partnership with another Ohio-based organization to improve last-mile delivery for everyone. Pursuing sales agreements with resellers, like eTrucks, allows Workhorse to expand our sales reach and take advantage of economies of scale that would otherwise be unavailable through individual transactions."

**About Workhorse Group Inc.**

Workhorse is a technology company focused on providing drone-integrated electric vehicles to the last-mile delivery sector. As an American original equipment manufacturer, we design and build high performance, battery-electric vehicles including trucks and aircraft. Workhorse also develops cloud-based, real-time telematics performance monitoring systems that are fully integrated with our vehicles and enable fleet operators to optimize energy and route efficiency. All Workhorse vehicles are designed to make the movement of people and goods more efficient and less harmful to the environment. For additional information visit workhorse.com.

*Forward-Looking Statements*

*This press release includes forward-looking statements.  These statements are made under the "safe harbor" provisions of the U.S. Private Securities Litigation Reform Act of 1995.  These statements may be identified by words such as "believes," "expects," "anticipates," "estimates," "projects," "intends," "should," "seeks," "future," "continue," or the negative of such terms, or other comparable terminology. Forward-looking statements are statements that are not historical facts.  Such forward-looking statements are subject to risks and uncertainties, which could cause actual results to differ materially from the forward-looking statements contained herein.  Factors that could cause actual results to differ materially include, but are not limited to: our limited operations and need to expand in the near future to fulfill product orders; risks associated with obtaining orders and executing upon such orders; the ability to protect our intellectual property; the potential lack of market acceptance of our products; potential competition; our inability to retain key members of our management team; our inability to raise additional capital to fund our operations and business plan; our inability to satisfy covenants in our financing agreements; our inability to maintain our listing of our securities on the Nasdaq Capital Market; our inability to satisfy our customer warranty claims; our ability to continue as a going concern; our liquidity and other risks and uncertainties and other factors discussed from time to time in our filings with the Securities and Exchange Commission ("SEC"), including our annual report on Form 10-K filed with the SEC. Workhorse expressly disclaims any obligation to publicly update any forward-looking statements contained herein, whether as a result of new information, future events or otherwise, except as required by law.*

**Media Contact:**

**Mike Dektas**
Creative Storm PR
513-266-3590
**mike@creativestorm.com**

**Workhorse Investor Relations Contact:**

**Matt Glover and Tom Colton**
Gateway Investor Relations
949-574-3860
**WKHS@gatewayir.com**

C View original content to download multimedia:http://www.prnewswire.com/news-

releases/workhorse-receives-purchase-order-for-20-c-1000-all-electric-delivery-trucks-from-cincinnati-based-etrucks-301098809.html

SOURCE Workhorse Group Inc.