# Workhorse Group Inc. (WKHS) CEO Duane Hughes on Q2 2020 Results - Earnings Call Transcript

Aug. 10, 2020 4:28 PM ET**Workhorse Group Inc. (WKHS)**3 Likes

## Q2: 2020-08-10 Earnings Summary



**10-Q**

EPS of -$1.76 misses by $1.65 | Revenue of $91.94K (1,568.60% Y/Y) misses by $183.06K

Workhorse Group Inc. (NASDAQ:WKHS) Q2 2021 Earnings Conference Call August 10, 2020 10:00 AM ET

**Company Participants**

Rob Willison - Chief Operating Officer

Steve Schrader - Chief Financial Officer

Duane Hughes - Chief Executive Officer

John Graber - Head of Aerospace Operation

**Conference Call Participants**

Craig Irwin - ROTH Capital Partners

Greg Lewis - BTIG.

Jeff Osborne - Cowen & Company

Mike Shlisky - Dougherty Colliers Securities

Pavel Molchanov - Raymond James

**Operator**

Ladies and gentlemen, greetings. And welcome to Workhorse Group's Second Quarter 2020 Investor Conference Call. As a reminder, this conference is being recorded.

It is now my pleasure to introduce your host Workhorse's Chief Operating Officer, Dr. Rob Willison. Thank you. Dr. Willison you may begin.

**Rob Willison**

Thank you, operator, and good morning, everyone. We appreciate you taking the time to join us for our call. Before the market opened, we issued a press release with our second quarter results for the period ended June 30th, 2020, a copy of which is in the Investors Relations section of our website. We also released our quarterly Form 10-Q.

In a few moments, I'm going to turn the call over to our CFO, Steve Schrader, who will walk us through our financial results for the quarter. After that, our CEO, Duane Hughes will provide an update on the businesses, as well as provide an outlook for the remainder of the year. We will then hear from John Graber, who heads up our Aerospace operations for an update on that part of the business before we turn it over to questions.

Before we begin, I want to call your attention to our Safe Harbor provision for forward-looking statements that is posted on our website and as part of our quarterly update. The Safe Harbor provision identifies risk factors that may cause actual results to differ materially from the content of our forward-looking statements. Our 2019 Form 10-K and other periodic filings on file with the SEC provide further detail about the risk factors related to our business.

And with that, I would like to turn the call over to our CFO, Steve Schrader. Steve?

**Steve Schrader**