**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
**Washington, D.C. 20549**

**FORM 10-Q**

☒ **QUARTERLY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the quarterly period ended June 30, 2020**

or

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the transition period from _____ to _____**

**Commission file number: 000-53704**

**WORKHORSE GROUP INC.**
(Exact name of registrant as specified in its charter)

| **Nevada** | **26-1394771** |
|---|---|
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification No.) |

**100 Commerce Drive, Loveland, Ohio 45140**
(Address of principal executive offices, including zip code)

**(513) 360-4704**
(Registrant's telephone number, including area code)

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the Registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes ☒  No ☐

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit and post such files). Yes ☒  No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| | | | |
|---|---|---|---|
| Large accelerated filer | ☐ | Accelerated filer | ☒ |
| Non-accelerated filer | ☐ | Smaller reporting company | ☒ |
| | | Emerging growth company | ☐ |

If an emerging growth comp any, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act). Yes ☐  No ☒

| **Title of each class** | **Trading Symbol** | **Name of each exchange on which registered** |
|---|---|---|
| Common Stock, $0.001 par value per share | WKHS | The NASDAQ Capital Market |

The number of shares of the Registrant's Common Stock, $0.001 par value per share, outstanding as of August 4, 2020, was 105,134,924.

1

**TABLE OF CONTENTS**

**PART I**     **FINANCIAL INFORMATION**

Item 1.     Financial Statements                                                                              1
      Condensed Consolidated Balance Sheets                                        1
      Condensed Consolidated Statements of Operations                             2
      Condensed Consolidated Statements of Comprehensive Loss                     3
      Condensed Consolidated Statements of Stockholders' Deficit                  4
      Condensed Consolidated Statements of Cash Flows                             6
      Notes to Condensed Consolidated Financial Statements                        8

Item 2.     Management's Discussion and Analysis of Financial Condition and Results of Operations    19
Item 3.     Quantitative and Qualitative Disclosures About Market Risk                               23
Item 4.     Controls and Procedures                                                                  23

**PART II**     **OTHER INFORMATION**                                                                25

Item 1.     Legal Proceedings                                                                        25
Item 1A.    Risk Factors                                                                             25
Item 2.     Unregistered Sales of Equity Securities and Use of Proceeds                              26
Item 3.     Defaults Upon Senior Securities                                                          26
Item 4.     Mine Safety Disclosures                                                                  26
Item 5.     Other Information                                                                        26
Item 6.     Exhibits                                                                                 27
      SIGNATURES                                                                  28

i

**Forward-Looking Statements**

*The discussions in this Quarterly Report contain forward-looking statements reflecting our current expectations that involve risks and uncertainties. When used in this Report, the words "anticipate", expect", "plan", "believe", "seek", "estimate" and similar expressions are intended to identify forward-looking statements. These are statements that relate to future periods and include, but are not limited to, statements about the features, benefits and performance of our products, our ability to introduce new product offerings and increase revenue from existing products, expected expenses including those related to selling and marketing, product development and general and administrative, our beliefs regarding the health and growth of the market for our products, anticipated increase in our customer base, expansion of our products functionalities, expected revenue levels and sources of revenue, expected impact, if any, of legal proceedings, the adequacy of liquidity and capital resource, and expected growth in business. Forward-looking statements are subject to risks and uncertainties that could cause actual results to differ materially from those projected. These risks and uncertainties include, but are not limited to, market acceptance for our products, our ability to attract and retain customers for existing and new products, our ability to control our expenses, our ability to recruit and retain employees, legislation and government regulation, shifts in technology, global and local business conditions, our ability to effectively maintain and update our product and service portfolio, the strength of competitive offerings, the prices being charged by those competitors and the risks discussed elsewhere herein. These forward-looking statements speak only as of the date hereof. We expressly disclaim any obligation or undertaking to release publicly any updates or revisions to any forward-looking statements contained herein to reflect any change in our expectations with regard thereto or any change in events, conditions or circumstances on which any such statement is based.*

All references in this Form 10-Q that refer to the "Company", "Workhorse Group", "Workhorse", "we," "us" or "our" are to Workhorse Group Inc.