# Workhorse Group Inc (WKHS) CEO Duane Hughes on Q3 2020 Results - Earnings Call Transcript

Nov. 09, 2020 1:47 PM ET**Workhorse Group Inc. (WKHS)**2 Likes

## Q3: 2020-11-09 Earnings Summary



**10-Q**

EPS of -$0.78 misses by $0.68 | Revenue of $564.71K (13,156.10% Y/Y) misses by $1.25M

Workhorse Group Inc (NASDAQ:WKHS) Q3 2020 Results Conference Call November 9, 2020 10:00 AM ET

**Company Participants**

Robert Willison - Chief Operating Officer

Duane Hughes - President and Chief Executive Officer

Steve Schrader - Chief Financial Officer

**Conference Call Participants**

Colin Rusch - Oppenheimer & Co

Gregory Lewis - BTIG

Craig Irwin - ROTH Capital Partners

Jeffrey Osborne - Cowen and Company

Mike Shlisky - Colliers Securities

**Operator**

Ladies and gentlemen, greetings, and welcome to Workhorse Group's Third Quarter 2020 Investor Conference Call. As a reminder, this conference is being recorded.

It is now my pleasure to introduce your host, Workhorse's Chief Operating Officer, Dr. Rob Willison. Thank you. You may begin.

**Robert Willison**

Thank you, Melissa, and good morning, everyone. We appreciate you taking time to join us for our call. Before market opened, we issued a press release with our results for third quarter that ended September 30, 2020, a copy of which is in Investor Relations section of our website. We also released our quarterly Form 10-Q.

In a few moments, I'm going to turn call over to our CEO, Duane Hughes, who will provide an update on our business as well as an outlook for remainder of the year and 2021. And Duane will then hand the call to our CFO, Steve Schrader, who will walk us through our financial results for the quarter.

After that, we will turn it over for questions. But before we begin, I want to call your attention to our safe harbor provision for forward-looking statements that is posted on our website and as part of our quarterly update.

The safe harbor provision identifies risk factors that may cause actual results to differ materially from the content of our forward-looking statements. Our 2019 Form 10-K and other periodic filings on file with the SEC provide further detail about the risk factors related to our business.

And with that, I would like to turn the call over to our CEO, Duane Hughes. Duane.

**Duane Hughes**

Thanks, Rob, and good morning to everyone on the call. We appreciate you taking the time to join us today.