February 24, 2021



# Workhorse Provides Corporate Update

CINCINNATI, Feb. 24, 2021 (GLOBE NEWSWIRE) -- **Workhorse Group Inc.** **(Nasdaq: WKHS) ("Workhorse" or the "Company")**, an American technology company focused on providing sustainable and cost-effective drone-integrated electric vehicles to the last-mile delivery sector, today provided an update related to its bid to participate in the United States Postal Service Next Generation Delivery Vehicle ("USPS NGDV") program.

On February 23, 2021 the USPS issued a press release announcing that it has made an award under the NGDV contract to a competing finalist, the details of which can be found **here**. After being informed of the USPS decision, the Company has requested, pursuant to the bid process rules, additional information from the USPS and is awaiting a response at this time. The Company intends to explore all avenues that are available to non-awarded finalists in a government bidding process. As further updates are provided, Workhorse intends to share that information through appropriate communications channels to the extent that the Company is permitted to do so.

Separately, on March 1 the Company will be holding a conference call to discuss its quarterly and year-end financial and operational results. Workhorse management will host the presentation, followed by a question and answer period. Interested parties are invited to attend the call, details for which can be found **here**.

**About Workhorse Group Inc.**
Workhorse is a technology company focused on providing drone-integrated electric vehicles to the last-mile delivery sector. As an American original equipment manufacturer, we design and build high performance, battery-electric vehicles including trucks and aircraft. Workhorse also develops cloud-based, real-time telematics performance monitoring systems that are fully integrated with our vehicles and enable fleet operators to optimize energy and route efficiency. All Workhorse vehicles are designed to make the movement of people and goods more efficient and less harmful to the environment. For additional information visit **workhorse.com**.

*Forward-Looking Statements*
*This press release includes forward-looking statements. These statements are made under the "safe harbor" provisions of the U.S. Private Securities Litigation Reform Act of 1995. These statements may be identified by words such as "believes," "expects," "anticipates," "estimates," "projects," "intends," "should," "seeks," "future," "continue," or the negative of such terms, or other comparable terminology. Forward-looking statements are statements that are not historical facts. Such forward-looking statements are subject to risks and uncertainties, which could cause actual results to differ materially from the forward-looking statements contained herein. Factors that could cause actual results to differ materially include, but are not limited to: our limited operations and need to expand in the near future to fulfill product orders; risks associated with obtaining orders and executing upon such orders; the ability to protect our intellectual property; the potential lack of market acceptance of our products; potential competition; our inability to retain key members of our*

*management team; our inability to raise additional capital to fund our operations and business plan; our inability to satisfy covenants in our financing agreements; our inability to maintain our listing of our securities on the Nasdaq Capital Market; our inability to satisfy our customer warranty claims; our ability to continue as a going concern; our liquidity and other risks and uncertainties and other factors discussed from time to time in our filings with the Securities and Exchange Commission ("SEC"), including our annual report on Form 10-K filed with the SEC. Workhorse expressly disclaims any obligation to publicly update any forward-looking statements contained herein, whether as a result of new information, future events or otherwise, except as required by law.*

**Media Contact:**

**Mike Dektas**
Creative Storm PR
513-266-3590
**mike@creativestorm.com**

**Workhorse Investor Relations Contact:**

**Matt Glover and Tom Colton**
Gateway Investor Relations
949-574-3860
**WKHS@gatewayir.com**



Source: Workhorse Group, Inc.