**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

**FORM 8-K**

**CURRENT REPORT**
**PURSUANT TO SECTION 13 OR 15(d) OF**
**THE SECURITIES EXCHANGE ACT OF 1934**

Date of Report (Date of earliest event reported): March 1, 2021

**WORKHORSE GROUP INC.**
(Exact name of registrant as specified in its charter)

| Nevada | 001-37673 | 26-1394771 |
|---|---|---|
| (State or Other Jurisdiction of Incorporation) | (Commission File Number) | (IRS Employer Identification Number) |

100 Commerce Drive, Loveland, Ohio 45140
(Address of principal executive offices) (zip code)

(513) 360-4704
(Registrant's telephone number, including area code)

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions (see General Instruction A.2. below):

☐ Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)

☐ Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)

☐ Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))

☐ Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

Indicate by check mark whether the registrant is an emerging growth company as defined in Rule 405 of the Securities Act of 1933 (§230.405 of this chapter) or Rule 12b-2 of the Securities Exchange Act of 1934 (§240.12b-2 of this chapter).

Emerging growth company  ☐

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act.   ☐

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Trading Symbol(s) | Name of each exchange on which registered |
|---|---|---|
| Common Stock, $0.001 par value per share | WKHS | The Nasdaq Capital Market |

EX-99.1 2 wkhs-20210301form8xkexx991.htm EX-99.1



# Workhorse Group Reports Fourth Quarter and Full Year 2020 Results

**CINCINNATI, March 1, 2021** – <u>Workhorse Group Inc.</u> (Nasdaq: <u>WKHS</u>) ("Workhorse" or "the Company"), an American technology company focused on providing sustainable and cost-effec ve drone-integrated electric vehicles to the last-mile delivery sector, today reported financial results for the fourth quarter and full year ended December 31, 2020.

## Release Updates and Highlights
- Increased the backlog to over 8,000 vehicles, including purchase orders from <u>Pritchard Companies</u> and <u>Pride Group Enterprises</u> in November 2020 and January 2021, respec vely.
- Partnered with Hitachi and Hitachi Capital America ("HCA") to op mize the Company's manufacturing, opera onal and supply chain capabili es as well as to develop a na onal dealer network to support Workhorse's sales with vehicle financing op ons for both dealers and customers.
- Raised $270 million in capital over several financings, providing the Company with necessary capital to execute on its significant backlog; cash posi on of $215 million as of March 1, 2021.
- Workhorse strategic stake in Lordstown Motors Corp. (Nasdaq: RIDE) valued at nearly $320 million based on the February 26th closing price. This investment becomes liquid in April.

## Management Commentary
"The past twelve months have been a remarkable period for our company and for the world at large," said Workhorse CEO Duane Hughes. "We're entering the new year in our strongest-ever posi on, both financially and opera onally. Coun ng over $200 million of cash on our balance sheet, we are well capitalized to expand our manufacturing throughput, and with over 8,000 vehicles in our backlog, we now have the order book to reliably build for our mul -year growth plan. Our management team and expanded produc on workforce are con nuing to collaborate closely with our strategic partners, Hitachi and Belcan. We are currently faced with various supply chain challenges, both internal and external, in the ramp-up to our stretch produc on goal for 2021. While we focus on our near term targets we are preparing the Company for quality needed in the scaling forecasted in our mul -year growth plan."

## Fourth Quarter 2020 and Recent Opera onal Highlights
- **February 2021:** Launched Purpose Built Na onal Campaign Event with <u>Pritchard Companies</u> featuring the C-1000 all-electric truck on Super Bowl weekend in Tampa, Florida. The event was designed to highlight the value of electric vehicle ("EVs") and educate the broader market on the benefits of going EV.
- **February 2021:** Appointed former Ryder System Inc. Senior Director of Advanced Vehicle Technology & Energy Products Chris Nordh as VP of Commercial Development, a newly created role designed to augment and expand Workhorse's sales and support infrastructure.
- **January 2021:** Received a purchase order for 6,320 C-Series all-electric delivery vehicles from <u>Pride Group Enterprises,</u> a premier Canadian and U.S. based, privately held company with businesses in transporta on equipment retail, wholesale, rental, leasing and logis cs. Inventory financing is being provided by HCA with ini al delivery of the vehicles tenta vely scheduled to begin by July 2021 and running through 2026.
- **January 2021:** Confirmed eligibility and was officially included into California Air Resources Board Hybrid and Zero-Emission Truck and Bus Voucher Incen ve Project list, applicable for various C-Series models.
- **November 2020:** Received a purchase order for 500 C-1000 trucks from <u>Pritchard Companies</u> for its Na onal Fleet Program, which is being financed by HCA.

- **October 2020:** Submi ed formal "Type Cer fica on" applica on to the <u>Federal Avia on Administra on</u> for the Company's HorseFly™ Unmanned Aerial System.
- **October 2020:** Received approval from the <u>New York Truck Voucher Incen ve Program</u> to offer monetary vouchers for C-Series all-electric delivery vehicles in select New York State coun es.
- **October 2020:** Closed $200 million conver ble notes financing from ins tu onal lenders and converted pre-exis ng $70 million note into shares of the Company's common stock.

**Fourth Quarter 2020 Financial Results**

Sales for the fourth quarter of 2020 were recorded at $652,000 compared to $3,000 in the fourth quarter of 2019. The increase in sales was due to a higher volume of trucks produced and delivered.

Cost of goods sold increased to $7.0 million from $2.1 million in the fourth quarter of 2019. The increase was primarily due to higher volume of trucks produced as well as increased produc on payroll and warranty expense.

Selling, general and administra ve expenses increased to $4.7 million from $3.6 million in the fourth quarter of 2019. The increase was a ributable to higher incen ve stock compensa on and consul ng costs.

Research and development expenses were $4.0 million which was consistent with the $4.0 million reported in the fourth quarter of 2019.

Other income increased to $322.2 million from $15.8 million in the fourth quarter of 2019. The significant increase was related to the Company's 10% investment in Lordstown Motors Corp. (Nasdaq: RIDE), which successfully completed its business combina on with DiamondPeak Holdings Corp. in October 2020 and was valued at $330 million on December 31, 2020.

Interest expense decreased to $4.9 million, compared to $5.6 million in the fourth quarter of 2019. The decrease in interest expense was primarily related to the decrease in the fair value of the Company's conver ble notes.

Net income was $280.5 million, compared with a net income of $655,000 in the fourth quarter of 2019.

**Full Year 2020 Financial Results**

Sales for the full year 2020 were recorded at $1.4 million compared to $377,000 in 2019. The increase in sales was due to a higher volume of trucks produced and delivered.

Cost of goods sold for the full year 2020 increased to $13.1 million from $5.8 million in 2019. The increase was primarily due to a higher volume of trucks produced as well as increased produc on payroll and warranty expenses.

Selling, general and administra ve expenses for the full year 2020 increased to $20.2 million from $10.2 million in 2019. The increase in SG&A expenses was a ributable to higher consul ng costs and employee compensa on.

Research and development expenses for the full year 2020 increased to $9.1 million from $8.2 million in 2019. The increase in R&D expenses was due to contract labor increases and prototype development expenses.

Other income increased to $323.1 million from $15.8 million in 2019. The significant increase was related to the Company's 10% investment in Lordstown Motors Corp. previously noted.

Interest expense for the full year 2020 increased to $190.5 million compared to $29.1 million in 2019. The increase was primarily related to a non-cash change in fair value of the Company's conver ble notes as a result of an increase in stock price through the course of 2020.

Net income for the full year 2020 was $69.8 million, compared to a net loss of $37.2 million in 2019.

**Conference Call**
Workhorse management will hold a conference call today (March 1, 2021) at 10:00 a.m. Eastern  me (7:00 a.m. Pacific me) to discuss these results.

Workhorse management will host the presenta on, followed by a ques on and answer period.

U.S. dial-in: 877-407-8289
Interna onal dial-in: 201-689-8341

Please call the conference telephone number 10 minutes prior to the start  me. An operator will register your name and organiza on. If you have any difficulty connec ng with the conference call, please contact Gateway Investor Rela ons at 949-574-3860.

The conference call will be broadcast live and available for replay **here** and via the Investor Rela ons sec on of Workhorse's website.

A telephonic replay of the conference call will be available a er 4:00 p.m. Eastern  me on the same day through March 8, 2021.

Toll-free replay number: 877-660-6853
Interna onal replay number: 201-612-7415
Replay ID: 13715558

**About Workhorse Group Inc.**
Workhorse is a technology company focused on providing drone-integrated electric vehicles to the last-mile delivery sector. As an American original equipment manufacturer, we design and build high performance, ba ery-electric vehicles including trucks and aircra . Workhorse also develops cloud-based, real- me telema cs performance monitoring systems that are fully integrated with our vehicles and enable fleet operators to op mize energy and route efficiency. All Workhorse vehicles are designed to make the movement of people and goods more efficient and less harmful to the environment. For addi onal informa on visit **workhorse.com**.

*Forward-Looking Statements*
*This press release includes forward-looking statements. These statements are made under the "safe harbor" provisions of the U.S. Private Securi es Li ga on Reform Act of 1995. These statements may be iden fied by words such as "believes," "expects," "an cipates," "es mates," "projects," "intends," "should," "seeks," "future," "con nue," or the nega ve of such terms, or other comparable terminology. Forward-looking statements are statements that are not historical facts. Such forward-looking statements are subject to risks and uncertain es, which could cause actual results to differ materially from the forward-looking statements contained herein. Factors that could cause actual results to differ materially include, but are not limited to: our limited opera ons and need to expand in the near future to*

*fulfill product orders; risks associated with obtaining orders and executing upon such orders; the ability to protect our intellectual property; negative impacts stemming from the continuing COVID-19 pandemic; the potential lack of market acceptance of our products; potential competition; our inability to retain key members of our management team; our inability to raise additional capital to fund our operations and business plan; our inability to satisfy covenants in our financing agreements; our inability to maintain our listing of our securities on the Nasdaq Capital Market; our inability to satisfy our customer warranty claims; our liquidity and other risks and uncertainties and other factors discussed from time to time in our filings with the Securities and Exchange Commission ("SEC"), including our annual report on Form 10-K filed with the SEC. Workhorse expressly disclaims any obligation to publicly update any forward-looking statements contained herein, whether as a result of new information, future events or otherwise, except as required by law.*

**Media Contact:**

**Mike Dektas**
Creative Storm PR
513-266-3590
mike@creativestorm.com

**Investor Relations Contact:**

**Matt Glover and Tom Colton**
Gateway Investor Relations
949-574-3860
WKHS@gatewayir.com