# Workhorse Group Inc. (WKHS) CEO Duane Hughes on Q4 2020 Results - Earnings Call Transcript

Mar. 01, 2021 3:44 PM ET**Workhorse Group Inc. (WKHS)**3 Comments

## Q4: 2021-03-01 Earnings Summary



10-K

EPS of $3.30 beats by $3.43 | Revenue of $652.00K (24,880.84% Y/Y) misses by $666.57K

Workhorse Group Inc. (NASDAQ:WKHS) Q4 2020 Results Conference Call March 1, 2021 10:00 AM ET

**Company Participants**

Duane Hughes - CEO

Dr. Rob Willison - COO

Steve Schrader - CFO

**Conference Call Participants**

Greg Lewis - BTIG

Colin Rusch - Oppenheimer

Craig Irwin - Roth Capital Partners

Mike Shlisky - Colliers Securities

Jeff Osborne - Cowen and Company

Craig Shere - Tuohy Brothers

**Operator**

Ladies and gentlemen, greetings, and welcome to Workhorse Group's Fourth Quarter and Full Year 2020 Investor Conference Call. As a reminder, this conference call is being recorded.

It is now my pleasure to introduce your host, Workhorse's Chief Operating Officer, Dr. Rob Willison. Thank you. Dr. Willison, you may begin.

**Dr. Rob Willison**

Thank you, operator, and good morning, everyone. We appreciate you taking the time to join us for our call.

Before the market opened, we issued a press release with all our results for the fourth quarter and for the year ended December 31, 2020, a copy of which is in the Investor Relations section of our website. We also released our Form 10-K this morning.

I'm going to turn the call over to our CFO, Steve Schrader in a few moments, and Steve will walk us through our financial results for the quarter and for the full year. After that, our CEO, Duane Hughes will give you an update on our business and provide an outlook for the year ahead.

Before we begin, I want to call your attention to our Safe Harbor provision for forward-looking statements that is posted on our website and as part of our quarterly update. The Safe Harbor provision identifies risk factors that may cause actual results to differ materially from the content of our forward-looking statements. Our 2020 Form 10-K and other periodic filings on file with the SEC provide further detail about the risk factors related to our business.

And with that, I would like to turn the call over to our CFO, Steve Schrader. Steve?

**Steve Schrader**