**WIS NEWS 10** LIVE. LOCAL. NOW.

☰   **News**   **Live**   **COVID-19 Updates**   **VAX FAQs**   **Weather**   🔍

84°
Columbia, SC

ADVERTISEMENT

Save up to 10% on your parcel shipping costs

Logistyx TECHNOLOGIES

Learn More

# Oshkosh Defense will build new mail trucks in South Carolina



The U.S. Postal Service introduces the Next Generation Delivery Vehicle (NGDV) to be built by Oshkosh Defense  (U.S. Postal Service)

By WBAY news staff
*Updated: Jun. 22, 2021 at 6:40 AM PDT*

OSHKOSH, Wis. (WBAY) - After winning a contract potentially worth billions of dollars, Oshkosh Defense announced the next generation of mail trucks won't be built in Oshkosh. Instead, they'll be built at a new facility Oshkosh is building in Spartanburg, South Carolina.

The United States Postal Service awarded Oshkosh Defense a contract in February to begin replacing its 30-year-old fleet of neighborhood delivery vehicles (see related story).

South Carolina says Oshkosh Defense is investing $155 million to convert a large warehouse facility in a Spartanburg industrial park into a manufacturing plant. When it was awarded the contract, Oshkosh Defense said it was evaluating where the trucks would be built but the manufacturing plant would be in the U.S.

The company expects to hire more than 1,000 people for the factory and create more jobs for supply chain partners and start production in the summer of 2023. South Carolina's Coordinating Council for Economic Development approved job development credits.

ADVERTISEMENT



"We're proud to bring this historic undertaking to Spartanburg County. South Carolina has a skilled workforce and a proven history in advanced automotive manufacturing – it's the perfect place to produce the [Next-Generation Delivery Vehicle]," Oshkosh Defense President John Bryant said in a written statement Tuesday. "More importantly, we know the people of the Upstate take pride in their work and their community. What we build together here will reach every home in the country."

"South Carolina's Upstate has a global reputation as a high-tech automotive manufacturing powerhouse, and the Oshkosh Defense investment shows our region is also a leader in domestic logistics initiatives," Upstate S.C. Alliance president/CEO John Lummus said.

The initial, 10-year contract is for $482 million for a minimum 50,000 delivery trucks, but Oshkosh Defense says the contract is for "indefinite delivery, indefinite quantity." USPS says its fleet currently numbers almost 229,000 vehicles.

Oshkosh will produce a combination of trucks with electric motors and fuel-efficient gas engines. The battery electric powertrains are designed to be refitted with new electric vehicle technology.

ADVERTISEMENT

The trucks will carry more cargo than the current fleet and have newer technology like automatic braking, front and rear collision avoidance systems, heating and air-conditioning, and 360-degree cameras.

*Copyright 2021 WBAY. All rights reserved.*

AD



Continue watching
**Furry Friend Friday - Anastasia**
after the ad

**Sponsored Stories**

Smartfeed



**Most Affordable Camper Vans**

Camper Vans Warehouse



**New Senior Apartments Coming to Los Angeles (Take A Look at The Prices)**

Senior Living | Search Ads

**Recommended For You**



**Boy, 5, found lying unconscious inside a closed trunk**



**Caught on camera: 11-year-old girl has close encounter with baby shark at S.C. beach**

**Sponsored Stories**



**These Movie Scenes Are The Most Paused In History**

Gazillions



**Why Limit Yourself To Just One Pair?**

Zenni

**Recommended For You**



**Trails where California family died closed to the public**



**Several arrested after fight breaks out at Memphis wedding**

**Sponsored Stories**



**Almost Nobody Aces This 1950s Quiz. Can You?**
TriviaBoss.com

**People On Medicare Are Getting A Big Surprise This August**
bestmedicareplans.com

## Recommended For You



**Unmasked elementary school teacher infects half of class with COVID-19, CDC says**



**Seafood recall expands to include frozen shrimp**

## Sponsored Stories



**The Most Successful Lawyers In Los Angeles. See The List**
Attorneys | Sponsored Listings

**People Are Talking About This SiriusXM Deal**
Fees and Taxes Apply. See Offer Details.

## Recommended For You



**Woman who hid 26 kids behind false wall at day care found guilty**



**Photo shows COVID-19 patients lying on floor of antibody clinic**

**Sponsored Stories**



**[Pics] At 76, Tom Selleck Is Still Together With His Partner**

Witty Reporter



**Two Gummies Before Bed Relieves Years of Joint Pain and Arthritis**

consumerhealthreporter.com

**Recommended For You**



**Judge orders hospital to treat COVID-19 patient with ivermectin, despite warnings**



**Parents pull kids from school over optional mask policy**

**Sponsored Stories**

**34 Ads From The 1970's That Would Be Banned Today**

Gazillions

**Dr. Kellyann: 1 Protein You Need After 55 For Dark Spots**

drkellyannwellness.com

**Recommended For You**

**Judge sides with hospital in denying COVID-19 patient ivermectin**

**Radio host who regretted vaccine skepticism dies of COVID**

**Sponsored Stories**

**62 Year-Old Celebrity Trainer Finds "Fountain of Agelessness" By Eating These 4 Foods Daily**
Power Life by Tony Horton

**Biological aging can be reversed: new Telomer research shows**
Aviv Clinics

**Sponsored Stories**



**Eyewear for Everyone**
Zenni



**Air Zoom Pegasus 38**
Nike



**5 Big Myths of AI and Machine Learning Debunked**
Splunk



**How To Fight Chronic Constipation In One Simple Step (Try It Now)**
SynoGut





**[Photos] 34 Ads From The 1970's That Would Be Banned Today**
The Primary Market



**What Is The Best Diamond Shape?**
Blue Nile

**VELVET**
Mytheresa

**Lenox Loafers Women's Cognac**
Express

Recommended by

ADVERTISEMENT

## Most Read

▶ **Twin boys found dead in vehicle outside daycare were 20 months old, coroner says**



▶ **Twin toddlers found dead inside vehicle outside day care, RCSD investigating**



▶ **Latest round of P-EBT on its way to South Carolina families**



▶ **SC Supreme Court says Columbia mask mandate violates the law**



▶ **SC Gov. to use federal funds to widen I-26 from Columbia to Charleston**



ADVERTISEMENT

## Latest News

 **East Tennessee woman stays in Afghanistan to save military contract dogs**

 **SC National Guard to assist Tidelands Health amid COVID-19 surge**

 **Former Fort Jackson sergeant found guilty in assault case set to move to next duty station**

 **More than 8,500 new COVID-19 cases reported in North Carolina**

 **Missing Sumter County man found dead**

ADVERTISEMENT



News
Contact WIS

Weather

Sports

**WIS**
1111 Bull St.
Columbia, SC 29201
(803) 799-1010

News     Terms of Use     Privacy Policy     Public Inspection File     publicfile@wistv.com - 803-758-1250     FCC Applications     EEO Report     WIS Careers

Closed Captioning     Advertising     Do Not Sell My Information

A Gray Media Group, Inc. Station - © 2002-2021 Gray Television, Inc.