

LOG IN
REGISTER
SEARCH

SUBSCRIBE    IN PRINT

OPERATIONS     SAFETY     EQUIPMENT     TECHNOLOGY     EMISSIONS & EFFICIENCY     PERSPECTIVES

**EQUIPMENT**

## Oshkosh names South Carolina

# Oshkosh names South Carolina site for USPS vehicle production

June 28, 2021

Next Generation Delivery Vehicle to be built in Spartanburg with Ford powertrains, beginning in 2023.

Kevin Jones

## VOICE YOUR OPINION!

**This site requires you to register or login to post a comment.**

Email Address *

[                                                                ]

[ Continue ]

No comments have been added yet. Want to start the conversation?

Sign up for FleetOwner eNewsletters

[ Email Address ]                    SIGN UP

## LATEST FROM EQUIPMENT



### Dana to begin e-axle production for MT50e last-mile vehicle

Sept. 3, 2021

Powertrain



### Allison adds new electric axle, partners with Hino Trucks

Sept. 3, 2021

Powertrain



### Hyliion unveils Hybrid eX powertrain at ACT Expo

Sept. 3, 2021

Powertrain



### NACFE Run on Less fleets lead the electric charge

Sept. 2, 2021

Electric Vehicles



### Paccar's Skoog shares EV takeaways during ACT Expo 2021

Sept. 2, 2021

Electric Vehicles



### Phillips Connect launches wireless, on-demand cargo camera

Sept. 2, 2021

Cargo Securement



### VTNA's Voorhoeve: 'Time to act now' for zero-emission trucks

Sept. 1, 2021

Electric Vehicles



### Shell Starship 2.0 propels fuel efficiency to greater heights

Sept. 1, 2021

Fuel Economy



### WattEV awarded grant for solar-powered electric truck stop

Sept. 1, 2021

Electric Vehicles

Load More Content

About Us

Advertise

California Do Not Sell

Privacy & Cookie Policy

Terms of Service

© 2021 Endeavor Business Media, LLC. All rights reserved.