# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAM FARRAR, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>WORKHORSE GROUP, INC., DUANE HUGHES, STEVE SCHRADER, ROBERT WILLISON and GREGORY ACKERSON,<br><br>Defendants. | Case No. 2:21-cv-02072-CJC-PVC<br><br>**[proposed] ORDER DISMISSING LEAD PLAINTIFF'S AMENDED CLASS ACTION COMPLAINT**<br><br>Complaint filed: March 8, 2021<br><br>Date:   December 6, 2021<br>Time:   1:30 p.m.<br>Crtrm.: 9B<br><br>The Hon. Cormac J. Carney |

Defendants Workhorse Group Inc., Duane Hughes, Steve Schrader, Robert Willison and Gregory Ackerson moved the Court pursuant to Rules 12(b)(6) and 9(b) of the Federal Rules of Civil Procedure and the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. §§ 78u-4, *et seq.*, for an order dismissing lead plaintiff's Amended Class Action Complaint for Violation of the Federal Securities Laws.

After consideration of the papers filed in support of the Motion, the opposition to the Motion, and the oral argument of counsel, the Court hereby GRANTS Defendants' Motion to Dismiss lead plaintiff's Amended Class Action Complaint for Violation of the Federal Securities Laws.

**IT IS HEREBY ORDERED** that Defendants' Motion to Dismiss under Rule 12(b)(6) and 9(b) and the PSLRA is **GRANTED**, and lead plaintiff's Complaint against defendants is hereby **DISMISSED WITHOUT LEAVE TO AMEND**.

**IT IS SO ORDERED.**

Dated: _____

THE HONORABLE CORMAC J. CARNEY
UNITED STATES DISTRICT COURT JUDGE

SMRH:4818-9331-5826.12

ORDER DISMISSING LEAD PLAINTIFF'S CLASS ACTION COMPLAINT