**KAHN SWICK & FOTI, LLC**
Kim E. Miller (SBN 178370)
kim.miller@ksfcounsel.com
250 Park Avenue, 7th Floor
New York, NY 10177
Telephone: (212) 696-3730
Facsimile: (504) 455-1498

*Lead Counsel for Lead Plaintiff Timothy M. Weis,*
*Additional Plaintiff Angelo Federico, and the Class*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAM FARRAR, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> WORKHORSE GROUP, INC., DUANE HUGHES, STEVE SCHRADER, ROBERT WILLISON, and GREGORY ACKERSON <br><br> Defendants. | Case No. 2:21-cv-02072-CJC-PVC <br><br> **DECLARATION OF KIM E. MILLER IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS** |

I, Kim E. Miller, hereby declare as follows:

1. I am a member in good standing of the bar of the State of California and am admitted to practice in this District and in the United States Court of Appeals for the Ninth Circuit. I am a partner of the law firm of Kahn Swick & Foti, LLC ("KSF"), Lead Counsel for Lead Plaintiff Timothy M. Weis and additional plaintiff Angelo Frederico (collectively, "Plaintiffs"), and the Class. I have personal knowledge of the facts set forth herein.

2. I submit this Declaration, along with the attached exhibits, in support of Lead Plaintiff's opposition to Defendants' motion to dismiss.

3. Attached hereto are copies of the following exhibits:

a. **Exhibit A** is a true and correct copy of excerpts of the 2019 Form 10-K filed by Defendant Workhorse Group, Inc. ("Workhorse") with the SEC on or about March 13, 2020. A complete copy of this document is available on the SEC's EDGAR database;

b. **Exhibit B** is a true and correct copy of excerpts of Workhorse's 2020 Form 10-K filed with the SEC on or about March 1, 2021. A complete copy is available on the SEC's EDGAR database;

c. **Exhibit C** is a true and correct copy of a report published by Fuzzy Panda Research on October 8, 2020 entitled "The 'Brakes' Fall Off The USPS Story: Workhorse's USPS Bid has Numerous Critical Failures" (the "Fuzzy Panda Report"). The Fuzzy Panda Report can also be found online at https://fuzzypandaresearch.com/workhorse-group-critical-failures-revealed/;

d. **Exhibit D** is a true and correct copy of a Press Release published by Workhorse on or about July 14, 2020, entitled "Workhorse Deliveries Begin as Ryder Offers the C-Series All-Electric Step Vans," obtained from Workhorse's website;

DECLARATION OF KIM E. MILLER IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS   Case No. 2:21-CV-02072-CJC-PVC

1

e. **Exhibit E** is a true and correct copy of a Press Release published by Workhorse on or about July 29, 2021, entitled "Workhorse Appoints Richard F. Dauch as Chief Executive Officer," obtained from Workhorse's website;

f. **Exhibit F** is a true and correct copy of a Press Release published by Workhorse on or about August 9, 2021, entitled "Workhorse Group Reports Second Quarter 2021 Results," obtained from Workhorse's website;

g. **Exhibit G** is a true and correct copy of a Press Release published by Workhorse on or about September 22, 2021, entitled "Workhorse Group Provides Update on Review of Operating and Commercialization Plans," obtained from Workhorse's website;

h. **Exhibit H** is a true and correct copy of a Press Release published by Workhorse on or about September 30, 2021, entitled "Workhorse Group Announces Executive Leadership Appointments," obtained from Workhorse's website;

i. **Exhibit I** is a true and correct copy of a Cincinnati Enquirer article dated October 4, 2021, entitled, "Sherrod Brown on Workhorse: Executives should focus on jobs, not 'padding their own pockets.'" The article can be found online at https://www.cincinnati.com/story/money/2021/10/04/is-workhorse-being-investigated/5987157001/;

j. **Exhibit J** is a true and correct copy of a Wall Street Journal article dated September 1, 2021, entitled "SEC Is Investigating Electric Delivery-Truck Maker Workhorse." The article can be found online at https://www.wsj.com/articles/sec-is-investigating-electric-delivery-truck-maker-workhorse-11630517514;

DECLARATION OF KIM E. MILLER IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS    Case No. 2:21-CV-02072-CJC-PVC

k. **Exhibit K** is a true and correct copy of an excerpt from a report by Fuzzy Panda Research filed on September 1, 2021 entitled "Workhorse Group: Active SEC Investigation + Fake Orders + Lost to Two EVs in USPS Bid + New EVs Already Breaking Down = Glue Factory for Workhorse." The report can be found online at https://fuzzypandaresearch.com/workhorse-group-sec-investigation-fake-order-book/;

l. **Exhibit L** is a true and correct copy of the docket from *Workhorse Group Inc. v. United States*, No. 1:21-cv-01484 (Fed. Cl.) as of October 11, 2021.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 18th day of October, 2021 at Scarsdale, New York.


Dated: October 18, 2021                    **KAHN SWICK & FOTI, LLC**

                                           */s/ Kim E. Miller*
                                           Kim E. Miller (SBN 178370)
                                           *Counsel for Plaintiffs and the Class*

DECLARATION OF KIM E. MILLER IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS    Case No. 2:21-CV-02072-CJC-PVC

3