**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

**FORM 10-K**

☒  **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the fiscal year ended December 31, 2020**

**OR**

☐  **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE EXCHANGE ACT OF 1934**

**Commission file number: 001-37673**

**WORKHORSE GROUP INC.**
(Exact name of registrant as specified in its charter)

| **Nevada** | 26-1394771 |
|---|---|
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification No.) |

| **100 Commerce Drive** | |
| **Loveland, Ohio 45140** | **(513) 360-4704** |
| (Address of principal executive offices) | (Registrant's telephone number) |

Securities Registered Pursuant to Section 12(b) of the Exchange Act:

| **Title of each Class:** | **Trading Symbol(s)** | **Name of each exchange on which registered** |
|---|---|---|
| Common Stock, $0.001 par value per share | WKHS | The NASDAQ Capital Market |

Securities Registered Pursuant to Section 12(g) of the Exchange Act: **None.**

Indicate by check mark if the Registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act. Yes ☐     No ☒

Indicate by check mark if the Registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Act. Yes ☐     No ☒

Indicate by check mark whether the Registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the Registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes ☒     No ☐

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T during the preceding 12 months (or for such shorter period that the registrant was required to submit such files). Yes ☒     No ☐

Indicate by check mark whether the registrant has filed a report on and attestation to its management's assessment of the effectiveness of its internal control over financial reporting under Section 404(b) of the Sarbanes-Oxley Act (15 U.S.C.7262(b)) by the registered public accounting firm that prepared or issued its audit report. Yes ☒     No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| Large accelerated filer | ☒ | Accelerated filer | ☐ |
|---|---|---|---|
| Non-accelerated filer | ☐ | Smaller reporting company | ☒ |
| | | Emerging growth company | ☐ |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act). Yes ☐     No ☒

As of June 30, 2020, the last business day of the Registrant's most recently completed second fiscal quarter, the market value of our common stock held by non-affiliates was $1,129,851,463.

The number of shares of the Registrant's common stock, $0.001 par value per share, outstanding as of February 15, 2021, was 123,506,483.

We will continue to monitor this group each year to determine the best mix of companies to use as comparators for compensation related purposes.

*Overview of Executive Compensation*

The Company recognizes that people are our primary asset and our principal source of competitive advantage. In order to recruit, motivate and retain the most qualified individuals as senior executive officers, the Company strives to maintain an executive compensation program that is competitive in the commercial transportation industry, which is a competitive, global labor market.

The Compensation Committee's compensation objective is designed to attract and retain the best available talent while efficiently utilizing available resources. The Compensation Committee compensates executive management primarily through base salary and equity compensation designed to be competitive with comparable companies, and to align management's compensation with the long-term interests of shareholders. In determining executive management's compensation, the Compensation Committee also takes into consideration the financial condition of the Company and discussions with the executive.

In order to accomplish our goals and to ensure that the Company's executive compensation program is consistent with its direction and business strategy, the compensation program for our senior executive officers is based on the following objectives:

- to attract, motivate, retain and reward a knowledgeable and driven management team and to encourage them to attain and exceed performance expectations within a calculated risk framework; and

- to reward each executive based on individual and corporate performance and to incentivize such executives to drive the organization's current growth and sustainability objectives.

The following key principles guide the Company's overall compensation philosophy:

- compensation is designed to align executives to the critical business issues facing the Company;

- compensation should be fair and reasonable to shareholders and be set with reference to the local market and similar positions in comparable companies;

- an appropriate portion of total compensation should be equity-based, aligning the interests of executives with shareholders; and

- compensation should be transparent to the Board of Directors, executives, and shareholders.

*Compensation Elements and Rationale*

There are three basic components to the Company's executive compensation program: base salary, our annual incentive program, and long-term incentive equity compensation. The Compensation Committee actively evaluates our executive compensation program design against best market practices as the Company experiences further growth. A recent review of our NEO compensation levels relative to market found that overall total compensation is below the median of our peer group. This result was in part due to our 2020 annual incentive program which yielded payouts below target for the year. We believe our structure provides compensation opportunity that is competitive with market but also requires the executive team to perform and execute our goals to be earned.

*Base Salary*

Base salary is the foundation of the compensation program and is intended to compensate competitively relative to comparable companies within our industry and the marketplace where we compete for talent. Base salary is a fixed component of the compensation program and is used as the base to determine elements of incentive compensation and benefits.

As shown in the table below, Mr. Hughes base salary remained at $475,000 and our other NEO salaries were held flat in 2020.

45

| Position | 2020 Salary | 2019 Salary | % Change |
|---|---|---|---|
| Chief Executive Officer, President and Director | $475,000 | $475,000 | 0% |
| Chief Operating Officer | $300,000 | $300,000 | 0% |
| General Counsel and Vice President | $300,000 | $300,000 | 0% |

***Annual Incentive Program (Bonus)***

During the 1st quarter of 2020, the Committee established the 2020 annual cash incentive bonus program, pursuant to which our Named Executive Officers were eligible to receive performance-based cash bonuses based on certain quantitative and qualitative performance metrics. For 2020, our Named Executive Officers' target bonus opportunities were set based on market norms and each executive's role within the Company. Our CEO bonus target is set at 100% of base salary, and 50% for our General Counsel and VP Finance. Our Named Executive Officers' maximum bonus opportunities were 200% for our CEO and 75% for our General Counsel and VP Finance.

| Position | Target Bonus (as % of base) | Maximum Bonus (as % of base) |
|---|---|---|
| Chief Executive Officer, President and Director | 100% | 200% |
| Chief Operating Officer | 50% | 75% |
| General Counsel and Vice President | 50% | 75% |

The financial measures of adjusted EBITDA and Gross Margin accounted for a total of 30% of the target bonus opportunity, while individual performance objectives account for 40% of target bonus opportunity. We added a measure which set targets for trucks produced and delivered. It accounted for 25% of the target bonus opportunity. The final 5% of the bonus is based on our safety record by measuring our Total Recordable Incident Rate ("TRIR").

| Performance Metric | Weight |
|---|---|
| Individual Objectives | 40% |
| Trucks produced and delivered | 25% |
| Gross margin (sales less BOM) | 15% |
| EBITDA | 15% |
| TRIR | 5% |

Payout opportunities were established according to a threshold, target and maximum performance for each performance metric. For each financial performance metric, threshold performance is equal to 50% of target performance and maximum performance is equal to 200% of target performance. In addition, with respect to each financial performance metric, if threshold level performance is achieved, then a threshold level payout is triggered, and if the maximum performance is achieved then a maximum level payout occurs. The chart below shows our CEO's performance requirements and payout curves for each performance metric under the 2020 annual cash incentive bonus program:



After the level of performance is determined by the Compensation Committee, the payout percentage for each individual metric is added together to calculate the total payout percentage for each Named Executive Officer. The final payout percentage is then multiplied by the participant's target bonus opportunity in order to calculate the total bonus payable to each Named Executive Officer. On February 24, 2021, based on the Company's achievement relative to the adjusted EBITDA, gross margin, trucks produced and delivered, safety and each Named Executive Officer's individual performance, our Compensation Committee approved payouts to be made to our Named Executive Officers under the 2020 annual cash incentive bonus program in the amounts set forth in the "Non-Equity Incentive Plan Compensation" column in the Summary Compensation Table.

*2020 Payouts*

Performance for our adjusted EBITDA, gross margin, and trucks produced and delivered fell below threshold levels. As a result our executives did not receive a bonus payout related to these measures which accounts for 55% of the target opportunity. Our safety component paid out at target, which is 5% of the total target bonus opportunity, based on our total recordable incident rate in 2020. For the individual performance component of our program, the Compensation Committee determined that our executives performed at a very high level navigating through capital raises while developing our Horsefly-UPS relationship, getting EPA and CARB certifications, as well as successfully engaging in shareholder outreach among other accomplishments. The Committee also considered how well the stock performed in 2020 during our CEO's tenure and determined that the individual performance component should pay out at above target.

Overall 2020 payouts to our NEO's were below target and ranged from 45%-81% of target.

| Position | 2020 Payout as a % of Target |
|---|---|
| Chief Executive Officer | 81% |
| Chief Operating Officer | 45% |
| General Counsel and Vice President | 68% |

***Long-Term Incentive (Equity)***

The Company's long-term incentive program provides for the granting of stock options and restricted stock to executive officers to both motivate executive performance and retention, as well as to align executive officer performance to shareholder value creation. In awarding long-term incentives, the Company compares the long-term incentive program to that of comparable companies within our industry and evaluates such factors as the value of awards granted to each executive position within the market, the number of shares available under our Stock Incentive Plan, and the number of awarded shares outstanding relative to our total common shares outstanding. The Board of Directors fixes the exercise price of stock options at the time of the grant based on the market price of our stock on the NASDAQ.

Each long-term incentive grant is based on the level of the position held and overall market competitiveness. The Compensation Committee takes into consideration previous grants when it considers new grants of stock options and restricted stock.

Each of the NEOs has a target LTI value expressed as a percentage of base salary. These targets are reviewed on an annual basis and serve as a guide to the Committee in establishing grant values each year. Our 2020 LTI award targets are shown in the table below.

| Position | Target LTI Award Value (% of base salary) |
|---|---|
| Chief Executive Officer, President and Director | 100% |
| Chief Operating Officer | 75% |
| General Counsel and Vice President | 50% |

*2020 NEO Awards*

In 2020, we awarded restricted stock to our CEO and other NEOs. Our Chief Executive Officer, President and Director, Mr. Hughes, received a grant of 179,245 restricted shares with a grant date fair value of $475,000. Mr. Fleming, our General Counsel and Vice President, received a grant of 84,906 restricted shares with a grant date fair value of $225,000. Mr. Furey, our Vice President of Finance, received a grant of 42,453 restricted shares with a grant date fair value of $112,500. All of these restricted share awards to our executives vest ratably over a three year period. We believe that awarding restricted stock to balance our history of granting stock options was important in 2020 for retention and to directly tie our executives interests to those of our shareholders through share ownership.

**Non-Cash Compensation**

The Company provides standard health benefits to its executives, including medical, dental and disability insurance.

The Company's non-cash compensation is intended to provide a similar level of benefits as those provided by comparable companies within our industry.

**Pension Benefits**

None.

**Non-Qualified Deferred Compensation**

None.

**Retirement, Resignation or Termination Plans**

Each of the Company's executive employment agreements with Messrs. Hughes, Fleming, and Furey contemplates the case of termination due to various provisions whereby the named executive officers will receive severance payments, as described below.

**Compensation and Risk**

We do not believe that our compensation policies and practices are reasonably likely to have a material adverse effect on us. We have taken steps to ensure our executive compensation program does not incentivize risk outside the Company's risk appetite. Some of the key ways that we currently manage compensation risk are as follows:

- appointed a Compensation Committee which is composed entirely of independent directors to oversee the executive compensation program;

48

- the use of a mix of deferred equity compensation in the form of stock options in 2019 and restricted stock awards in 2020 to encourage a focus on long-term corporate performance versus short-term results and retention of key executive talent; and

- disclosure of executive compensation to stakeholders;

*Consideration of Most Recent Shareholder Advisory Vote on Executive Compensation*

As required by Section 14A of the Exchange Act, at our 2018 Annual Meeting of Stockholders our stockholders voted, in an advisory manner, on a proposal to approve our named executive officer compensation. This was our most recent stockholder advisory vote to approve named executive officer compensation. The proposal was approved by our stockholders, receiving approximately 91% of the vote of the stockholders present in person or represented by proxy and voting at the meeting.

*Compensation Committee Interlocks and Insider Participation*

No person who served as a member of our Compensation Committee during Fiscal 2020 was a current or former officer or employee of our Company or engaged in certain transactions with our Company required to be disclosed by regulations of the SEC. Additionally, during Fiscal 2020 there were No Compensation Committee "interlocks," which generally means that No executive officer of our Company served: (a) as a member of the compensation committee (or other board committee performing equivalent functions or, in the absence of any such committee, the entire board of directors) of another entity which had an executive officer serving as a member of our Company's Compensation Committee; (b) as a director of another entity which had an executive officer serving as a member of our Company's Compensation Committee; or (c) as a member of the compensation committee (or other board committee performing equivalent functions or, in the absence of any such committee, the entire board of directors) of another entity which had an executive officer serving as a director of our Company.

**Compensation Committee Report**

The Compensation Committee has reviewed and discussed the foregoing compensation discussion and analysis with Company management. Based on that review and those discussions, the Compensation Committee recommended to the Board of Directors that the compensation discussion and analysis be included in this Annual Report. This report is provided by the following independent directors, who comprise the Compensation Committee: Michael Clark, Harry DeMott, H. Benjamin Samuels and Pamela Mader.

The following summary compensation table sets out details of compensation paid to (a) our principal executive officer; (b) each of our two most highly compensated executive officers who served as executive officers during the fiscal year ended December 31, 2020; and (c) up to two additional individuals for whom disclosure would have been provided under (b) but for the fact that the individual was not serving as our executive officer at the end of the year ended December 31, 2020:

**Summary Compensation Table**

| Name | Year | Salary ($) | Bonus ($) | Stock Awards ($) (1) | Option Awards ($) (2) | Non-equity Incentive Plan Compensation | All Other Compensation ($) | Total ($) |
|---|---|---|---|---|---|---|---|---|
| Duane Hughes (3) | 2020 | $ 475,000 | $ — | $ 475,000 | $ — | $ 384,750 | $ — | $ 1,334,750 |
| *Chief Executive Officer, President and Director* | 2019 | $ 391,058 | $ 50,000 | $ 600,000 | $ 666,015 | $ 132,500 | $ — | $ 1,839,573 |
| Robert Willison (4) | 2020 | $ 300,000 | $ — | $ 225,000 | $ — | 101,250 | — | $ 626,250 |
| *Chief Operating Officer* | 2019 | $ 217,308 | $ — | $ 300,000 | $ 170,600 | 42,000 | — | $ 729,908 |
| Stephen Fleming (5) | 2020 | $ 300,000 | $ — | $ 225,000 | $ — | 101,250 | — | $ 626,250 |
| *General Counsel and Vice President* | 2019 | $ 32,307 | $ — | $ 1,300,000 | $ — | 45,000 | 295,000 | $ 1,672,307 |

(1) Represents restricted stock awards granted to Mr. Hughes, Mr. Willison, and Mr. Fleming.

49