Written by Fuzzy Panda Research                Use of this Report implies accepting the following Terms of Service

# Workhorse Group Inc. (WKHS)
# Short



*Photo is of an Old USPS LLV on Fire – (Source) – Note: this not a photo of a Workhorse Truck but just a metaphor for their chances of getting the USPS Contract and what we imagine their USPS Prototype Crash looked like.*

# The "Brakes" Fall Off The USPS Story:

## Workhorse's USPS Bid has Numerous <u>Critical Failures</u>:

✓ USPS driver hospitalized from Workhorse parking brake failure
✓ Prototype EV Trucks dying during test drive
✓ VT Hackney Deemed the Contract's value Immaterial
✓ And So Much, Much More….

October 8, 2020

# Fuzzy Panda Research

**Disclosure:** Fuzzy Panda Research and or any affiliated companies, consultants, employees, etc (the "Fuzzy Panda Affiliates") have a short position in stocks of WKHS and/or DPHC (and/or options, swaps, and other derivatives related to the stock) as well as bonds of companies covered in such reports and research. "Fuzzy Panda Affiliates" intend to continue transactions in the securities of issuers covered on this site for an indefinite period after their first report on a subject company, and they may be short, neutral, or long at any time hereafter regardless of initial position and the views stated in research. See full disclaimer at the end of the report or at www.fuzzypandaresearch.com/terms

## Executive Summary:

A few weeks ago, Hindenburg Research exposed Nikola, a high-flying EV company, as an alleged "intricate fraud". The stock fell over 50% in the process. Nikola has since admitted to purposely rolling a truck down a hill to mask the appearance of a working prototype for a promo video… **Workhorse rolled a USPS prototype truck down a hill accidently[1] after their parking brake failed causing a union USPS driver to be hospitalized after jumping out of the runaway vehicle. We think this debacle as well as the numerous other "critical failures" we will lay out, destroyed Workhorse's chances of ever landing the USPS NGDV award.**

---

"**The parking brake failed** that [Workhorse] had designed & installed…the **truck ran away,** the USPS driver, an union member, had to jump out of the truck while it was moving. He was injured while jumping out of the truck…**he was actually hospitalized**. I think he broke his leg. The Post Office was very angry about this and it resulted in the USPS refusing to do anymore testing for several months"

*~"A Knowledgeable Source" close to the VT Hackney-Workhorse USPS bid [2]*

---

Bulls continue to stand by the hopes that Workhorse will win the USPS (United States Postal Service) "NGDV" (Next Generation Development Vehicle) $6.3 billion contract and that will open a door to new business and lucrative contracts. We will lay out incontrovertible NEW evidence to end any speculation that Workhorse will be awarded any share of the USPS NGDV contract. We will also show that major customers shut the door on Workhorse long ago, erasing any mentions of Workhorse Partnerships from filings and media.

- VT Hackney was the prime contract bidder in the VT Hackney-Workhorse USPS bid. We learned from Hackney's parent company, ST Engineering, that they exited the bid for the USPS NGDV program in 2019 because any award **"would not be material."**
- A source revealed that VT Hackney-Workhorse prototypes had **serious performance problems including numerous critical failures**:
    - Some of the more notable failures were their **EV prototype ran out of range and got stranded on a road**; suspension broke when hitting railroad tracks; chassis performance problems; extensive door failures; safety belt failures; motor failures; ran out of power on multiple occasions; and **the parking brake failure that injured a USPS employee was one of the last straws.**
    - Workhorse destroyed the USPS relationship further once the USPS realized they were being consistently misinformed. Workhorse also occasionally misinformed their partner VT Hackney.
    - Workhorse was unable to handle all the work as a subcontractor, leading to poor quality products that missed deadlines.  This resulted in VT Hackney needing to hire an additional subcontractor to help, Prefix.

---

[1] Incident occurred in early Spring 2018 at TRC Transportation Research Center in Mid-Ohio
[2] "A Knowledgeable Source" – We agreed to maintain the anonymity of all our sources given the sensitivity of the topics and the revelations they provided. As the quotations will reveal, the individuals were deeply intimate with the matters and all parties they were discussing

Written by Fuzzy Panda Research                                                                                       October 8, 2020

- o   Workhorse does not have the ability, machinery, or engineering talent to fulfill the USPS contract even if they somehow won.
- **Major customers like UPS have already moved on from Workhorse–UPS COMPLETELY removed any mention of Workhorse in all literature.**  The UPS contract now belongs almost exclusively to Workhorse competitor Arrival. Workhorse's large UPS order is solely for on-demand fulfillment which UPS has not asked for in years.
- **Investigator Visits! Employees told us that NO purchase orders are currently being fulfilled.** They referred to the only trucks in the plant as **"Show Units"** and **"Prototypes."**  We also discovered **NO Automation; NO Assembly Lines; NO IP Protection** and their employees even let us **photograph their ENGINE** – the engine is nonproprietary
- **Can Stock Promotion be a "Trade Secret?"** Workhorse has a nefarious past working with stock promoters **charged with fraud;** nothing has changed as we uncovered an **on-going scheme that now appear to have moved to YouTube**. The 420+ videos spell out a pattern of deceptive practices. Workhorse and Lordstown management have supported the stock promotion by actively participating in interviews with the promoters
- **Even IF Workhorse wins the USPS bid, all the economics will go to Lordstown.** A licensing agreement between Workhorse and Lordstown shows Lordstown to be a beneficiary of a manufacturing ROFR in the event Workhorse wins the USPS bid. The agreement implies **Workhorse will have limited to no economics left and that it never had the capacity to manufacture vehicles in the first place.** We also reveal just how unprofitable the trucks actually are… **-631% estimated Gross Margins for parts alone.**
- **Very little intellectual property –** Workhorse only has two (old) EV patents, one drone patent, and five via Navistar that were previously written off as worthless. Lordstown Motors is even worse and has 0 IP and selected an underfunded Slovenia company for their mission critical hub motor.
  - o   Industry experts confirmed all our concerns and condemned the IP as worthless. They also pleaded with us not to invest in the company.
- **Who is Steve Burns?** (Lordstown CEO & Workhorse Founder) Evaluating past deals we discover a CopyCat entrepreneur who mimics topical ideas, misleads investors, and has decades of destroying investor capital with the same web of individuals**.** Burns is NOT the next Elon Musk but certainly might be a much more nefarious version of Trevor Milton.
- **Enter Lordstown (Workhorse 2.0?) –** USPS failures and the souring relationship led Stephen Burns to desperately piece together a deal for GM's Lordstown facility moving the GM factory and W-15 (now Endurance) assets out of Workhorse.
- **Is anyone surprised the insiders are selling?** The massive insider sales over recent months are the last perilous sign to investors of the inevitable collapse of the company.

**Upcoming (Potential) Negative Catalysts:**
- **Q3 & Q4 Revenue Miss of Wall Street estimates**. Wall Street has Workhorse production ramping - we heard and saw first-hand that it wasn't.
- **Lordstown's SPAC merger doesn't close or gets delayed** once GM & new investors realize Steve Burns & Lordstown Motors has more red flags than Nikola will they still invest?
- Most importantly, USPS is expected t**o announce the NGVP contract winner(s) by year-end**. According to BTIG analysis, the WKHS downside is to $1 a share (down 95%+) if the USPS contract is lost. We agree and believe that downside will soon be reality.

Use of this Report implies accepting Fuzzy Panda Research's Terms of Service

Written by [Fuzzy Panda Research](#)                                    October 8, 2020

# For the first time ever, we reveal why VT Hackney Sold Their USPS Bid Rights for Just $7.6m!

**First we asked VT Hackney WHY? They told us it would be <u>IMMATERIAL</u> to them.**

A major part of the Workhorse bull thesis is the potential for Workhorse to win the USPS Next Generation Delivery Vehicle (NGDV) contract. USPS is in the final process of announcing the winner for the NGDV for an estimated 180,000 trucks[3]. The bidding process has gone on for 6 years now. The whole contract is estimated to be worth up to $6.3bn in revenue based on the initial USPS RFP Requested Price of $25,000 to $35,000 per truck ([USPS RFP Source](#)).

[VT Hackney's parent](#) company is ST Engineering, an $11 billion market cap publicly traded company in Singapore ([S63:SP](#)). You should think of ST Engineering as the Boeing or GE of Singapore. They have $5.8 billion in revenue and $1.2bn in the US. Suffice to say, a large conglomerate like ST Engineering, would not sell the rights to a large government contract for just $7.6 million if there was any chance it was viable ($1m cash + $6.6m WKHS stock – [8-K](#)). Thus, it was very strange and unusual for us to see a lead bidder (VT Hackney) sell the rights to a $6.3 billion program like the USPS NGDV for an insignificant amount… without good reason. Especially after investing 5 years of time, resources, and R&D. We reached out[4]  and asked the question that no analyst seems to have the answer to: **<u>"Why?"</u>**

They answered. ST Engineering considered the financial returns and VT Hackney's estimated share (if awarded) to be immaterial to the Group. In FY 2018, ST's net profit was ~$366m. We learned that ST Engineering dropped the project given that VT Hackney's expected share of the USPS NGDV award (if awarded) was worth **<u>LESS THAN $19m.</u>**

*"…VT Hackney's share of the USPS NGDV Program contract (if awarded) would **not be material** to the ST Engineering Group"  "…we considers transaction as material if exceeds 5% of Group's last audited Net Profits"*



---

[3] NGDV contract is for replacing the Grumman Long-Life Vehicles. As of Sept 30, 2019 the USPS currently had 140,664 Grumman LLV's and 20,987 RHD FFVs so 161,651 current vehicles to replace ([OIG Audit of USPS Acquisition Strategy](#)).
[4] [https://www.stengg.com/en/investor-relations/](#) - email at [ir@stengg.com](#) or call at +65 6722-1818

Use of this Report implies accepting Fuzzy Panda Research's [Terms of Service](#)

Written by <u>Fuzzy Panda Research</u>                                                                October 8, 2020

# A source <u>REVEALED</u> the real reasons why VT Hackney dropped out of the USPS NGDV bid:

*"I'm trying to be positive, but I'm trying to tell you the truth."*
- A Knowledgeable Source

With the vast majority of Workhorse's valuation and future success reliant on the NGDV contract, we sought out to uncover the events of the VT Hackney-Workhorse partnership in 2016-2019 to determine if Workhorse truly had a chance to win the contract. Our findings and sources revealed a far worse reality than we could've imagined.

**Numerous Critical Failures** – Our source revealed to us in great detail that the VT Hackney-Workhorse NGDV prototypes continuously experienced critical failures and breakdowns throughout their testing. The team's most notable prototype failures included – **motors breaking** (one or two motors burnt out); safety belt problems; **constant door problems** where the doors would fail to either latch or to open; problems with performance of the chassis, suspension problems (including one time where the **suspension broke when it hit a railroad track**); range problems (including **a couple of times where a truck got stranded on the road**); once or twice where they **ran out of power**; and most notably the previously mentioned notorious **parking brake failure** resulting in a USPS employee being hospitalized.

**Workhorse has a very strained relationship with the USPS** – Our source confirmed that **Workhorse lost their original prime bid back in 2016 and as a result joined VT Hackney as a subcontractor.** One of the simple reasons why Workhorse lost their bid was the USPS required in their specs that all bidders submit designs in <u>Solidworks</u> (a design software) and despite this Workhorse still decided to carry on with creating all their designs in <u>AutoCAD</u>.  Workhorse's reason why was that its engineers didn't know Solidworks and AutoCAD was easier to use. Workhorse's relationship with the USPS became increasingly strained from Workhorse "not telling the post office the 100% truth" and "misinforming [the USPS] over and over again" which the post office astutely realized and caught them on multiple times. The breaking point in the relationship appears to have been when Workhorse's designed and manufactured parking brake failed during a standard downhill test. The disastrous failure resulted in the hospitalization of a unionized employee, who had to "dive from a runaway vehicle". The event caused all of the VT Hackney-Workhorse's prototype testing to be halted for several months. A source told us Hackney may not have been part of any further testing to that point in anticipation of exiting the partnership.

Workhorse's performance, quality, and design can be best described as "makeshift" and was generally bad for the USPS NGDV project. Workhorse parts had large variance in components (millimeters off from their original design); poor fit & finish; essential deliveries would miss deadlines; and overall not having the best design nor execution. This failure to deliver was so bad that **VT Hackney eventually was forced to hire an additional subcontractor "Prefix"** to come in to help. Workhorse apparently even "misinformed" VT Hackney a few times. VT Hackney's good engineers eventually started leaving the project because they didn't want to work on a losing bid.

Could Workhorse deliver on the contract if they were awarded it? **The answer is an unequivocal NO**. Workhorse currently does not have the capacity to mass produce anything. They lack the "tooling engineers and the expensive stamping machines". Another major problem was that the trucks are required

Use of this Report implies accepting Fuzzy Panda Research's <u>Terms of Service</u>

Written by Fuzzy Panda Research                                                    October 8, 2020

to last 25 years and the Hackney-Workhorse prototypes were not able to come close to lasting a year or two.

The Hackney-Workhorse Prototype **had irrational economics of their prototype**. Apparently the parts alone (excluding the motors; $10k each) and Panasonic lithium batteries ($10-12k) cost $236,000. The USPS price max price for the truck is $35k – each truck had **a Gross Profit of at least NEGATIVE $226,000** and that is before labor costs. Part of these very high costs came from the fact that Workhorse did not manufacture the engine and key parts and instead all of those were outsourced.

We were shocked to realize how poorly the Hackney-Workhorse prototypes performed and how bad the USPS and Workhorse relationship currently is. The situation at Workhorse is so much worse than anyone could've imagined that we unequivocally believe, **Workhorse simply has NO chance of winning the NGDV contract**.

> *"Ultimately, VT Hackney threw up their hands and gave up, pretty much every engineer had left the project"*
> -    A Knowledgeable Source

## Workhorse deemed the VT Hackney purchase unworthy of a press release?

Workhorse historically press releases virtually everything (e.g. patent filings; doing a drone or vehicle testing; a cancelable order; and especially all new partnerships), regardless of magnitude, so we found it particularly telling when it omitted the VT Partnership update. Acquiring Hackney's assets for such a material contract, at a pittance of its underlying value should have been an extraordinary accomplishment for the company. If the underlying contract was material of course: at least more so than the "Vehicle Demonstration and Test Drive" it chose to announce a couple days prior. Instead, the details were buried in an 8-K filed SEVEN days after it was finalized (USPS NGDV Asset Agreement with ST Engineering)

**Nov 6, 2019 - Workhorse-VT Hackney.  VT Hackney exits for $7.6m an 8-k but No Press Release?????**

| | |
|---|---|
| Dec 4, 2019 | Workhorse Sells SureFly® |
| Nov 8, 2019 | Workhorse Group Reports Third Quarter 2019 Results |
| Nov 7, 2019 | Workhorse Group Signs Intellectual Property Licensing Agreement with Lordstown Motors Corp. |
| | ?????????? Where is the Press Release ????????????????? |
| Nov 4, 2019 | Workhorse Hosts Next Generation Vehicle Demonstrations and Test Drive |
| Oct 8, 2019 | Workhorse Partners with USOG to Launch Pilot Programs for Drone Delivery of Medical Supplies |

                    Use of this Report implies accepting Fuzzy Panda Research's Terms of Service

Written by [Fuzzy Panda Research](#)                                                                                        October 8, 2020

# Workhorse's Bid as a "Prime" Already Failed:

**We show conclusively that Workhorse was in fact eliminated from the process "early on"**

In April 2015 – Workhorse advanced from 40 interested suppliers to the next round of 15 prequalified suppliers – [Source April 14, 2015 WKHS PR](#) (Workhorse was formerly known as AMP Holdings but the management team changed the company's name in 2015).

Sept 16, 2016 –Workhorse **FAILED** to advance from the round of 15 bidders to 6 ([link](#)).

Sept 19, 2016 –Workhorse joined VT Hackney's Team ([WKHS 9-19 Press Release](#); [ST Engineering VT Hackney 9-21-16 press release](#)) as one of the remaining 6 bidders added Workhorse as the exclusive **SUBCONTRACTOR** to build chassis & powertrain. ([WKHS 10-Q - pg 19](#))

Bulls have long contended that Workhorse was not eliminated by the USPS and that it simply partnered with VT Hackney instead. Workhorse's own 8-k timeline debunks this but our sources have put the argument to rest once and for all (*see below quote*). One reason why Workhorse failed – Workhorse refused to follow a USPS design requirement to submitting all designs in [Solidworks](#) (design manufacturing software). Workhorse engineers used AutoCAD instead because it was easier.

---

*"The Post Office quote, unquote kicked [Workhorse] off the project back in 2016."*

---

NEW INFO - Spring 2018 – USPS Employee hospitalized during downhill brake failure. USPS was rightfully angered and paused testing VT Hackney-Workhorse prototypes.

Below is the story Workhorse tries to tell investor vs. the truth.



**Workhorse's Story to Investors**

Workhorse September 2020 Slide on the USPS Opportunity

**What Actually Happened! Workhorse's Real USPS Timeline**

**April 2015** – Workhorse (AMP) is one of 15 prequalified Suppliers

**Sept 2016** – Workhorse **FAILS** to be named 1 of 6 suppliers to bid for USPS contract

**Sept 2016** – VT Hackney a final bidder names Workhorse a SUBCONTRACTOR on their bid.

**2017-2019** – USPS tests 50 prototype vehicles. OIG report shows that only 1 supplier did not have critical safety issues - Was it Ford or Workhorse? ;-)

**Dec 2019** - VT Hackney sees final RFP and exits bidding, WKHS pays VT $7.5m ($1m cash & $6.5m stock to get rights to the program & to keep bidding)

**April-Sept 2020** – Stock Promotions saying Workhorse will win the USPS Contract Appear Everywhere

Use of this Report implies accepting Fuzzy Panda Research's [Terms of Service](#)

Written by Fuzzy Panda Research                                                              October 8, 2020

# Supplier A or D will likely win the USPS Contract – we prove that Workhorse is neither!

*"The vehicles delivered by **4 out 5 suppliers experienced critical safety failures"***
*~Office of the Inspector General Report on USPS NGDV Program[567]*

Table 3. 2017-2019 NGDV Prototype Critical and Non-Critical Safety Issues         **Who are Suppliers A & D?**

| Suppliers | Non-Critical Safety Issues | | | Critical Safety Issues | | | Grand Total of Safety Issues |
|---|---|---|---|---|---|---|---|
| | 2017 | 2018 | 2019 | 2017 | 2018 | 2019 | |
| A | 6 | 7 | 0 | 2 | 0 | 0 | 15 |
| B | 17 | 34 | 0 | 6 | 3 | 0 | 60 |
| C | 13 | 37 | 4 | 13 | 24 | 0 | 91 |
| D | 14 | 3 | 0 | 0 | 0 | 0 | 17 |
| E | 15 | 56 | 5 | 29 | 10 | 2 | 117 |
| **Grand Totals** | 65 | 137 | 9 | 50 | 37 | 2 | 300 |

**Critical Safety Issues included the following:** Leaking fuel tank, electronic parking brake not engaging, parking brake intermittent function, broken front sway bar link, leaking brake line, cracks in subframe, uncommanded acceleration, parked vehicle rolled away, and prototype vehicle died on testing track.

**Underline = 100% related to Workhorse-Hackney Prototypes**

For the sake of thoroughness, we looked at the remaining bidding teams and analyzed their vehicles as well as their ability to deliver for the USPS if they won the contract.

There are only 3 remaining bidders for the USPS NGDV contract. In August, the OIG released that bidding has taken so long due to "4 out of the 5 suppliers having critical failures." Reconciling each bidding group's track record and prototype design provides valuable insight into who each one of the suppliers could be.

**Team Oshkosh-Ford:** They were the only qualified bidder who used an existing and thoroughly tested vehicle in their bid. Their USPS prototype bid was built using a modified standard Ford Transit Cargo Van (Source) and is diesel powered per the initial USPS RFP request instructions. **Likelihood of No critical safety failures – Very High**.

**Team Karsan-Morgan Olson:** They submitted an EV that is a plug-in hybrid for their bid (photos). Karsan is a Turkish Bus manufacturer with $330m of revenue and automated factory with a 1 shift capacity of 18,200 vehicles. Karsan also started shipping their 2 Electric Bus models in 2019 and have sold them in 10 countries including Germany (2019 annual report). Morgan Olson, a Michigan based manufacturer has the highest customer satisfaction in the "walk-in van" industry (rated by Fortune 500 companies; source). Competitors told us that Morgan Olson is a "known entity for the USPS and they have a long deep history of working together." We also learned the Karsan-Olson prototype vehicle use the same BMW i3 battery pack that multiple competitors do and it is viewed as cost competitive with excellent reliability. **Likelihood of No critical safety failures – Pretty High**.

---

[5] OIG report on Delivery Vehicle Acquisition Strategy (aka NGDV Acquisition) – Report 19-002-R20 (Released 2020-08-12)
[6] https://www.uspsoig.gov/document/delivery-vehicle-acquisition-strategy
[7] https://www.trucks.com/2020/08/31/inspector-generals-report-details-new-mail-truck-program-problems/

Use of this Report implies accepting Fuzzy Panda Research's Terms of Service

Written by Fuzzy Panda Research                                                      October 8, 2020

**Team ~~VT Hackney&~~Workhorse:** The Hackney-Workhorse group submitted an EV truck with a small BMW gasoline engine as a generator (photos here). Workhorse was meant to supply the powertrain & chassis and VT Hackney build the body. Workhorse's filings tell us battery packs are built in-house (aka re-assembled by hand – pg 4). The 2018 risk section and a separate section under "Batteries Are Key" shows Workhorse's reliance on Panasonic batteries (their only fully qualified supplier - pg 12). The section noted above no longer exists and the battery packs that Workhorse once declared as a key differentiator from competitors also disappeared from any further disclosure. A former Workhorse supplier, All Cell Technologies, is actually now suing Workhorse (source) for patent infringement on using their battery patents illegally[8]. Panasonic also no longer appears as a strategic supplier as of 2019 (2019-10K). On the basis of this alone we had a pretty strong feeling that **Workhorse was the responsible for the "Prototype that died on the testing track."**

All this above can be determined without speaking with primary sources where we learned in detail about prototypes critical failures for Team Workhorse's vehicles like:

- "Parked vehicles rolling away"
- "Parking brake intermittent function"
- "Cracks in subframe"
- "Prototype vehicle dying on track"
- As well as many more the OIG didn't specifically call out "doors not latching;" "the suspension breaking;" "running out of power;" "motors burning out" and more.

*"The pressure to get a vehicle from prototype to production in a short amount of time with very little funding means that **a lot of corners are cut. Good engineers are forced to turn in work that is subpar and move on to the next task**"* ~ Employee review of Workhorse (2019)

Our sources confirmed the above sentiment saying that Workhorse "..has good engineers but they just bit off more than they can chew."

### Workhorse Additional Playbook to Anger the Government – Keeping a PPP Loan

If attempting to deceive the USPS & injuring their employees wasn't enough. Workhorse decided to up their game in 2020 by being one of the few public companies to **take a PPP Loan & then refuse to return it** (link). Workhorse is one of the few publicly traded companies that DID NOT return their PPP Loan. If Workhorse had any actual chance at winning a large government contract then obviously they would've immediately returned the PPP Loan once they secured their $70m capital raise in late June 2020. We think both Democrats & Republicans can agree that is despicable.

September 29, 2019                                          Helpful (3)

"Great vision. Hopefully their execution catches up to their vision."

3.0 ★★★☆☆    Former Employee - Anonymous Employee in Loveland, OH

🟥 Doesn't Recommend    🟨 Neutral Outlook    🟨 No opinion of CEO

I worked at Workhorse Group full-time for more than 3 years

**Pros**
Workhorse has some great people!

Workhorse's vision for electric and hybrid delivery vehicles is one of the best applications for electric vehicles.

Because it is small, you may have opportunities to work in roles that you may not have the experience for at other employers.

**Cons**
The pressure to get a vehicle from prototype to production in a short amount of time with very little funding means that a lot of corners are cut. Good engineers are forced to turn in work that is subpar and move on to the next task.

Cash flow is constantly affecting other departments being able to perform their jobs.

---

[8] Civil Action No. 1:19-cv-2975 (link) On July 18, 2019, All Cell Technologies, LLC and Illinois Institute of Technology filed a Complaint for Patent Infringement against Workhorse in the United States District Court for the Southern District of Indiana claiming infringement of US Patent No. 6,468,689, 6,942,944 and, 8,273,474. The case is currently on-going.

Written by Fuzzy Panda Research                                                    October 8, 2020

# Workhorse Disappeared from <u>UPS Reports & Filings in 2019!</u>

**January 2020 - UPS invested equity in EV competitor Arrival + ordered an additional 10,000 trucks from to supply EVs to US & Europe.**

Nothing says a contract is dead like eliminating all mentions of your former partner from filings. That is just what UPS did when they released their UPS's 2019 Sustainability Report. UPS eliminated all mentions of collaborating with Workhorse who was prominently featured in the 2018 Report (pg 30) and mentioned in the opening statements in 2017 Report (pg 3). Our research shows that "UPS currently has a fleet of more than 10,300 alternative fuel and advanced technology vehicles." More importantly, in January 2020, UPS Ventures made an **equity investment into Arrival,** a UK based EV company (link), and committed to **buying an additional 10,000 all-electric vehicles from Arrival** for the US & UK Market. As our industry expert calls revealed: reliability, word of mouth, and trust are all key parts of the relationships in the EV space. "The biggest indicator I see in our industry are not [initial] orders. It's reorders." UPS is still committed to sustainability and buying EV Trucks…just not with Workhorse anymore.

**What happened to the 950 trucks on order with Workhorse?** Workhorse will tell every potential investor about an additional order from UPS for 950 trucks[9] that they received in early 2018 after an initial delivery of 50 vehicles[10]. However, they have failed to mention that the contract is actually for production on an **On-Demand Basis by UPS (aka Workhorse only builds & delivers a truck when UPS specifically asks for one)** (8-K for UPS-Workhorse 2018 Amended Contract)[11] Workhorse's financials tell a dismal story: since that initial order of 50 trucks was delivered in Q1-2018, Workhorse has only earned $756,000 in revenue through Q2-2020. We believe sell-side analysts are mis-modeling future UPS revenue by forecasting it into Q4 and full-year 2021 – in reality all of UPS's volume has already gone to Arrival.



**What about the 4 UPS trucks our investigator located behind dumpsters in Union City?** A Workhorse employee indicated to our investigator that they were manufacturing only "Show-Units," aka "prototypes".

**UPS Drones** – the sustainability report contains information regarding UPS's drone partnership with Matternet. Workhorse is no longer mentioned. However, we did find a drone test of Workhorse demonstrating the HorseFly for UPS unofficially involved the drone crashing apparently "due to interference." "The drone aborted its launch, tried to land on top of the UPS truck, fell to the side and was **nearly crushed by the still-closing lid of the vehicle**" (Techcrunch Feb 2017).

---

[9] https://www.trucks.com/2018/06/14/ups-order-950-workhorse-electric-delivery-trucks/
[10] https://www.pressroom.ups.com/pressroom/ContentDetailsViewer.page?ConceptType=PressReleases&id=1519225541368-230
[11] "The timing of the balance of the 950 N-GENs will be on a **timeframe solely determined by UPS**, which is entitled to **reduce or cancel the order in its sole discretion** on the result of the test fleet." (SEC Link 2018-05-31 WKHS 8-K) "Buyer will determine, at its sole discretion, the level of success of the 50 vehicle test" (SEC Link)

Use of this Report implies accepting Fuzzy Panda Research's Terms of Service

Written by Fuzzy Panda Research                                        October 8, 2020

# Field of Dreams Workhorse Edition – "We won't build it so no one will come" – but our investigators still did

**We found that Workhorse Assembles Trucks by Hand! There Are No Robots, Machines or Assembly Lines to Support Production; Employees Refer to Trucks as "Show-units"**

On several occasions in **September 2020**, Fuzzy Panda Research sent investigators to visit Workhorse Facilities in hopes of answering some questions. We assumed our attempts to learn more at the facilities of a ~$3 billion market cap company with the potential for a pending $6.3 billion government contract would be met with intense security. We found things to be way worse than we expected. Workhorse employees kindly invited us in, showed us around, and even allowed us to take photographs everywhere including of a supposedly propriety prototype **ENGINE** (see below & Appendix C) at both locations:

- **Workhorse Factory & Production** – Union City, Indiana - 940 State Route 32
- **Workhorse R&D and HQ** – Loveland, Ohio – 100 Commerce Dr.

The following are key highlights of our visit:

- **NO Active purchase orders** being worked on. Employees told us told that no purchase orders were currently in production for customers (so much for fulfilling the UPS 950 truck order)
- "**Show Units**" – Employees at Union City, where 4 UPS branded trucks were parked behind dumpsters, referred to the units as "**show units**" and "**prototypes**"
- **NO Automation –** All production at the facility still occurs MANUALLY without a sophisticated assembly line or any automation in place
- **NO Security** – Workhorse employees invited us into both Union City Assembly Plant and the "secure" area of their Loveland R&D facility. They even let us photograph their old engine.
- **All truck production and assembly** occurs exclusively in Union City; the Union City plant is Workhorse's only production line and it is badly in need of additional capex investment



Inside the Loveland R&D facility, where employees showed us all engine models and prototype drones and even gave our investigator permission to take photos.

This picture of the engine shows a **non-proprietary engine and inverter** we identified to be made by Dana (TM4) by the label. We also identified various **generic Chinese parts.**

Use of this Report implies accepting Fuzzy Panda Research's Terms of Service

Written by [Fuzzy Panda Research](#)                                                    October 8, 2020

Below are the relevant excerpts from conversations (See Appendix C for more):

***Union City, Indiana – September 2020 Investigator invited inside Assembly Line Plant***
    *Investigator*: **Are those trucks for a particular customer**?
    *Employee*: **No, those are just <u>show units</u>**
    *Investigator*: What does that mean like **they are prototypes**?
    *Employee*: Yeah, they're not production
    *Investigator*: **Are <u>you making any production units for customers right now</u>?**
    *Employee*: **<u>No, not right now</u>**
    *Investigator*: **Is this the only facility where you make units or if there's another one on site?**
    *Employee*: **<u>No, this is the only production line</u>**
    *Investigator*: How many of them they do make in a week or a month?
    *Employee*: **<u>These are just the show units so they're not really doing that</u>**

***Loveland, Ohio – September 2020 Investigator Conversation within R&D facility:***
    *Employee*: … **<u>really most of the production line is in Union City.</u>**
    *Investigator*: **Is it manual or automated?** Here looks like everything is manual?
    *Employee*: **Here** [Loveland] **it's all manual, but there** [Union City] **it's all in a production line.**
    *Investigator*: **So there's automation there?**
    *Employee*: **<u>No, it's still manual,</u> but it's more of a process there,** here is more R&D.

We made a video so investors could do their own drive through diligence on the Union City Workhorse Facility since it does not appear on Google Maps

[Fuzzy Panda Research – Union City Drive Through Sept 2020](#)



[https://youtu.be/ccajQxay7UU](https://youtu.be/ccajQxay7UU)

                    Use of this Report implies accepting Fuzzy Panda Research's [Terms of Service](#)

Written by Fuzzy Panda Research                                    October 8, 2020

*"The Extreme Difficulty of scaling production of new technology is not well understood. **It's 1000% to 10,000% harder than making a few prototypes**. The machine that makes the machine is vastly harder than the machine itself"*
*Elon Musk – Sept 21, 2020 (Link to Tweet)*

**Investors don't need to trust us and can actually watch Workhorse's own videos below to confirm the facilities we visited have:**



- **No automation**
- **Assembling trucks by hand –** Both videos show employees assembling trucks and parts by HAND
- Loveland, Ohio R&D facility is barren with employees building/designing parts on wooden work benches
- **No evidence of Elon Musk's "Machines that Make the Machine"**

**Workhorse's own videos show production by hand (Union City, Indiana)**
Video posted to YouTube by Workhorse Group April 29, 2020 (YouTube link)







Written by Fuzzy Panda Research                                                                October 8, 2020

**Workhorse Inside the Facility Video 2 – Posted to YouTube** April 8, 2020 (YouTube Link)



**Workhorse Financials** confirm the same story we see inside the factory. A complete lack of investment in automation & facilities. From 2012 through to Q2 2020 Workhorse has only spent **$3.8m on Capex**. 2015 financials (pg 24) show only $500,000 of equipment acquired from Navistar. Workhorse has invested next to nothing in one of the most capital-intensive businesses.

**The state of Workhorse's facilities and assembly plant would be a deal breaker for the USPS:**

When speaking with a Workhorse's EV competitor that has already sold prototype EVs to USPS we learned that:

> *"**USPS is a very sophisticated buyer**" and "does a very good job diligencing every detail".*
> - Management of an EV Competitor

The USPS would ensure that a selected bidder serious about the RFP has already adequately invested in its facility and would be able to handle the large production volume it requires. They also told us that there is no way the USPS would risk tying their fate to a company that cannot demonstrate they can fulfill the contract. Trucks are an essential component to USPS's last mile delivery and to the delivery of US Mail.

> *"How long would it take them to scale up capacity? How much would it cost?"*
>
> *"I'm not confident Workhorse has the wherewithal to do it…in any amount of time or with any amount of money to be successful"*

                Use of this Report implies accepting Fuzzy Panda Research's Terms of Service

Written by Fuzzy Panda Research                                                                 October 8, 2020

# Is Workhorse (and Lordstown's) Patent Portfolio Worth"Less"?

---

*"I don't know what tech we would buy [from Workhorse]...*
*Honestly, they don't have much tech".*
- Management of an EV Competitor

---

Workhorse's 10% stake in Lordstown in exchange for using their IP values Workhorse's IP currently at ~$350m, so we asked a well-respected competitor what Workhorse IP they would buy and at what price. They answered…**there is nothing to buy.**

Workhorse's published patent portfolio currently consists of a total of 8 Patents. **Only two patents are related to Electric Vehicles** at all. Those two patents include a 2011 patent for coolant fluid distributing throughout a "car" (not truck) – US Patent 8,541,915 and a 2015 patent – US Patent 9,481,256 that is for recharging electric batteries while breaking, while referencing an EV that also has a combustion engine. Five of those patents were previously written off as worthless by Navistar's accountants (in Q2-2012) and given to Workhorse with the Navistar facility purchase (link). Then there is the one drone related patent – we will address this later. More importantly, most of the patents are not even currently fully owned by Workhorse and are held as collateral for an HT Investments MA loan.

We do a full comparison of Workhorse's worth"Less" patent portfolio vs one of their own listed competitors in Appendix A – Patents.

## Workhorse's "Trade-secrets" – "They give "Selfies" with the Coke Formula?"

Sell-side analysts are pitching the narrative that instead of patents Workhorse has "Trade Secrets." However, Workhorse has **No Security** guarding these supposed trade secrets. They allowed us, complete strangers, into the assembly plant and R&D facility to take pictures and videos. Companies with "Trade Secrets" do not invite strangers into their top-secret lab and show them their engines (well really it was someone else's) and drones.

Could the "Trade Secrets" be hiding outside the assembly plant and R&D facility?  Maybe they are software related?  We only found 5 software engineers that currently work for Workhorse Group and 3 were hired within the 13 months.

We also did some R&D analysis using the 10-k's and it shows that during in FY 2019, WKHS incurred $28,352 in software expense relative to $8.2m spent on R&D, representing a mere 0.9% of total R&D expense and they spent a grand total of $329,798 from 2014-2019 on software. So much for their claims about "In-House Software Development is Essential" & claims to have "Proprietary Software"

| | FY 2014 | FY 2015 | FY 2016 | FY 2017 | FY 2018 | FY 2019 |
|---|---|---|---|---|---|---|
| Software | $27,721 | $27,721 | $57,587 | $86,050 | $102,367 | $28,352 |

The "trade secrets" definitely aren't software related.

                    Use of this Report implies accepting Fuzzy Panda Research's Terms of Service

Written by <u>Fuzzy Panda Research</u>                                                    October 8, 2020

## Compare the R&D workforces.

**Tesla** currently has over 7,200 employees with the title "<u>engineer</u>" including many top PhDs and aerospace engineers developing their cutting edge technology.

What does Workhorse have?

**LEADING Workhorse's Engineering efforts are a DeVry grad (online college/trades school), a University of Phoenix grad (online college), and a recent college grad (2017).**

- <u>Director of Engineering 1 –</u> received his Engineering degree from DeVry University. In the 2 years before he joined Workhorse he was a <u>General Contractor for dentist's offices</u> and also installed home theaters.
- <u>Director of Engineering 2</u> – took 4 years to receive an MBA which he got from <u>the University of Phoenix</u>. Despite having joined Workhorse in July 2019 his LinkedIn notes that he is currently looking for a new job and has his resume listed. Maybe that MBA is working!
- <u>Aerospace Project Manager</u> – Graduated from college in 2017 and immediately became in charge of the drone program in Sept 2017 (<u>Video from 2018 confirming</u>)

We think that workhorse's (24 total) engineers are under-qualified and-over worked engineers and thus are unlike to produce any patents or trade secrets worth protecting.

Workhorse has secrets, but we don't think their IP is one of them.

# So what are Workhorse's "Trade Secrets"?

Use of this Report implies accepting Fuzzy Panda Research's <u>Terms of Service</u>

# Workhorse & Steve Burns are connected to Illegal Paid Stock Promoters charged with FRAUD

**1) Workhorse's Partner from 2009-2015 CSIR Group was <span style="color:red">charged with Fraud by the SEC</span>:**

Workhorse (formerly known as AMP Holdings) paid CSIR Group for stock promotion services. The SEC charged CSIR for a "Fraudulent Stock Promotion Scheme" in which it "**hired writers…to publish dozens of bullish articles on its clients, which appeared to be independent research piece**s." (<u>SEC litigation Release</u>; <u>Full SEC Charges vs CSIR</u>)
WKHS's prior annual reports directly disclosed their relationship with CSIR, but like with most of the "secrets of the past," any mention has been erased from future filings.

"On June 1, 2010, <mark>the Company and CSIR Group, LLC ("CSIR") entered into a letter agreement</mark> (the "Letter Agreement") amending that certain services agreement between the Company and CSIR, dated October 20, 2009. <mark>CSIR provides investor relations to the Company.</mark>  Pursuant to the Letter Agreement, in addition to a monthly fee, the Company agreed to issue CSIR a common stock purchase warrant (the "Warrant") to acquire 240,000 shares of common stock on a cashless basis at an exercise price of $0.40 per share for a period of five years. The Warrants will vest quarterly in installments of 30,000 over the initial two years of the term of the Warrant.."  (<u>8-K for Agreement signed by Steve Burns</u> & mentioned in <u>2014 10-K pg 17</u>)

Steve Burns Workhorse Founder, CEO and current Lordstown CEO - signed that agreement.

**U.S. SECURITIES AND EXCHANGE COMMISSION**

| ABOUT | DIVISIONS & OFFICES | ENFORCEMENT | REGULATION | EDUCATION | FILING |

## SEC Obtains Final Judgment Against Investor Relations Writer Charged with Fraudulent Stock Promotion Scheme

<span style="color:red">Workhorse Paid Promoter</span>

Litigation Release No. 24280/ September 20, 2018

*Securities and Exchange Commission v CSIR Group, LLC, et al.*, No. 17-cv-02541 (S.D.N.Y. filed Apr. 10, 2017)

On September 14, 2018, the U.S. District Court for the Southern District of New York entered a final judgment against Thomas Meyer for his role in a fraudulent stock promotion scheme. According to the SEC's complaint, CSIR Group, LLC hired writers like Meyer to publish dozens of bullish articles on its clients, which appeared to be independent research pieces but, in fact, were paid advertisements.

<mark>SIGNATURES</mark>

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned hereunto duly authorized.

<mark>Date: June 2, 2010</mark>

<span style="color:red">CSIR Agreement Signed by Steve Burns</span>



<mark>AMP HOLDING INC.</mark>

<span style="color:red">"AMP Holdings Inc" changed their name to "Workhorse Group Inc" in 2015</span>

By: <mark>/s/ Stephen S. Burns</mark>
       <mark>Name: Stephen S. Burns</mark>
       <mark>Title:  CEO</mark>

**Workhorse is also connected to SeeThruEquity Research** – The SEC Charged SeeThruEquity with "Fraud" (SEC v. SeeThruEquity LLC case 1:18-cv-10374) for writing paid favorable reports and then portraying the reports as unbiased. SeeThruEquity issued multiple positive reports on Workhorse (previously named AMP Holdings) from at least 2014-2015 (Workhorse Initiation, Workhorse Update)



On November 9, 2018, SEC charged SeeThruEquity for defrauding investors by issuing reports based on "unbiased" and "not paid for" research.

# Question for Workhorse & Lordstown Motors Management:

# Is your real "Trade Secret" paid stock promoters?

# Introducing - YouTube Stock Promotions Uncovered:

Workhorse and Lordstown Motors are the subject of one of the most aggressive stock promotion schemes we have ever witnessed. We have documented **> 420 Workhorse stock promotional videos[12]** with >1000 views since June. (We didn't even count the other thousands with <1k views). In all we have found **greater than 80** individual stock promoters for Workhorse.

These videos are professionally edited and feature carefully constructed YouTube personalities meant to appeal to retail investors. Notably all the accounts "report" virtually the same "Breaking News" every couple of days with misleading and false statements about why Workhorse will get the USPS contract.

The promoters have invented compelling and relatable life stories like a young Utah man (AJ Byrd) who wants to buy a home but has expensive Type 1 Diabetes so is teaching his followers how to become MASSIVELY WEALTHY by trading stocks. His favorite Long Idea of course is Workhorse.

We believe this is **ILLEGAL stock promotion** as none of the individuals disclose their motivations or compensation behind promoting Workhorse. The only disclosure that is typically noted is that "They are Not a Financial Advisor."

Workhorse and Steve Burns have a long history of partnering with stock promoters that the SEC have since accused of **fraud & illegal stock promotion** so we think this might be more of the same. See below for some summary figures of Workhorse's YouTube.com stock promoters (Appendix B for Full List)

**YouTube Stock Promotions Ring - Workhorse >1k views (June to Sept 2020)**

| YouTube Channel | Influencer Name | Channel Link | Videos >1k Views / Workhorse Stock Promo Videos | Viewers / Workhorse Promo Video Viewers | Subscribers / Subscribers to Channel |
|---|---|---|---|---|---|
| **Workhorse Stock Promotions** | | | **426** | **3,416,522** | **825,830** |
| Jack Spencer Investing | Jack Spencer | https://www.youtube.com/chan | 21 | 497,215 | 41500 |
| Informed Tradez | Daniel | https://www.youtube.com/c/In | 20 | 316,205 | 23200 |
| My Financial Friend | Sam | https://www.youtube.com/c/M | 32 | 242,227 | 11400 |
| Nukem Finance | Doug | https://www.youtube.com/c/Nu | 23 | 201,163 | 26300 |
| Positive Investing | Nick | https://www.youtube.com/watc | 9 | 189,577 | 60900 |
| Connor Invests | Connor | https://www.youtube.com/chan | 17 | 183,679 | 9250 |
| MarketGains | N/A | https://www.youtube.com/chan | 14 | 172,253 | 65000 |
| George Perez | George Perez | https://www.youtube.com/chan | 3 | 156,543 | 53200 |
| CakeTrader | N/A | https://www.youtube.com/c/Ca | 16 | 136,476 | 11600 |
| Big Money Mindset | Kyle | https://www.youtube.com/chan | 11 | 107,815 | 14900 |
| MillionairesInvestmentSecrets | | https://www.youtube.com/chan | 8 | 97,564 | 14700 |
| RexFinance | Rex | https://www.youtube.com/chan | 8 | 78,654 | 13700 |
| JTWealth | Julie | https://www.youtube.com/chan | 8 | 73,356 | 9380 |
| Top Ticker Trades | Pat | https://www.youtube.com/watc | 17 | 63,577 | 1670 |
| TheBusinessHub | | https://www.youtube.com/chan | 23 | 48,225 | 2330 |
| Rick Daum | Rick Daum | https://www.youtube.com/c/Ri | 5 | 48,162 | 6890 |
| Best of Us Investors | Kerry Grinkme | https://www.youtube.com/chan | 2 | 46,666 | 52600 |
| Invest with Henry | Henry | https://www.youtube.com/watc | 3 | 40,148 | 47900 |
| YTFinance | | https://www.youtube.com/c | 11 | 38,419 | |
| Nick Marson | Nick | https://www.youtube.com/watc | 6 | 37,684 | 3820 |
| ThePopularInvestor | | https://www.youtube.com/chan | 6 | 37,476 | 6020 |
| Matt Kohrs | Matt | https://www.youtube.com/watc | 7 | 34,007 | 2630 |
| OctopusMoneyMultipliers | | https://www.youtube.com/chan | 7 | 33,954 | 4870 |
| LitStocks | | https://www.youtube.com/chan | 9 | 31,167 | 3250 |

---

[12] Note – We ultimately collected >1TB of stock promotion videos and documented their "authors" as well as the misleading & lacking disclaimers. Video back-ups are stored both in the cloud and an off-line drive just in case the SEC is interested.

Use of this Report implies accepting Fuzzy Panda Research's Terms of Service

Examples of the 80 channels include: "CakeTrader" A 20 year old guy trading stocks (in his mom's basement?).



One of his recent stock promotion videos titled "Workhorse USPS Contract Leaked?" includes a link to a phone number for the now bankrupt Navistar subsidiary ("Workhorse Custom Chassis") to suggest Workhorse has actually already won the USPS contract.

"George Perez" a former accountant with a lisp who "Gives no F*cks" but has >66,000 views of him promoting Workhorse on the false idea that a 6 year old government procurement program has tripled in value overnight.

*(USPS owns 203,767 vehicles – 23,920 that are only 0-4 yrs old \* RFP price of $25,000 to $35,000 = George also didn't give "F" in Math Class and now he's a Stock Promoter) – (OIG USPS Report)*



Or Julie from JT Wealth "A girl with her wine talking about stocks." She also occasionally breaks from promoting Workhorse to suggest which brokerages allow for trading Workhorse pre & post-market



We missed an important Berkshire update but thankfully "Top Ticker Trades" poured through Berkshire's 10-K for us and found the following: Warren Buffet To Buy WKHS!?! My Thesis On WKHS Just Changed!



## So what will mgmt do when they find out about the stock promoters?

**Give live interviews of course!** Based on Workhorse and Steve Burns's history of paying illegal stock promoters, is anyone surprised?  Worst of all, Workhorse CFO, Steve Schrader, is clearly proud of his stock promotion as he has gone ahead and shared BOTH of his promotional videos with a former Irish BodyBuilder "JackSpencer Investing" on his LinkedIn page (Interview 1; Interview 2)



Which other companies do you think we found actively supporting the stock promotion?  If you guessed **Steve Burns of Lordstown Motors, then you are correct!**  Nice of him to take time out of his busy schedule of photo ops with President Trump to promote Lordstown with Jack Spencer. (YouTube Link)



We suspect (but cannot currently prove) that these promotions are being paid for by Workshorse and Lordstown Motors due to **Workhorse's & Steve Burns long connection to illegal stock promoters**.

Go to YouTube type in "Workhorse Stock" or "Lordstown Motors Stock" and decide for yourself.

Use of this Report implies accepting Fuzzy Panda Research's Terms of Service

Written by Fuzzy Panda Research                                     October 8, 2020

# Workhorse's History of Shady Financial Partners:

- **<u>Charged by SEC</u> for being "An Unregistered Penny Stock Dealer"**
- **Fined & Banned by FINRA for Stock Manipulation & Fraud**
- **Accused of Fraud & Wrong-doing by Customers**

**JMJ Financial – Workhorse Financial Partner** - CEO, Steve Burns, executed off-balance sheet arrangements with JMJ Financial as a financial partner for Workhorse Group both in December 2013 and then again in July 2015.

In March, 2020, the **SEC Charged JMJ Financial and owner Justin W. Keener with being an "Unregistered Penny Stock Dealer."** (pg 28 & 29 of 2015 10-K)

Again, the agreements have Steve Burns signature on them. (2015 WKHS Off Balance Sheet agreement with JMJ Financial signed by Steve Burns)



**John Carris Investments (JCI) –** Steve Burns hired John Carris Investments as Workhorse's EXCLUSIVE Financier & Placement Agent in 2009 (Agreement with JCI pg 3)

- JCI & Workhorse worked together on 3 major fundraising agreements Oct 2010 Agreement – Signed by Steve Burns; April 2011 Workhorse Agreement; Jan 2012 Agreement

Unsurprisingly, as a hand selected Steve Burns and Workhorse partner, John Carris Investments has since been **Expelled by FINRA and Bared CEO George Carris for Fraud**[13]

- FINRA Findings included "**Stock Manipulation**," "**Fraudulent Stock Sales**," "**Matched Trading**"



**Northeast Securities - Workhorse's Banker & Placement Agent (Accused of Fraud – 2017 FINRA Settlement)** Steve Burns brought in Northeast Securities in 2012 as Workhorse's Bankers(2015 10-K pg 29). Fast forward to 2017 and we discover that Northeast Securities was accused of "common law fraud,

---

[13] https://www.businesswire.com/news/home/20150114006116/en/FINRA-Hearing-Panel-Expels-John-Carris-Investments

Use of this Report implies accepting Fuzzy Panda Research's Terms of Service

churning, breach of fiduciary duty…" (<u>Tim McLaughlin vs Northeast Securities</u> 16-01806) and that claimant was awarded $1.6m.

**Marshall S. Cogan** – For a brief period in 2015, Workhorse & Steve Burns hired Marshall S. Cogan as their Chief Investment Officer. A basic internet search reveals a Barron's article from January 2000 alleging that Marshall **Funneled Money** out of a firm called Foamex that he previously controlled, to his own investment vehicle Trace International (<u>Barons Article</u>). The <u>SEC brought an informal inquiry</u> into Foamex Internal Controls which Foamex settled.

# Who is Financing Workhorse Today?

**Who was the undisclosed investor behind Workhorse's 70m June Capital Raise?**



- Was it Ark Investment Management? **NO!** (Ark only own WKHS in an ETF)
- Was it Elon Musk, Tesla, or some Silicon Valley Luminary? **NO!**

It is **High Trail Capital**[14] - A hedge fund no one has ever heard of, that formed 1 year ago (<u>Sept 2019</u>), and seems to be a former related party to Workhorse. The <u>founder of High Trail Capital</u> was previously the Co-Head of <u>Oppenheimer Equity Capital Markets</u>.

While Eric H co-lead Oppenheimer banking, they participated in multiple deals with Workhorse, including

- As a lead in a January 2017 equity raise for $22.4 million (<u>Jan 2017 Prospectus</u>).
- As the placement agent in the Workhorse deal to sell SureFly (<u>Sec Filing - Pg 7</u>)
- As an advisor in a September 2017 equity raise for which Oppenheimer was paid an advisory fee despite Cowen being the sole book runner (<u>pg S-25 Sept 2017 WKHS Prospectus</u>).

An Oppenheimer sell-side colleague conveniently announced initiating with an Outperform right after his former "boss" completed his fundraising deal (<u>Oppenheimer 9-2-2020 Outperform</u>).

**Fun Patent Fact** – Workhorse's EV Patents are currently assigned to High Trail Capital as Collateral.

**Tesla had Elon Musk, Nikola at least has ValueAct, and Workhorse has…**a hedge fund launched last year that has probably sold their whole stake already.

---

[14] <u>https://adviserinfo.sec.gov/firm/summary/305245</u>

Written by Fuzzy Panda Research                                                     October 8, 2020

# Workhorse Drone Program – "Horsefly" or more "Horse$h-t"?

The UPS-Workhorse's drone partnership was a major part of the bull thesis in 2017, but like most of Workhorse's significant strategic relationship, UPS has moved on – Workhorse is still promoting it.

**Update on UPS Drones Program today** – UPS appears to have dropped Workhorse and partnered with Matternet, a prominent silicon valley drone company, in 2019 (link) on UPS Flight Forward. In 2019, UPS Flight Forward received FAA Part 135 certification and FAA Approval to run a drone airline. They launched that airline and it is currently delivering medical supplies to hospitals.

Meanwhile Workhorse is still busy making promotional videos in their parking lot on a phone and trolling their former partner by tagging them in the videos. Once again, we did a thorough search and found 0 mentions of Workhorse drones from UPS since Dec 2018.[15]

Much to the appeal of our YouTubers, video footage actually seems to be the easiest way to explain how this partnership has imploded.

**2017 Video on the Right** – (2017 UPS + Workhorse video) UPS & Workhorse released an impressive advertisement regarding collaborating together on drones. At that time UPS was still actively choosing to be associated with Workhorse e.g. see this press release.

**2020 Video on the Left** – Fast-forward to 2020 and it appears that UPS will not even allow Workhorse to use a UPS truck in the background of their promotional videos. Both of those videos are shot on an iPhone in what appears to be Workhorse's parking lot. (2020 Workhorse Video 1) and UPS is nowhere to be found except for Workhorse trolling their old partner by tagging them. (2020 Workhorse Video 2 claims to be a Coronavirus Response Test)



2020 Horsefly video - UPS Truck nowhere to be seen          2017 Video - UPS posting videos about collaborating with Workhorse

In 2019 UPS announced partnering with a different Drone Company - Matternet.
UPS hasn't mentioned or been associated with Workhorse or their drone program in
any filings or promotional videos we've seen since 2018

---

[15] Note – Workhorse did successfully get themselves inserted into a Virgina CIT Coronavirus Press Release that also has the UPS Freight Forward Team listed in it (April 21 CIT press release & partnership announcement)

October 8, 2020

**Customer Complaints regarding Workhorse Drones** - Unmanned Systems Operation Group (USOG) who bought and tested an early version of Workhorse's drone, HorseFly, says the product suffers from **critical quality issues, including poor navigation software, and substandard construction**. They identified <u>25 issues with the drones including **taped and glued on components.**</u> As a result, USOG was unable to fly the drones. (Barrons Article 8-28-2020)

When our investigator was welcomed into Workhorse's Loveland, Ohio R&D lab, they were brought to by the drone area and shown the current models by Workhorse employees. The single engineer that was working on the drone program explained that they had a **wind problem** with the Workhorse hexacopter (6 blades) design. Apparently, the Workhorse's 6 blade model is unreliable and gets unstable when the wind is >5mph.

**Some Inconvenient Drone Facts:**

- Workhorse's Horsefly does not have FAA Certification. Meanwhile, Matternet and UPS are actively running a Drone Airline. Here is a video of UPS & Matternet Drones from 2019.
- The Workhorse drone even fails in press demonstrations. Crashed in a 2017 UPS demonstration (Techcrunch Feb 2017). *"We've never seen it [do that] before."* ~Steve Burns of the crash
- In a market study "Autonomous Last Mile Delivery Market" by Allied Market Research, Workhorse is not even listed as a major market competitor[16].
- **Patents** – Workhorse has only 1 drone package patent. That patent isn't for specialized navigation or some other awesome drone technology but instead is essentially for the drone being lifted up and down out of a hole in the truck's roof. **The saddest realization we had when reading through Workhorse's Horsefly patent was that evidently, they didn't even bother to edit it properly.** There is a spelling mistake in the very first sentence. Workhorse patented putting a "Señor" (A Spanish Gentleman?) inside their trucks. With attention to detail like this we are no longer surprised that the drone crashes during test flights.

Workhorse's Only Drone Published Drone
Patent US 9,915,956 B2  Published 3-13-2018

(57)        **ABSTRACT**

Methods and associated systems for autonomous package delivery utilize a UAS/UAV, an infrared positioning senor, and a docking station integrated with a package delivery vehicle. The UAS/UAV accepts a package for delivery from



Does Workhorse plan to put an infrared "Hispanic Man" in their Trucks?

---

[16] Major Players according to Allied Market Research Study are - Airbus S.A.S., Matternet, Flirtey, Drone Delivery Canada, Flytrex, Amazon.com, JD.com, Inc., Marble Robot, Starship Technologies, Savioke, DHL International, UPS, and DPD

Use of this Report implies accepting Fuzzy Panda Research's Terms of Service

Written by Fuzzy Panda Research                                                                      October 8, 2020

## Workhorse Competitor Commentary:

---

**On Workhorse Order Cancelations:**
*"In the past, we've had customers come to us after canceling orders from Workhorse after having those delayed for a long time and not getting what they ordered."*
**On Workhorse Salesforce:**
*"We don't see them in a ton of competitive selling situations either…there aren't Workhorse salespeople out there competing for deals. Mostly we just get [Workhorse's] press releases promising moonshots".*
- Management of an EV Competitor

---

## Other Customers – Large Orders Press Released but Never Fulfilled

**Fedex –** Fedex ordered 20 Trucks from Workhorse in 2016 (Q2-2016 Presentation). It appears that only two have ever been delivered. One in Q3-2017 and another built by Workhorse and charged by a Plug Power truck for FedEx Express on May 30, 2018.

- Our industry expert calls have revealed that a true mark of quality is characterized by re-orders: Fedex not only didn't reorder, but after testing two trucks for the last 2-3 years, decided that they didn't want any additional ones from Workhorse.

**Ryder** – 25 trucks on order and they just delivered their first 2 trucks

- Workhorse is featured in a section of Ryder's website with the **old model E-100 and the old W-15 pickup truck** (listed as available in 2018) – so we are not confident in the quality of this key customer given their disinterest in even updating the website (https://ryder.com/Solutions/Fleet-Leasing/Advanced-Vehicle-Technology/Workhorse-electric-pickup-truck)

**eTrucks** - initial order of 20 C-1000's from Cincinnati based eTrucks which was received in Q2-2020 (link). If they have an experience similar to UPS, DHL, FedEx and all the smaller customers we doubt they will be reordering in the future or even if they take delivery of all 20.

**DHL** – signed a purchase order in October 2018 for N-Gen Trucks (March 18, 2019 press release). The number ordered wasn't mentioned but recent disclosure shows DHL having received delivery. The only Automotive Revenue for Workhorse disclosed since October 2018 came in Q1-2019, so from that we learn that DHL has not received another delivery in the last 2 years.

**Customer Results –** UPS dropped Workhorse from all its recent filings and FedEx and DHL have not asked for any additional trucks in the last two or three years after their first ones were delivered. We wonder what Workhorse has told the USPS about why their largest customers haven't reorderd in years when it asks for references from previous customers?

Use of this Report implies accepting Fuzzy Panda Research's Terms of Service

## Recent Press Release Hype – Hitachi Example

Workhorse has a long history of failed promises. After watching 15-20 YouTube videos pumping a press release involving Hitachi (Aug 31, 2020 - Press Release), we feel it's necessary to debunk their hype (note: our belief is that this is a consistent pattern; Workhorse over embellishes every contract by referring to a simple supply contract as a "Strategic Agreement")

When Workhorse management was asked by potential investors…they admit it.

    a) Workhorse is paying Hitachi a consulting fee to assess the improvements it needs to make at Union City and Loveland in order to produce trucks (perhaps this is a premonition into Worhorse's reliance on Lordstown for manufacturing moving forward). After our recent visit, we (Fuzzy Panda Research) are happy to provide our assessment for free – YOU NEED TO BUY ROBOTS TO BUILD TRUCKS. Your competitors started doing this in the 1940s & 1950s (source)

    b) Hitachi Capital agreed to provide financing solutions for Workhorse customers & dealers: if anyone actually places a reorder (which hasn't happened recently), then Hitachi will be Workhorse's bank.

Only a few days back though, Hitachi seems to have already blown that story out of the water when they announced a significant commitment into the US EV business by establishing Hitachi Automotive Electric Motor Systems. Once again, Workhorse is not mentioned anywhere (link).

**Workhorse's History Guidance/Expectations vs actual results**:

| Initial Guidance/Expectation | Outcome |
|---|---|
| March 2011- $100 million contract to provide electric sport utility vehicles to a firm in Iceland | Missed: Never provided any update on this, stopped listing it in filings after Q1 2015 |
| Q1-2015 - Received a $7 million LOI from a Major RV Manufacturer | Missed: Never provided any update on this |
| Feb - 2015 - Alpha Baking Company ordered five Workhorse E-GEN electric trucks | Partial: 9-Aug-17 (19 months later) - In a subsequent order from Alpha Baking, WKHS stated they completed the previous order |
| FY 2015 10-K - Class 5 and Class 6 RV Chasiss market is a potential signicant market | Missed: Never mentioned RV's in any subsequent filing or press release |
| FY-2015 - UPS purchase order to deliver 125 Units over six month period | Missed: Q2-2016 EC - Deadline missed, 33/125 vehicles delivered |
| March 2016 - UPS - deployed first 18 BEV's to UPS in Houston, all deliveries to be completed by Q3 2016 | Complete: Q3 2016 10-Q: Order was fulfilled on July 16, 2016 |
| July 2016 - 20 Chassis to FedEx for Plug-Power Joint project overseen by US DOE | Missed: Q2 2018 EC - Last time an update was given, they never filled the other 19 orders |
| Sept 2016 - UPS to buy 200 E-GEN electric extended range delivery trucks (Purchase order from ) | Partial: 23-Jan-18 (completed 16 months later) - CEO Burns stated they finished the order |
| Q2 2017 10-Q - Targeted 2019 to receive FAA certifications for SureFly | Missed: Q4 2019 EC - Last update, still working with MOOG to get FAA certifications |
| Q4-2017 EC - Intend to spin-off Surefly into a separate public company, ~$33m pre-money valuation | Sold to Moog for $4m and didn't sell til Oct 2019 |
| Q4 2019 EC - 1,060 units of UPS orders to be delivered in late Q3 2020 | TBD - Good luck with that! |
| Q1 2020 EC - Intend to produce 300-400 delivery trucks by end of 2020 | TBD - Good luck with that! |

| Lordstown Motors (Endurance aka Workhorse W-15) | |
|---|---|
| Q3 2017 10-Q - Initial production of W-15 Range Electric Pickup Truck in late 2018 | Missed: Never mentioned that deadline again and transferred rights to LMC |
| Endurance deliveries to begin in Q4-2020 - Q4 2019 Article | Not Happening |
| Q2 2020 EC - Endurance Pickup Truck will begin in 2021 | TBD - Highly Unlikly |

     Use of this Report implies accepting Fuzzy Panda Research's Terms of Service

## Workhorse Management:

**Duane Hughes, CEO** – The most remarkable thing we have found about Duane is that his background (Duane Hughes LinkedIn) before joining Workhorse makes him completely unqualified to run an automotive or industrial company. His whole career was in publishing and newspapers. Before Workhorse, Duane was a SVP & COO at a publishing company. Suspiciously, the only thing that seems to qualify him is being friends with Steve Burns. Before Rockwell, Duane worked at Gannett Media Technologies in Cincinnati Ohio, a 15-person subsidiary, of Gannett Co, one of the largest newspaper producers in the US. Duane happened to join Gannett in the same year Burns sold his company Over The Line/AdLink to this subsidiary of Gannett.

**Steve Schrader, new CFO (and 3ʳᵈ CFO since 2017), was involved in a Notorious Union Busting Campaign.**

If you thought the Postal Union didn't like Workhorse after the 2018 incident, then what are odds the Postal Union (APWU) or UAW will be willing to work with Workhorse's new CFO Steve Schrader who was top management during a union busting campaign at his previous employer, Fuyao Glass America? Steve was the long-time CFO at Fuyao. If Fuyao sounds familiar it's because there was an Academy Award winning Netflix Documentary, American Factory, about their unfair labor practices.

> *If a union comes in, I'm shutting it down. They keep interfering with my production."*
> *- Fuyao Chairman Cao Dewang (to Management including Steve)*

Steve was Fuyao's CFO throughout the unfair labor practices & union busting catalogued in the documentary and amazingly continued to work even there after the "American Factory" expose came out.







Written by Fuzzy Panda Research                                                     October 8, 2020

# Insiders Sales:

How do you know when the Stock Promotion is ending soon and the real catalyst the USPS announcement is about to happen?

**Insiders start dumping:**



## Insider Sales

| Insider | Shares Sold | $ Amt Sold | Avg Price | Role |
|---|---|---|---|---|
| Hughes Duane | 120,000 | $2,445,086 | $20.38 | CEO |
| Willison Robert Harry | 19,920 | $325,493 | $16.34 | COO |
| Ackerson Gregory T. | 23,148 | $494,737 | $21.37 | Controller |
| Fleming Stephen M. | 150,303 | $3,003,034 | $19.98 | General Counsel |
| Furey Anthony Daly | 119,273 | $2,435,956 | $20.42 | VP Finance |
| DeMott Harry | 50,000 | $1,307,000 | $26.14 | Board Member |
| Budde Gerald B. | 50,000 | $886,000 | $17.72 | Board Member |
| Chess Raymond Joseph | 36,461 | $627,567 | $17.21 | Board Member |
| Lukens Joseph Theodore J₁ | 600,000 | $11,200,000 | $18.67 | Friend of Steve Burns - 10% owner |
| Samuels H. Benjamin | 500,000 | $8,304,000 | $16.61 | Board Member |
| **Total** | **1,669,105** | **$31,028,873** | | |

Use of this Report implies accepting Fuzzy Panda Research's Terms of Service

# Steve Burns – The Copycat Entrepreneur:

**When evaluating Steve Burns's 30-year track record at his other companies we discovered some curious patterns.**

   A) **Each of Burns's ideas appear to be a <u>CopyCat</u>** of a very successful idea or start-up launched at the time.
   B) There is no relative experience in EV's, Clean Energy, or Auto Manufacturing.
   C) The same multi-decade web of managers are connected to all of these seemingly random group of very small companies.

Steve Burns describes himself as a serial entrepreneur, in our opinion, he sports shades of Trevor Milton. His past shows a much darker story, filled with a history of copy-cat companies, many of which were previously alleged to be stock promotions themselves.

Steve Burns has a strong history of "over-embellishing" and failing to deliver. In Steve Burn's Workhorse bio in WKHS 10-Ks, he attempts to mislead investor to think that one of his past companies was a success. Saying that "Askmenow Inc" was "acquired" by Ocean West Holdings. In fact, this is really the same company and Ocean West simply changed its name to Askmenow Inc in subsequent filings. **The SEC later <u>revoked registration and suspended trading in Askmenow Inc.</u> (link)**.

"Ocean West Holding Corporation, a Delaware corporation ( the "Company", "we", "us" or "our"), has obtained the written consent of the holder of more than a majority of our issued and outstanding shares of common stock on March 4, 2005, to (i) change our name to InfoByPhone, Inc, or AskMeNow, Inc. (ii) increase our authorized common stock to 100,000,000 shares and (iii) delete from the Certificate of Incorporation of the company the provisions allowing cumulative voting. In Addition, the Board of Directors of the Company has approved the spin off our operating subsidiary Ocean West Enterprises, Inc. (the Subsidiary"). (SEC Source 1) (SEC Source 2)

**Steve Burns Entrepreneurial Track Record:**

**Over The Line/AdLink, was founded by** Burns in 1991 and sold to Gannett Inc (NYSE:GCI) in 1994 and renamed to Gannett Media Technologies.
   • Steve Burns (Lordstown CEO) and Duane Hughes (Workhorse CEO) met Gannett Media Technologies (note: Gannett is a newspaper company not an auto-manufacturer)

**PocketScript,** Founded by Burns in 1999 (here) and sold in July 2003 for <$1.4m in stock to ZixCorp (ZIXI:NASDAQ) (Pg 3 of 2003 ZIXI annual report). PocketScript had a team of ~13 people and was supposed to be a leading mobile electronic prescription system.  Sound familiar we think it was bad CopyCat of:
   • **PalmPilot was founded March 10, 1997**

**Askmenow Inc** – an **OTC Penny Stock** – was founded in 2000 (here) and launched in 2005 (here) it was delisted in 2008. <u>SEC later revoked registration and suspended trading</u>(link). CopyCat of:
   • **Google was founded on Sept 4, 1998** (link)

**iTookThisOnMyPhone.com,** was a mobile photo and video-sharing technology company mostly for Blackberry phones. Founded by Steve Burns in late 2007 (here) and ceased operation in 2011 (here).
   • **Apple introduced the iPhone on Jan 9, 2007** (link)
   • Other connected individuals who worked both at "CopyCat iPhone" together and moved on to AMP Electric were Jack Kuntz & Daniel Zito.

Use of this Report implies accepting Fuzzy Panda Research's Terms of Service

Written by Fuzzy Panda Research                                                                                                October 8, 2020

**Title Starts Online, Inc**, was an OTC reverse merger that in 2010 pivoted and renamed their company **AMP Electric Vehicles Holdings** (now known as **Workhorse**).  In 2010, Steve Burns was the CEO, CFO & Treasurer, and founder of this penny-stock company.

- Can you guess which company Steve was trying to be a CopyCat of this time?
- **Tesla!** In 2008 Tesla launched the roadster and Tesla went public in June of 2010 (link).

In 2015, the Workhorse team also invented HorseFly, the last mile package delivery drone right after the Drone fad was taking off. We think this is merely a continuation of Burns' interest in replicating successful businesses to secure large capital contribution. In the case of Workhorse, he appears to have bit off far more than he could chew.

**Was MobileVoiceControl, Inc**. an exception? – This seems to be Steve's best Exit/Company in 2005. It was a developer of high-end speech recognition software for smartphones that Nuance Communications (Nasdaq:NUAN) acquired (link)[17]. Unfortunately it appears most of the revenue & success came from Steve inking a large partnership struck with his friends still working at Gannett (link).

Finally in 2019, Steve Burns, a key employee, founder, and CEO of the Workhorse, jumped ship from Workhorse when the fate of their USPS bid seemed already pre-determined to fail.  On his way out the door, Burns managed to convince new management (aka his long-time friend and former employee Duane) to give him a the designs to the W-15 truck (it's order book), and more importantly the GM Lordstown factory, Workhorse's only hope of mass production.

- Which company do we think Steve is trying to imitate with his Lordstown Motors "entrepreneurial venture"?
- The timing seems to line up with ValueAct's investment in **Nikola**

In the case of Workhorse, Burns was in the right place, at the right time to somehow squeeze his way into the final bidding process for a contract that he never had a chance of winning. Much like with every other company he founded, however, Workhorse was never more than an idea, except in this case it will cost investors billions.

By evaluating Steve Burns's entrepreneurial track record we learn that he has a history of copying other people's world changing ideas to raise capital.

Unfortunately for his investors, Steve is not a successful entrepreneur like Larry Page & Sergey Brynn, Steve Jobs, or Elon Musk.

Unfortunately for Steve this time the world, the media, and the hard-working people of Ohio are all watching.

---

[17] Acquisition price to shareholders was an undisclosed amount of cash + ~$7m in stock (784,276 shares of stock at ~$9 a share according to SEC doc – Nuance 12-7-2006)

Written by Fuzzy Panda Research                                                    October 8, 2020

# Workhorse 2.0 = Lordstown Motors Corporation

---

*"[The Endurance Truck] could be a disaster, it could be great,"*
*"It's hard to tell from the outside until you actually get your hands on these things."*
~Sharon Carty, Editor in Chief of Car & Driver (link)

---

Today, Lordstown Motors is a brand-new company full of hope. But so far, it's very brief history rhymes with failures of Steve Burns's entrepreneurial past. We believe that "failure to deliver" on promises and guidance could be considered another core "Trade Secret" for Steve Burns.

The breaking of those promises has already begun regarding the timing of production of Lordstown Endurance truck (formerly known as the Workhorse W-15)

**Delivery & production timeline for the Endurance:**
- "Promising to start [Endurance] deliveries Q4-2020"– November 22 2019 article
- "Handing the keys to fleets across the country in January 2021" – April 22, 2020
- "Start deliveries in late Summer 2021" – Sept 24, 2020
- Remember when Steve Burns promised to deliver the Workhorse W-15 (now called the Endurance) by 2018 (link)

Still today, Lordstown has not filed anything with EPA (the only filings on record regarding Lordstown or Workhorse are Workhorse's)[18]. Nor has it begun to accomplish other important items like registering their new engine with CARB for certification and we can find no evidence of them beginning NHTSA crash testing. Yet Steve is promising to make north of 100,000 by 2024 and be EBITDA positive in 2022.

A gentle reminder that Steve is the same engineer and manager whose company managed to build *"**Suspensions that broke when they hit a railroad track**."* Thankfully for USPS test drivers those critically flawed trucks didn't also have engines in their wheels.

**Lordstown's Competitive Advantage is the "Hub Motor" – None of the IP is Lordstown's**

At this point you probably expect that Lordstown IP portfolio is lacking anything of substance.

Steve Burns will happily tell every video camera and even the President of the United States about Lordstown's innovative "hub motor" technology. In the "World-Class Executive Team Slide" (slide 6) Steve claims that he has spent "5+ years designing and integrating hub motors into production vehicles" but oddly he and Lordstown have no patents to corroborate this.

It turns out the fate of Lordstown Motor's most important innovation relies on Elaphe Motors. Elaphe is the real company behind Lordstown's hub-motor that owns the patents. Digging in we discovered that Elaphe is a Slovenian Company, who appears to have 2 hub motor patents for in wheel motors (US9,862,264; WO2019139545A1) and 7 patents that are EV related. According to Crunchbase, Elaphe has only raised €14.2m in total between two Series A Rounds (2016 source & Sept-2020 source). Not

---

[18] Workhorse Certificate summary; Workhorse Certificate of Conformity; Workhorse EPA Application 2-13-2020; Workhorse EPA Application 2

nearly well funded well enough to ever supply the magnitude of engines that Lordstown claims they will need.

It seems like with all his past business partners Steve Burns must've failed to do any basic due diligence in finding a better capitalized competitor with a stronger portfolio of patents.

If Lordstown wanted to bet the Endurance's future on having a working hub motor there is an obvious choice that is significantly larger, better capitalized company, and with more IP. That company is **Protean Electric** which to date has raised $194m, generates an estimated $34.3m in annual revenue (source). Ironically, Protean's revenue is +75% higher than the TOTAL revenue Workhorse generated from 2010-through Q2-2020. They also have ~69 patents for Hub Motors and 124 total patents for electric vehicles and 104 employees (see below Patent IP comparison & Exhibit – A).

|  | Elaphe Motors | Protean Electric |
|---|---|---|
| Fundraising | €14.2M | $194M |
| Employees | 50 | 105 |
| LinkedIn Followers | 1,800 | 10,400 |
| Number of Hub-Motor Patents* | **2** | **69** |
| Number of EV Patents* | 7 | 124 |

*According to our patent analysis

We can't see how choosing a small undercapitalized company with less IP could possibly be the right choice, but maybe given's Steve Burns's history of partners an obscure Slovenian partner was Lordstown Motor's only option.

**Insecure Order Book – if you build it we might buy it?**
Burns has stated that Lordstown Motors focus is the "fleet market."  The interesting thing about the fleet market is that it is very easy to get customers to happily place large "orders" provided you give them the ability to cancel for free and don't force them to put down large deposits.  That appears to be exactly what Lordstown Motors strategy is as the order is fully cancelable or non-binding.  This can be highlighted with some of the very stale orders with selected "pre-order customers":

- Duke Energy placed their "non-binding letter of interest" back in Nov 2016
- Clean Fuels Ohio ordered "500 W-15's" back in March 2017

**Management**
Steve Burns started off Lordstown by pulling the same move he did in past companies and bringing some very loyal former co-workers with him including – Julio Rodriguez – Former CFO & CIO of Workhorse. You know a CFO is well trained when he started his career off in the Latin America office at Arthur Andersen (famous for the Enron Scandal) and then was a Director of Finance at Chiquita Banana (famous for price fixing). The new senior employees that have come over from real auto manufacturers are going to face some surprises. They will need to develop a brand new EV truck with no defensible IP in a 55 year old plant that was set up to produce passenger vehicles. But at least unlike Workhorse's Union City Assembly plant this one included some robots.

October 8, 2020

**Inconsistencies have already begun and Lordstown is not even public yet:**

Steve burns has managed to set a new low bar we have never seen in our long investing career.  This is the first time we have seen a company start running a stock promotion before it was officially public.

His very first investor presentation was already filled with some "inconsistencies" regarding his competition.

In one of the only investor documents available Lordstown starts off the mirage comparing the Lordstown Endurance (a Fleet vehicle) vs the F-150 (Lariat, a higher-end personal vehicle) showing an impressive $19,000 savings.  The only problem is that fleets that buy ford usually buy F-150 XL which costs $29k or the Ford F-150 XLT $35k. The average fuel cost is also over-embellished, with a $2800 annual fuel cost vs (Google suggesting it should be $1500). Adjusted for the changes, the LMC Endurance turns out to be ~$10,000 more expensive.

**Ford is also launching an electric truck that is expected to arrive in mid-2022 ~~4 years, 2 years,~~ now 1 year after the Endurance was supposed to launch.  We think the public will get their hands on the Ford EV long before Lordstown's is actually available**

Regarding Steve Burn's founded company (Workhorse)*"[if you] are thinking they are going to become another Ford motor company or General Motors, then you're sadly mistaken because I don't see that kind of [engineering] talent there."*

We agree that Steve has never been a magnet for engineering. This is primarily because it seems that his "trade secrets" might be issuing equity to hopeful investors combined with stock promotions like the ones on YouTube currently promoting Lordstown Motors & DPHC.

Be careful if you are tempted to invest in Lordstown Motors.  There is potential risk that major funding partners (GM, Wellington, Fidelity, etc) pull out or delay funding the deal once they read up more Steve Burn's history or watch some of his stock promoter interviews. This happened the other day to Nikola with GM. (GM extends Nikola Talks)

Lordstown Motors and Steve Burns are betting on Lordstown's existence and local Ohio jobs on an untested new motor succeeding at mass scale and production.  The hub motor might work but we doubt Steve Burns who after 10 years of running an EV company still can't engineer a working parking break will be able accomplish it.

  Use of this Report implies accepting Fuzzy Panda Research's Terms of Service

Written by Fuzzy Panda Research                                                October 8, 2020

# True irony: even if Lordstown is successful Workhorse fails:

---

Q) *Is there any way that workhorse could actually win the USPS contract or part of it?*
A) *Hmm..**maybe If everybody else gave up on the project**...[Workhorse] might be the last company standing and then Post Office might say, well, you know what, we got to have a new vehicle, so we have to use them.*
~A Knowledgeable Source

---

Our competitor calls, on-site due diligence, customer research, and our source intimately familiar with the USPS bid all point to one fact. If Workhorse somehow won even part of the USPS contract then they do not have the facilities, equipment, or expertise to fulfill it according to USPS requirements and expectations.

Workhorse has actually admitted to its inadequacies in being able to fulfill the USPS contract via their deal with Lordstown Motors. They effectively are disclosing that Workhorse will need to outsource its manufacturing to the newly formed Lordstown Motors in the unlikely event they win part of the USPS bid.  Unsurprisingly when pouring through the Workhorse-Lordstown agreement  (10-k exhibit 10.41 pg 4) we also found a clause in the contract that would **strip any positive economics away from Workhorse in favor of Lordstown**:

**2.3.3. USPS Manufacturing.**

"If Licensor (Workhorse) is selected by the USPS to manufacture the NGDV under the USPS Next Generation Vehicle Production Program, **Licensor will provide Licensee (Lordstown Motors) a right to bid for the contract manufacture of such vehicle** and will negotiate the terms of such contract manufacturing agreement in good faith with Licensee for a period of no less than thirty (30) days. If Licensee submits a proposal to contract manufacture the NGDV that is less favorable than an alternative, binding proposal to contract manufacture the NGDV submitted by a third party, Licensor will provide Licensee a single additional opportunity to resubmit its proposal to match the most favorable binding proposal received by Licensor"

Given all we have heard about USPS's detailed due diligence we doubt they would miss all the facts that show that the ~~VT Hackney~~ Workhorse bid does not have the manufacturing capacity to fulfill their contract.

As a reminder Workhorse's prototype truck part costs amount to at least $256,000 in parts alone before labor (according to our source) for a $35,000 truck.  At -631% per unit estimated Gross Margins it is no wonder Workhorse is focused drumming up hype with stock promotions rather than on upgrading their facilities or fulfilling customer contracts.

---

Use of this Report implies accepting Fuzzy Panda Research's Terms of Service

Written by Fuzzy Panda Research                                                                October 8, 2020

## Conclusion – Short Workhorse Group

*"Would you invest in Workhorse?"*

***"Umm, No, not if I valued my Money"***
- *A Knowledgeable Source*

Workhorse's story of winning the USPS NGDV bid as well as the hope of mass production for major customers like DHL, FedEx and UPS has now been proven to be substantially false.

- We presented new information from VT Hackney, Workhorse's well-regarded business partner, showing the expected value of USPS bid is immaterial and so at most $19m.
- Unearthed never before seen evidence & sources proving that Workhorse's poor design and manufacturing led to numerous critical failures in their prototype USPS trucks.  Virtually all the parts of the truck failed!  From the engines to the brakes.  Their motors, batteries, suspensions and even the doors and critical failures.
- Investigated Workhorse's facilities to see if they had the ability to fulfill the USPS contract.  There we learned that they were not currently fulfilling orders and instead were creating "Show-trucks" and "Prototypes."
- Major customers must have experienced the same quality issues and failures that we unearthed with the USPS prototypes.  Why else would they have quietly erased all mention of their once promising partnerships with Workhorse? Not only have customers stopped reordering trucks but they even stopped taking fulfillment on orders from years ago.

*"What valuation would you invest in Workhorse?"*

***"If it were my money, I would stay away from them period…my money would not be going to them at any valuation"***
- *Management at a well-regarded EV Competitor*

In our experience it's always the best idea to listen to industry experts.  And in the case of Workhorse the people most familiar with their business and intellectual property **would not invest at any valuation.** We agree and are short Workhorse because this poorly hand-made stock promotion is about to collapse.

If you own shares of Workhorse after reading all of our findings we suggest you should follow the NGDV postal worker's example and "dive to safety" before the USPS NGDV bid's real winner is officially announced and Workhorse's stock crashes.

## Appendix A – Workhorse, Lordstown Motor's & Competitors IP for fellow Patent Geeks:

Comparing compared Workhorse's patents against a private peer:

- Motiv Power Systems is one of Workhorse's key peers (self-disclosed by Workhorse itself), with a far superior portfolio of vehicle IP: all of Motiv's vehicle patents relate to either vehicle electrification specifically, or to broader EV application – only one of Workhorse's patents is truly EV related and there is another we categorize as somewhat related.
- Motiv's portfolio is also exclusively composed of utility rather than design patents that have a far greater hurdle
- The major difference between the two, is the 40x premium ascribed to Workhorse's valuation

### Workhorse and Motiv Intellectual Property Comparison

| Workhorse Group | | Motiv Power Systems | |
|---|---|---|---|
| Total Patents | 7 | Total Patents | 8 |
| Electric Vehicle Specific Patents | 2 | Electric Vehicle Specific Patents | 7 |
| Total Employees | 110 | Total Employees | 95 |
| Engineering Employees | 22 | Engineering Employees | 43 |
| Internal IP vs Total Employees | 3% | Internal IP vs Total Employees | 45% |

**Workhorse Group**

| Patent Number | Title | Electric Vehicle Specific? | Notes |
|---|---|---|---|
| US9481256B2 | Onboard generator drive system for electric vehicles | Yes | Battery charging using ICE for hybrid ICE/electric-motor vehicle |
| USD561079S1 & USD561078S1 | Vehicle header | No | Unlikely to be valuable, electric vehicles don't require exhaust header pipes |
| US7717464B2, US7559578B2, & CA2523653C | Vehicle chassis assembly | No | Unlikely to be valuable, chassis design includes header pipes and other components EVs don't use |
| US8541915B2 | Drive module and manifold for electric motor drive assembly | Somewhat | Liquid cooling is not a novel concept (used in ICE designs for decades), this describes a method of liquid cooling electric motors |

**Motiv Power Systems**

| Patent Number | Title | Electric Vehicle Specific? | Notes |
|---|---|---|---|
| US10457159B1 | Power share converter for connecting multiple energy storage systems | Yes | Power conversion for multiple parts of an EV (many battiers, motors, etc.) |
| US10180460B1 | Performing active interrogation of battery packs in situ to obtain precise SOC and SOH estimates | Yes | Get accurate battery level readings in EV without disrupting power |
| US10139848B1 & US9696743B1 | Generating leakage canceling current in electric vehicle charging systems | Yes | Charge balancing to allow for safe and fast recharging of battery - a regulated requirement |
| US9568930B2 & US8698351B2 | System and method for managing a power system with multiple power components | Yes | Define power platform to interconnect multiple components using centralized CPU and bus |
| US9513324B1 | System and method of load testing multiple power converters without dedicated test equipment | No | Efficient and continuous load testing of power converters in a novel method |
| US9000727B2 | System and method for balancing charge within a battery pack | Somewhat | Distribute charge over mutiple battery and capacitor cells while charging |

Workhorse Patent Links:
https://patents.google.com/patent/US9481256B2/en
https://patents.google.com/patent/USD561079S1/en
https://patents.google.com/patent/USD561078S1/en
https://patents.google.com/patent/US7717464B2/en
https://patents.google.com/patent/US7559578B2/en
https://patents.google.com/patent/CA2523653C/en
https://patents.google.com/patent/US8541915B2/en

Motiv Patent Links:
https://patents.google.com/patent/US10457159B1/en
https://patents.google.com/patent/US10180460B1/en
https://patents.google.com/patent/US10139848B1/en
https://patents.google.com/patent/US9696743B1/en
https://patents.google.com/patent/US9568930B2/en
https://patents.google.com/patent/US8698351B2/en
https://patents.google.com/patent/US9513324B1/en
https://patents.google.com/patent/US9000727B2/en

**Motiv Power Systems – A private competitor to Workhorse Group's EV Patent Portfolio**

- Power share converter for connecting multiple energy storage systems (PN:10457159) [19]

---

[19] http://patft.uspto.gov/netacgi/nph-Parser?Sect1=PTO2&Sect2=HITOFF&u=%2Fnetahtml%2FPTO%2Fsearch-adv.htm&r=3&f=G&l=50&d=PTXT&p=1&S1=Motiv.ASNM.&OS=AN/Motiv&RS=AN/Motiv

- Performing active interrogation of battery packs in situ to obtain precise SOC and SOH estimates (PN:10180460) [20]
- Generating leakage canceling current in electric vehicle charging systems (PN:10139848) [21]
- Generating leakage canceling current in electric vehicle charging systems (PN:9696743) [22]
- System and method for managing a power system with multiple power components (PN:9568930) [23]
- System and method of load testing multiple power converters without dedicated test equipment (PN:9513324) [24]
- Reciprocating internal combustion engine (PN:9334844) [25]
- System and method for balancing charge within a battery pack (PN:9000727) [26]
- System and method for managing a power system with multiple power components (PN:8698351) [27]

**Workhorse Patents:**

Workhorse's patents can be categorized in 3 categories. 2 ones that are "EV-related", 1 Drone Patent, and 5 that they got from Navistar for free 3 related to vehicle chassis assembly and 2 that are design patents for vehicle headers.

- Workhorse EV ones – 8,541,915; 9,481,256;
- Workhorse Drone – 9,915,956;
- Navistar Subsidiary (WCC) - 2,523,653; 7,717,464; 7,559,578; D561,078; D561,079

Workhorse's only true  EV patent 2 - Onboard generator drive system for electric vehicles (US9481256B2) [28]

- Filed 2014, granted 2016, expires May 5, 2035
- This invention relates to a method and a system for the operation and charging of the batteries of an electric vehicle (EV)
- A method and system according to embodiments of this invention provide for an extended range option for electric vehicles utilizing an internal combustion engine to drive the vehicle's main electric drive system in the regeneration mode and to charge the main battery when the vehicle is stopped.
- This invention in various embodiments utilizes the electric vehicle's main drive controller and motor as the generator to recharge the main battery module when the vehicle is stopped via a clutch mechanism allowing the motor to act as a generator while the vehicle is at rest
- As the vehicle is stopped and in park, the main battery is recharged to a computed SOC from the main drive motor and controller acting as a generator powered by the internal combustion engine, so as to allow the vehicle to complete its daily drive cycle while not allowing the battery to go below a desired SOC

[20] http://patft.uspto.gov/netacgi/nph-Parser?Sect1=PTO2&Sect2=HITOFF&u=%2Fnetahtml%2FPTO%2Fsearch-adv.htm&r=6&f=G&l=50&d=PTXT&p=1&S1=Motiv.ASNM.&OS=AN/Motiv&RS=AN/Motiv

[21] http://patft.uspto.gov/netacgi/nph-Parser?Sect1=PTO2&Sect2=HITOFF&u=%2Fnetahtml%2FPTO%2Fsearch-adv.htm&r=10&f=G&l=50&d=PTXT&p=1&S1=Motiv.ASNM.&OS=AN/Motiv&RS=AN/Motiv

[22] http://patft.uspto.gov/netacgi/nph-Parser?Sect1=PTO2&Sect2=HITOFF&p=1&u=%2Fnetahtml%2FPTO%

[23] http://patft.uspto.gov/netacgi/nph-Parser?Sect1=PTO2&Sect2=HITOFF&u=%2Fnetahtml%2FPTO%2Fsearch-adv.htm&r=23&f=G&l=50&d=PTXT&p=1&S1=Motiv.ASNM.&OS=AN/Motiv&RS=AN/Motiv

[24] http://patft.uspto.gov/netacgi/nph-Parser?Sect1=PTO2&Sect2=HITOFF&u=%2Fnetahtml%2FPTO%2Fsearch-adv.htm&r=24&f=G&l=50&d=PTXT&p=1&S1=Motiv.ASNM.&OS=AN/Motiv&RS=AN/Motiv

[25] http://patft.uspto.gov/netacgi/nph-Parser?Sect1=PTO2&Sect2=HITOFF&u=%2Fnetahtml%2FPTO%2Fsearch-adv.htm&r=26&f=G&l=50&d=PTXT&p=1&S1=Motiv.ASNM.&OS=AN/Motiv&RS=AN/Motiv

[26] http://patft.uspto.gov/netacgi/nph-Parser?Sect1=PTO2&Sect2=HITOFF&u=%2Fnetahtml%2FPTO%2Fsearch-adv.htm&r=1&f=G&l=50&d=PTXT&p=1&S1=9000727.PN.&OS=PN/9000727&RS=PN/9000727

[27] http://patft.uspto.gov/netacgi/nph-Parser?Sect1=PTO2&Sect2=HITOFF&p=1&u=%2Fnetahtml%2FPTO%2Fsearch-adv.htm&r=1&f=G&l=50&d=PTXT&S1=8698351.PN.&OS=PN/8698351&RS=PN/8698351

[28] https://patents.google.com/patent/US9481256?oq=%22workhorse+group%22

Written by Fuzzy Panda Research                                                    October 8, 2020

## Workhorse Motors Intellectual Property (or Lack there-of)

| Country | Serial Number | Application Date | Patent Number | Issue/Grant Date | Expiration Date | Title | Is it an EV Patent? | Developed by Workhorse | Assigned as Collateral? |
|---------|---------------|-----------------|---------------|------------------|-----------------|-------|---------------------|------------------------|-------------------------|
| US | 13/283,663 | 10/28/2011 | 8,541,915 | 9/24/2013 | 12/16/2031 | Drive module and manifold for electric motor drive assembly | Yes | Yes | Yes - HT Investments |
| Canada | 2,523,653 | 10/17/2005 | 2,523,653 | 12/22/2009 | 10/17/2025 | Vehicle chassis assembly | No | No - Navistar | |
| US | 11/252,220 | 10/17/2005 | 7,717,464 | 5/18/2010 | 9/6/2026 | Vehicle chassis assembly | No | No - Navistar | |
| US | 11/252,219 | 10/17/2005 | 7,559,578 | 7/14/2009 | 9/6/2026 | Vehicle chassis assembly | No | No - Navistar | |
| US | 29/243,074 | 11/18/2005 | D561,078 | 2/5/2008 | 2/5/2022 | Vehicle header | No | No - Navistar | |
| US | 29/243,129 | 11/18/2005 | D561,079 | 2/5/2008 | 2/5/2022 | Vehicle header | No | No - Navistar | |
| US | 14/989,870 | 1/7/2016 | 9,915,956 | 3/13/2018 | 6/24/2036 | Package delivery by means of an automated multicopter UAS/UAV dispatched from a conventional delivery vehicle | No | Yes | Yes - HT Investments |
| US | 14/606,497 | 1/27/2015 | 9,481,256 | 11/1/2016 | 5/3/2035 | Onboard generator drive system for electric vehicles | Yes | Yes | Yes - HT Investments |
| US | 15/915,144 | 3/8/2018 | | | | Package delivery by means of an automated multicopter UAS/UAV dispatched from a conventional delivery vehicle (1) | No | | |
| US | 62/957,577 | 1/6/2020 | | | | Systems and Methods for Manufacturing Land Vehicles | No | | |
| US | 62/959,548 | 1/10/2020 | | | | Electric Delivery Truck Control System for Electric Power Management | Yes | | |
| US | 29/719,591 | 1/6/2020 | | | | Design Application that covering the electric delivery truck | Yes | | |
| US | | Filed ~4/15/2020 | | | | Provisional Patent for Horsefly | | | |

Use of this Report implies accepting Fuzzy Panda Research's Terms of Service

## Lordstown IP - Review of "The Hub Motor" – Elaphe Motors vs Protean

### Elaphe Motor EV & Hub Motor Patent Portfolio

| Patent Number | Title | Hub Motor | Electric | Link |
|---|---|---|---|---|
| WO2019139545A1 | In-wheel electric motor maintenance integration | Yes | Yes | https://patents.google.com/patent/WO2019139545A1 |
| US9862264B2 | Mechanical design for a simple and accurate to assemble in-wheel | Yes | Yes | https://patents.google.com/patent/US9862264B2 |
| WO2020009666A1 | Electric vehicle energy balance crediting and debiting system and a | No | Yes | https://patents.google.com/patent/WO2020009666A1 |
| WO2019151956A1 | Integrated gap retention element for electric motor | Somewhat | Yes | https://patents.google.com/patent/WO2019151956A1 |
| WO2018124971A1 | Arrangement for determining maximum allowable torque | Somewhat | Yes | https://patents.google.com/patent/WO2018124971A1 |
| US20140145540A1 | Compact multiphase wave winding of a high specific torque electric | No | Yes | https://patents.google.com/patent/US20140145540A1 |
| WO2019098949A1 | Method and apparatus for compact insertion of multiphase pseudo | No | Yes | https://patents.google.com/patent/WO2019098949A1 |

### Protean Electric EV & Hub Motor Patent Portfolio

| Patent Number | Title | Hub Motor Focused | Vehicle Focused | Link |
|---|---|---|---|---|
| US9862263B2 | Multi-speed hub drive wheels | Yes | Yes | https://patents.google.com/patent/US9862263B2 |
| US10464413B2 | Electric multi-speed hub drive wheels | Yes | Yes | https://patents.google.com/patent/US10464413B2 |
| US10414271B2 | Multi-speed hub drive wheels | Yes | Yes | https://patents.google.com/patent/US10414271B2 |
| US9365105B2 | Gear train and clutch designs for multi-speed hub drives | Yes | Yes | https://patents.google.com/patent/US9365105B2 |
| GB2557635A | A stator for an electric motor or generator | Yes | Yes | https://patents.google.com/patent/GB2557635A |
| GB2544259A | A control system for a vehicle | Somewhat | Yes | https://patents.google.com/patent/GB2544259A |
| US20160276884A1 | Electric motor or generator | Yes | Yes | https://patents.google.com/patent/US20160276884A1 |
| GB2518028A | An electric motor or generator | Yes | Yes | https://patents.google.com/patent/GB2518028A |
| US20140340013A1 | Electric motor and electric generator | Yes | Yes | https://patents.google.com/patent/US20140340013A1 |
| US20150144410A1 | Electric motor or generator system | Yes | Yes | https://patents.google.com/patent/US20150144410A1 |
| GB2483177A | Electric motor or generator having first and second sensors mounted on | Yes | Yes | https://patents.google.com/patent/GB2483177A |
| GB2495318A | Determining torque in an electric motor | Yes | Yes | https://patents.google.com/patent/GB2495318A |
| GB2481328A | Determining a modulation scheme for controlling an inverter | Yes | Yes | https://patents.google.com/patent/GB2481328A |
| GB2477229A | Electric motor control for regenerative braking | Yes | Yes | https://patents.google.com/patent/GB2477229A |
| US20120206073A1 | Method and System for Measuring a Characteristic of an Electric Motor | Yes | Yes | https://patents.google.com/patent/US20120206073A1 |
| US20130069462A1 | Electric Motor or Generator | Yes | Yes | https://patents.google.com/patent/US20130069462A1 |
| GB2474321A | Braking an electric motor | Yes | Yes | https://patents.google.com/patent/GB2474321A |
| US20110050138A1 | Electric Motor and Electric Generator | Yes | Yes | https://patents.google.com/patent/US20110050138A1 |
| GB2478800A | In-wheel electric motor using rotor position sensors | Yes | Yes | https://patents.google.com/patent/GB2478800A |
| GB2479898A | Electric motor having an annular brake disc and two braking devices | Yes | Yes | https://patents.google.com/patent/GB2479898A |
| GB2478361A | Electric motor torque control using temperature input signal | Yes | Yes | https://patents.google.com/patent/GB2478361A |
| GB2466086A | Trailer with drive torque determination | Somewhat | Somewha | https://patents.google.com/patent/GB2466086A |
| GB2573185A | A method for assembling a stator for an electric motor or generator | Somewhat | Yes | https://patents.google.com/patent/GB2573185A |
| GB2477128A | Power source switching arrangement for electric vehicle | No | Yes | https://patents.google.com/patent/GB2477128A |
| US20200287495A1 | A control device | Yes | Yes | https://patents.google.com/patent/US20200287495A1 |
| GB2577930A | A traction control system | Yes | Yes | https://patents.google.com/patent/GB2577930A |
| US20200198470A1 | A control system for a vehicle | Yes | Yes | https://patents.google.com/patent/US20200198470A1 |
| US20200119682A1 | A controller for an electric machine | Yes | Yes | https://patents.google.com/patent/US20200119682A1 |
| GB2574018A | A lead frame for an electric motor or generator | Somewhat | Somewha | https://patents.google.com/patent/GB2574018A |
| GB2574019A | A method of assembling an electric motor or generator | Yes | Yes | https://patents.google.com/patent/GB2574019A |
| GB2574017A | A lead frame for an electric motor or generator | Somewhat | Somewha | https://patents.google.com/patent/GB2574017A |
| GB2574020A | A stator for an electric motor or generator | Somewhat | Somewha | https://patents.google.com/patent/GB2574020A |
| US20190318878A1 | Capacitor component for an electric motor or generator | Yes | Yes | https://patents.google.com/patent/US20190318878A1 |
| GB2554589A | A control device | Somewhat | Somewha | https://patents.google.com/patent/GB2554589A |
| US20190229596A1 | Method and arrangement for assembling an electric motor or generator | Yes | Yes | https://patents.google.com/patent/US20190229596A1 |
| US20190181728A1 | A rotor for an electric motor or generator | Yes | Yes | https://patents.google.com/patent/US20190181728A1 |
| US20190165704A1 | A method and controller for controlling an electric motor | Yes | Yes | https://patents.google.com/patent/US20190165704A1 |
| US20190020230A1 | A stator for an electric motor and a method of manufacturing a stator | Yes | Yes | https://patents.google.com/patent/US20190020230A1 |
| US20180272892A1 | Control system for a vehicle | Somewhat | Somewha | https://patents.google.com/patent/US20180272892A1 |
| US20170324307A1 | Stator for an electric motor or generator | Somewhat | Somewha | https://patents.google.com/patent/US20170324307A1 |
| GB2530255A | A lead frame for an electric motor or generator | Somewhat | Somewha | https://patents.google.com/patent/GB2530255A |
| US20150270756A1 | Tooth for an electric motor or generator | Yes | Somewha | https://patents.google.com/patent/US20150270756A1 |
| GB2505782A | A capacitor assembly and associated control module for an electric | Yes | Yes | https://patents.google.com/patent/GB2505782A |
| US20150185288A1 | Method and control unit for an electric motor or generator | Yes | Yes | https://patents.google.com/patent/US20150185288A1 |
| GB2510186A | Electric vehicle having regenerative braking using braking resistor and | Somewhat | Yes | https://patents.google.com/patent/GB2510186A |
| GB2509308A | Heat transfer arrangement for heating battery | No | Yes | https://patents.google.com/patent/GB2509308A |
| GB2483375A | Dissipating electric motor power produced by regenerative braking | Yes | Yes | https://patents.google.com/patent/GB2483375A |
| US20130218436A1 | Electric motor | Yes | Yes | https://patents.google.com/patent/US20130218436A1 |
| GB2484938A | A vehicle with in wheel retrofitted electric motors | Yes | Yes | https://patents.google.com/patent/GB2484938A |
| US20190001990A1 | A control system for a vehicle | No | Yes | https://patents.google.com/patent/US20190001990A1 |
| GB2554589B | A control device | No | Yes | https://patents.google.com/patent/GB2554589B |
| GB2564645B | A control system for a vehicle | No | Yes | https://patents.google.com/patent/GB2564645B |
| GB2563028B | A controller for an electric machine | No | Yes | https://patents.google.com/patent/GB2563028B |
| US10486715B2 | Control system for a vehicle | No | Yes | https://patents.google.com/patent/US10486715B2 |
| US10756582B2 | Stator for an electric motor and a method of manufacturing a stator | Yes | Yes | https://patents.google.com/patent/US10756582B2 |
| GB2557203B | A capacitor component | No | Yes | https://patents.google.com/patent/GB2557203B |
| GB2562196B | A method and arrangement for assembling an electric motor or | No | Yes | https://patents.google.com/patent/GB2562196B |
| GB2553112B | A rotor for an electric motor or generator | No | Yes | https://patents.google.com/patent/GB2553112B |
| GB2552663B | A method and controller for controlling an electric motor | No | Yes | https://patents.google.com/patent/GB2552663B |
| US10742099B2 | Arrangement for mounting a magnet to an electric machine | Somewhat | Somewha | https://patents.google.com/patent/US10742099B2 |
| US10381895B2 | Bearing arrangement for an electric motor or generator | Yes | Yes | https://patents.google.com/patent/US10381895B2 |
| GB2544259B | A control system for a vehicle | No | Yes | https://patents.google.com/patent/GB2544259B |
| US10491067B2 | Rotor for an electric motor or generator | Yes | Yes | https://patents.google.com/patent/US10491067B2 |
| GB2533154B | A coil winding arrangement | No | Yes | https://patents.google.com/patent/GB2533154B |
| GB2532193B | A stator for an electric motor or generator | No | Yes | https://patents.google.com/patent/GB2532193B |
| GB2530255B | A lead frame for an electric motor or generator | No | Yes | https://patents.google.com/patent/GB2530255B |
| US10186933B2 | Electric motor or generator | Yes | Yes | https://patents.google.com/patent/US10186933B2 |
| US10396627B2 | Electric motor or generator | Yes | Yes | https://patents.google.com/patent/US10396627B2 |
| US9729092B2 | Inverter for an electric motor or generator | Yes | Yes | https://patents.google.com/patent/US9729092B2 |
| US10263481B2 | Electric motor or generator | No | Yes | https://patents.google.com/patent/US10263481B2 |
| GB2518028B | Electric motor | No | Yes | https://patents.google.com/patent/GB2518028B |
| US9813007B2 | Control system for an electric motor | Yes | Yes | https://patents.google.com/patent/US9813007B2 |

Written by Fuzzy Panda Research                                                    October 8, 2020

| Patent Number | Title | Hub Motor Focused | Vehicle Focused | Link |
|---|---|---|---|---|
| | **Protean Electric EV & Hub Motor Patent Portfolio (cont)** | | | |
| US20150303857A1 | Control system for an electric motor | Yes | Yes | https://patents.google.com/patent/US20150303857A1 |
| US20150288230A1 | Stator or rotor | Yes | Yes | https://patents.google.com/patent/US20150288230A1 |
| US9509246B2 | Control system for an electric motor | No | Yes | https://patents.google.com/patent/US9509246B2 |
| GB201217103D0 | A control system for identiying an electrical device in a vehicle | No | Yes | https://patents.google.com/patent/GB201217103D0 |
| US20140058606A1 | Suspension control system | Somewhat | Somewha | https://patents.google.com/patent/US20140058606A1 |
| US20140159628A1 | Switch arrangement | No | Yes | https://patents.google.com/patent/US20140159628A1 |
| US20140048345A1 | Electric hybrid vehicle | No | Yes | https://patents.google.com/patent/US20140048345A1 |
| US9954407B2 | Tooth for an electric motor or generator | No | Yes | https://patents.google.com/patent/US9954407B2 |
| GB2505782B | An electric motor or generator | No | Yes | https://patents.google.com/patent/GB2505782B |
| US9423463B2 | Method and control unit for an electric motor or generator | No | Yes | https://patents.google.com/patent/US9423463B2 |
| US9358874B2 | Electric motor or generator system | No | Yes | https://patents.google.com/patent/US9358874B2 |
| GB2510186B | An energy system for an electric vehicle | No | Yes | https://patents.google.com/patent/GB2510186B |
| GB2509308B | A heating system for a vehicle battery | No | Yes | https://patents.google.com/patent/GB2509308B |
| US8688346B2 | Electric motors | Yes | Yes | https://patents.google.com/patent/US8688346B2 |
| GB2507072B | A stator or rotor | No | Yes | https://patents.google.com/patent/GB2507072B |
| US9431939B2 | Electric motor or generator | Yes | Yes | https://patents.google.com/patent/US9431939B2 |
| GB2494785B | A control system for identiying an electrical device in a vehicle | No | Yes | https://patents.google.com/patent/GB2494785B |
| US9434229B2 | Suspension control system | No | Yes | https://patents.google.com/patent/US9434229B2 |
| US9203341B2 | Switch arrangement | No | Yes | https://patents.google.com/patent/US9203341B2 |
| US8955626B2 | Electric hybrid vehicle | No | Yes | https://patents.google.com/patent/US8955626B2 |
| GB2495318B | An electric motor | No | Yes | https://patents.google.com/patent/GB2495318B |
| GB2483375B | A controller and method for energy dissipation | No | Yes | https://patents.google.com/patent/GB2483375B |
| GB2481328B | A controller and method for determining a modulation scheme | No | Yes | https://patents.google.com/patent/GB2481328B |
| GB2492073B | A brake system | No | Yes | https://patents.google.com/patent/GB2492073B |
| US9150202B2 | Electric motor | No | Yes | https://patents.google.com/patent/US9150202B2 |
| GB2477229B | An electric motor arrangement and method of controlling thereof | No | Yes | https://patents.google.com/patent/GB2477229B |
| US9325208B2 | Stator with radially mounted teeth | Somewhat | Somewha | https://patents.google.com/patent/US9325208B2 |
| US9914445B2 | Control device for vehicle | Yes | Yes | https://patents.google.com/patent/US9914445B2 |
| US20130200746A1 | Coil tooth assembly | Somewhat | Yes | https://patents.google.com/patent/US20130200746A1 |
| US9525313B2 | Coil tooth assembly | No | Yes | https://patents.google.com/patent/US9525313B2 |
| US20120330484A1 | Torque control system | Yes | Yes | https://patents.google.com/patent/US20120330484A1 |
| GB2484938B | A vehicle having drive provided by an engine and electric motor | No | Yes | https://patents.google.com/patent/GB2484938B |
| US8664818B2 | Electric motor or generator with a low friction touch-down area | No | Yes | https://patents.google.com/patent/US8664818B2 |
| US20120186775A1 | Cooling system | No | Somewha | https://patents.google.com/patent/US20120186775A1 |
| US9059659B2 | Method and system for measuring a characteristic of an electric motor | No | Yes | https://patents.google.com/patent/US9059659B2 |
| GB2474321B | Electric motor and method of braking using an electric motor | No | Yes | https://patents.google.com/patent/GB2474321B |
| GB2482704B | Sealing arrangement for an electric motor or generator | Yes | Yes | https://patents.google.com/patent/GB2482704B |
| GB2482704A | Sealing arrangement for an electric motor or generator | Yes | Yes | https://patents.google.com/patent/GB2482704A |
| GB2482539B | Interlocking Arrangement for Electric Motor | No | Yes | https://patents.google.com/patent/GB2482539B |
| GB2472297B | Electric motor | No | Yes | https://patents.google.com/patent/GB2472297B |
| US8749192B2 | Electric motor and electric generator | Yes | Yes | https://patents.google.com/patent/US8749192B2 |
| US9975431B2 | Torque control system | No | Yes | https://patents.google.com/patent/US9975431B2 |
| GB2479898B | An electric motor brake system | No | Yes | https://patents.google.com/patent/GB2479898B |
| GB2478361B | Method and apparatus for electric motor control | No | Yes | https://patents.google.com/patent/GB2478361B |
| GB2477128B | A switching device | No | Yes | https://patents.google.com/patent/GB2477128B |
| GB2472392B | Vehicle braking system | No | Yes | https://patents.google.com/patent/GB2472392B |
| GB2466086B | A trailer | No | Yes | https://patents.google.com/patent/GB2466086B |
| GB2456351B | Vehicle with in-wheel motor brake | Yes | Yes | https://patents.google.com/patent/GB2456351B |
| GB2456348B | Hand brake | No | Yes | https://patents.google.com/patent/GB2456348B |
| GB2456352B | Three wheel electric vehicle | No | Yes | https://patents.google.com/patent/GB2456352B |
| GB2456350B | Electric in-wheel drive arrangement | Yes | Yes | https://patents.google.com/patent/GB2456350B |
| US6385522B1 | Brake control apparatus and method | No | Somewha | https://patents.google.com/patent/US6385522B1 |

Use of this Report implies accepting Fuzzy Panda Research's Terms of Service

Written by Fuzzy Panda Research                                        October 8, 2020

# Appendix B – List of All Workhorse Stock Promoters:

### YouTube Stock Promotions Ring - Workhorse >1k views (June to Sept 2020)

| | | | Videos >1k Views | Viewers | Subscribers |
|---|---|---|---|---|---|
| **Workhorse Stock Promotions** | | | **426** | **3,416,522** | **825,830** |
| **YouTube Channel** | **Influencer Name** | **Channel Link** | **Workhorse Stock Promo Videos** | **Workhorse Promo Video Viewers** | **Subscribers to Channel** |
| Jack Spencer Investing | Jack Spencer | https://www.youtube.com/chan | 21 | 497,215 | 41500 |
| Informed Tradez | Daniel | https://www.youtube.com/c/Inf | 20 | 316,205 | 23200 |
| My Financial Friend | Sam | https://www.youtube.com/My | 32 | 242,227 | 11400 |
| Nukem Finance | Doug | https://www.youtube.com/c/Nu | 23 | 201,163 | 26300 |
| Positive Investing | Nick | https://www.youtube.com/watc | 9 | 189,577 | 60900 |
| Connor Invests | Connor | https://www.youtube.com/chan | 17 | 183,679 | 9250 |
| MarketGains | N/A | https://www.youtube.com/chan | 14 | 172,253 | 65000 |
| George Perez | George Perez | https://www.youtube.com/chan | 3 | 156,543 | 53200 |
| CakeTrader | N/A | https://www.youtube.com/c/Ca | 16 | 136,476 | 11600 |
| Big Money Mindset | Kyle | https://www.youtube.com/chan | 11 | 107,815 | 14900 |
| MillionairesInvestmentSecrets | | https://www.youtube.com/chan | 8 | 97,564 | 14700 |
| RexFinance | Rex | https://www.youtube.com/chan | 8 | 78,654 | 13700 |
| JTWealth | Julie | https://www.youtube.com/chan | 8 | 73,356 | 9380 |
| Top Ticker Trades | Pat | https://www.youtube.com/watc | 17 | 63,577 | 1670 |
| TheBusinessHub | | https://www.youtube.com/chan | 23 | 48,225 | 2330 |
| Rick Daum | Rick Daum | https://www.youtube.com/c/Ri | 5 | 48,162 | 6890 |
| Best of Us Investors | Kerry Grinkme | https://www.youtube.com/chan | 2 | 46,666 | 52600 |
| Invest with Henry | Henry | https://www.youtube.com/watc | 3 | 40,148 | 47900 |
| YTFinance | | https://www.youtube.com/c | 11 | 38,419 | |
| Nick Marson | Nick | https://www.youtube.com/watc | 6 | 37,684 | 3820 |
| ThePopularInvestor | | https://www.youtube.com/chan | 6 | 37,476 | 6020 |
| Matt Kohrs | Matt | https://www.youtube.com/watc | 7 | 34,007 | 2630 |
| OctopusMoneyMultipliers | | https://www.youtube.com/chan | 7 | 33,954 | 4870 |
| LitStocks | | https://www.youtube.com/chan | 9 | 31,167 | 3250 |
| INVESTING WITH M | Mohit | https://www.youtube.com/watc | 1 | 31,019 | 3630 |
| Touchdown Trades | Kevin Kissel | https://www.youtube.com/c/To | 8 | 30,619 | 6420 |
| WeareInvesting | | https://www.youtube.com/u | 8 | 24,892 | 5230 |
| WallStreetFinance | Max | https://www.youtube.com/c/W | 6 | 21,980 | 3650 |
| Broke Man Finance | Andrew Pate a | https://www.youtube.com/chan | 4 | 21,762 | 2130 |
| Justin Scott | Justin | https://www.youtube.com/watc | 3 | 18,684 | 2660 |
| Simranpal Singh | Simranpal Sing | https://www.youtube.com/chan | 7 | 18,644 | 5160 |
| jayconomics | Jay | https://www.youtube.com/watc | 1 | 16,778 | 4300 |
| Royce Jakob | Royce Jakob | https://www.youtube.com/watc | 2 | 16,183 | 19500 |
| CapitalGains500 | N/A | https://www.youtube.com/user | 4 | 15,408 | 1620 |
| Electrified | | https://www.youtube.com/c/El | 1 | 15,166 | 29700 |
| JMac Investing | Jason | https://www.youtube.com/watc | 1 | 14,612 | 17000 |
| Money Matters with Shee | Sheen | https://www.youtube.com/watc | 1 | 14,199 | 6710 |
| Mitch Shoesmith | Mitch | https://www.youtube.com/watc | 2 | 13,577 | 4380 |
| EmmanuelFinance | | https://www.youtube.com/chan | 6 | 12,677 | 3570 |
| Chris Sain | Chris Sain | https://www.youtube.com/watc | 1 | 12,589 | 32200 |
| MoementumFinance&StockInvesting | | https://www.youtube.com/chan | 5 | 12,340 | 1340 |
| Invest42morrow | | https://www.youtube.com/c | 7 | 11,548 | 5000 |
| Chris Glaze | Chris | https://www.youtube.com/watc | 2 | 11,422 | 7170 |
| Kaswrp | Caddy | https://www.youtube.com/watc | 2 | 11,085 | 12700 |
| Dansplained | Dan | https://www.youtube.com/watc | 3 | 10,766 | 2340 |
| N2SFinance | | https://www.youtube.com/chan | 5 | 9,852 | 344 |
| On Borrowed Time | John | https://www.youtube.com/watc | 1 | 9,517 | 3040 |
| 9to5investing | Blake | https://www.youtube.com/watc | 2 | 9,078 | 3070 |
| Greg Talks Money - Stoc | Greg | https://www.youtube.com/watc | 4 | 8,886 | 1940 |
| HowToGetRich | | https://www.youtube.com/chan | 4 | 8,886 | 3240 |
| Drew Stegman | Drew Stegmar | https://www.youtube.com/watc | 3 | 8,439 | 3190 |
| InvestInYou | | https://www.youtube.com/c | 4 | 6,909 | |
| ParanoidProfit | | https://www.youtube.com/chan | 3 | 6,495 | 1500 |
| Innovative Investment Ide | Dave | https://www.youtube.com/watc | 2 | 5,697 | 790 |
| JKR- Investing | Jacob | https://www.youtube.com/watc | 3 | 5,563 | 4080 |
| GenZInvestor | | https://www.youtube.com/chan | 2 | 5,455 | 3890 |
| SmarTrader | | https://www.youtube.com/chan | 1 | 5,285 | 10700 |
| AJ Byrd Finance | Austin | https://www.youtube.com/chan | 3 | 5,041 | 354 |
| RenewableEnergyInvestments | | https://www.youtube.com/c/Re | 3 | 4,985 | |
| Anthony Balestras | Anthony Bales | https://www.youtube.com/watc | 3 | 4,832 | 4800 |
| DonFronShow | Don Fron | https://www.youtube.com/watc | 1 | 4,502 | 11900 |
| MR.ZEROtoINFINITY | | https://www.youtube.com/watc | 1 | 4,254 | 4300 |
| Thomas Carvo | Thomas Carvo | https://www.youtube.com/watc | 1 | 3,592 | 12800 |
| Lucas Murphy | Lucas Murphy | https://www.youtube.com/chan | 1 | 3,474 | 584 |
| Stock Investment Analysi | Benjamin | https://www.youtube.com/watc | 1 | 2,579 | 5160 |
| Bearish Bulls | Bearish Bulls | https://www.youtube.com/watc | 2 | 2,550 | 766 |
| Jerry Romine Entreprene | Jerry Romine | https://www.youtube.com/watc | 1 | 2,226 | 52000 |
| Colton Kuhn | Colton Kuhn | https://www.youtube.com/watc | 1 | 2,144 | 1110 |
| NominalInvestor | | https://www.youtube.com/chan | 1 | 1,930 | 4000 |
| FiscalVoyage | | https://www.youtube.com/c/Fis | 1 | 1,824 | 1440 |
| InvestinSuccess | | https://www.youtube.com/chan | 1 | 1,815 | 196 |
| QuickStocks | | https://www.youtube.com/c/Ca | 1 | 1,707 | |
| Micro Investor | Jason | https://www.youtube.com/watc | 1 | 1,682 | 2550 |
| InvestorPlace | Luke Lango | https://www.youtube.com/watc | 1 | 1,464 | 4390 |
| Michael J Valentine - Inv | Michael | https://www.youtube.com/watc | 2 | 1,429 | 16 |
| Mr.MoneyGeek | Sam | https://www.youtube.com/My | 1 | 1,395 | |
| Manny -The Average Inv | Manny | https://www.youtube.com/watc | 1 | 1,299 | 1660 |
| Chester Zoda | Chester Zoda | https://www.youtube.com/watc | 1 | 1,254 | 7450 |
| Dyslexic Investor | Ken | https://www.youtube.com/watc | 1 | 1,234 | 7680 |
| DarthDividend | Gb Murse / Da | https://www.youtube.com/c/Da | 1 | 1,086 | 3470 |

Use of this Report implies accepting Fuzzy Panda Research's Terms of Service

Written by Fuzzy Panda Research                                    October 8, 2020

# Appendix B-2) Lordstown Motors' Stock Promotions:

**YouTube Stock Promotions Ring - Lordstown Motors (August to Sept 2020)**

| | Videos (Lordstown Only) | Viewers |
|---|---|---|
| **Lordstown Motors Stock Promo** | **68** | **199,242** |

| YouTube URL | Video Author | Views (when collected) | Date |
|---|---|---|---|
| https://www.youtube.com/watch?v=JhDS-MiMqEY | Best of Us Investors | 20,515 | Sep 4, 2020 |
| https://www.youtube.com/watch?v=DCtbLRvn2xQ | Informed Tradez | 14,561 | Sep 28, 2020 |
| https://www.youtube.com/watch?v=ai_F_o_cOzs | Jack Spencer Investing | 13,491 | Sep 16, 2020 |
| https://www.youtube.com/watch?v=dXRjX098kG8 | Big Money Mindset | 11,471 | Aug 29, 2020 |
| https://www.youtube.com/watch?v=rIon7-do5U4 | Millionaires Investment Secrets | 8,741 | Sep 25, 2020 |
| https://www.youtube.com/watch?v=OQA-nMGcAlQ | YT Finance | 8,648 | Sep 17, 2020 |
| https://www.youtube.com/watch?v=JlEBCKR4X14 | jayconomics | 7,527 | Sep 15, 2020 |
| https://www.youtube.com/watch?v=RivI_RleW4o | JMac Investing | 7,158 | Aug 3, 2020 |
| https://www.youtube.com/watch?v=ogJbuMTQV8U | RexFinance | 6,938 | Aug 3, 2020 |
| https://www.youtube.com/watch?v=yMYeYfptxmQ | The Popular Investor | 6,495 | Sep 10, 2020 |
| https://www.youtube.com/watch?v=1FYmnFTlHRw | JT Wealth | 6,127 | Sep 17, 2020 |
| https://www.youtube.com/watch?v=0kowPnlGe4M | Nukem Finance | 5,554 | Aug 3, 2020 |
| https://www.youtube.com/watch?v=UiUvxIgnyhQ | Patrick Desjardins | 5,225 | Aug 7, 2020 |
| https://www.youtube.com/watch?v=6HgYr-5DjK0 | 9to5investing | 5,103 | Aug 10, 2020 |
| https://www.youtube.com/watch?v=vtoViD9zmlY | CakeTrader | 4,613 | Sep 28, 2020 |
| https://www.youtube.com/watch?v=krSBQlPnspl | Steve Crawford | 3,923 | Sep 22, 2020 |
| https://www.youtube.com/watch?v=s3hHmtxOQe0 | Chris Glaze | 3,696 | Aug 6, 2020 |
| https://www.youtube.com/watch?v=tiHbKGO-jIo | Money Matters with Sheen | 3,416 | Aug 3, 2020 |
| https://www.youtube.com/watch?v=02fU_LEBV2w | Touchdown Trades | 3,326 | Sep 12, 2020 |
| https://www.youtube.com/watch?v=8PGEnOF6NW8 | Fleet Owner | 3,321 | Jun 25, 2020 |
| https://www.youtube.com/watch?v=jEWcH5u8vx0 | BULLvii Investing | 3,128 | Aug 29, 2020 |
| https://www.youtube.com/watch?v=6P3BMRnJiI | Drew Stegman | 3,042 | Aug 27, 2020 |
| https://www.youtube.com/watch?v=y_DV8LetQ1Y | Drew Stegman | 2,948 | Aug 22, 2020 |
| https://www.youtube.com/watch?v=rZEyxgl6mpA | Market Gains | 2,759 | Sep 28, 2020 |
| https://www.youtube.com/watch?v=ZuHXYYThiyE | David's Investment Analysis | 2,611 | Aug 5, 2020 |
| https://www.youtube.com/watch?v=3f0DbZ3UlXw | JKR - Investing | 2,073 | Sep 15, 2020 |
| https://www.youtube.com/watch?v=C1hzIiJjWg8 | Owl Talon Trading | 2,010 | Sep 4, 2020 |
| https://www.youtube.com/watch?v=6408OgbxRcQ | WallStreetFinance | 1,916 | Sep 22, 2020 |
| https://www.youtube.com/watch?v=CwtsVeGdOwM | Innovative Investment Ideas | 1,910 | Aug 2, 2020 |
| https://www.youtube.com/watch?v=-q80dbcP3VU | Matt Kohrs | 1,667 | Aug 3, 2020 |
| https://www.youtube.com/watch?v=LA1Drbs4pf8 | Alex M | 1,654 | Aug 3, 2020 |
| https://www.youtube.com/watch?v=IHOi-ZsL4Vk | Dansplained | 1,637 | Aug 4, 2020 |
| https://www.youtube.com/watch?v=2ZEFosbtZJs | Mark's Stock Review | 1,633 | Aug 30, 2020 |
| https://www.youtube.com/watch?v=AvjWWbdvro0 | Justin Scott | 1,566 | Aug 3, 2020 |
| https://www.youtube.com/watch?v=Tvql7vrfMxw | Coffee and Stocks | 1,490 | Sep 10, 2020 |
| https://www.youtube.com/watch?v=a_u3ZG7MyvA | Renewable Energy Investments | 1,410 | Aug 3, 2020 |
| https://www.youtube.com/watch?v=rXjckcDJwhk | THE INVESTMENT ABC | 1,253 | Aug 23, 2020 |
| https://www.youtube.com/watch?v=ONd27hbgS6k | CAPM TECHNICAL ANALYSIS | 1,231 | Aug 3, 2020 |
| https://www.youtube.com/watch?v=khATcHglZEl | The Business Hub | 1,073 | Aug 5, 2020 |
| https://www.youtube.com/watch?v=sbiE0-V_jSw | Angel investor | 993 | Aug 17, 2020 |
| https://www.youtube.com/watch?v=NHGh5vHokAw | Broke Man Finance | 908 | Aug 8, 2020 |
| https://www.youtube.com/watch?v=GMherUTpXb0 | Stock Papers | 906 | Sep 11, 2020 |
| https://www.youtube.com/watch?v=6UnMcqX3Kk0 | Capital Gains 500 | 900 | Aug 3, 2020 |
| https://www.youtube.com/watch?v=HJbMyjT-oAQ | Rick Daum | 743 | Sep 25, 2020 |
| https://www.youtube.com/watch?v=vax0T6G1xjw | Lucas Murphy-STOCKS-INVEST | 705 | Sep 12, 2020 |
| https://www.youtube.com/watch?v=WH8ck-ZVy3g | Simranpal Singh | 703 | Aug 4, 2020 |
| https://www.youtube.com/watch?v=HJbMyjT-oAQ | Rick Daum | 694 | Sep 25, 2020 |
| https://www.youtube.com/watch?v=cJGbu2Z3Os4 | TheLockharts | 565 | Aug 7, 2020 |
| https://www.youtube.com/watch?v=PyZ2zvjsm9s | Diaa hummadi | 539 | Aug 11, 2020 |
| https://www.youtube.com/watch?v=3-bk5XN08so | Reece Haslam | 493 | Aug 3, 2020 |
| https://www.youtube.com/watch?v=V6HUHfmj70U | JayDeem-Investing | 491 | Aug 3, 2020 |
| https://www.youtube.com/watch?v=b6c1dkC1IBE | Paranoid Profit | 483 | Aug 5, 2020 |
| https://www.youtube.com/watch?v=SkAUtKM92cI | Lit Stocks | 412 | Aug 3, 2020 |
| https://www.youtube.com/watch?v=tZRJFWbL470 | Octopus Money Multipliers | 388 | Aug 3, 2020 |
| https://www.youtube.com/watch?v=orkK2IB2Hlg | Victor-VE Univers | 285 | Aug 7, 2020 |
| https://www.youtube.com/watch?v=aJwlAVCbY4o | GenZ Investor | 280 | Aug 5, 2020 |
| https://www.youtube.com/watch?v=Gld6j9FFpAk | Disney Cars All New | 272 | Jun 26, 2020 |
| https://www.youtube.com/watch?v=CJWgLpE2vt4 | N2S Finance | 268 | Sep 17, 2020 |
| https://www.youtube.com/watch?v=rXkNTfTC53U | Micro Investor | 263 | Aug 4, 2020 |
| https://www.youtube.com/watch?v=CJWgLpE2vt4 | N2S Finance | 261 | Sep 17, 2020 |
| https://www.youtube.com/watch?v=KiQxRUoa138 | Mya | 172 | Sep 14, 2020 |
| https://www.youtube.com/watch?v=viX-JvxQc_0 | Learn Your money | 160 | Sep 24, 2020 |
| https://www.youtube.com/watch?v=pmZ0C3o9Avo | Jason Polun Investing | 145 | Sep 26, 2020 |
| https://www.youtube.com/watch?v=DgpDZaF5gA0 | Deived | 105 | Aug 3, 2020 |
| https://www.youtube.com/watch?v=Aof0FBR8H14 | Dominick Diaz - Stock Market In | 98 | Aug 7, 2020 |
| https://www.youtube.com/watch?v=ctolo3YlfTg | Ace Spencer | 95 | Sep 22, 2020 |
| https://www.youtube.com/watch?v=vYpVV-SHg_0 | The Money Way | 32 | Aug 3, 2020 |
| https://www.youtube.com/watch?v=lVlKUggKpzk | Jason Polun Investing | 23 | Aug 5, 2020 |

Use of this Report implies accepting Fuzzy Panda Research's Terms of Service

Written by Fuzzy Panda Research                                      October 8, 2020

# Appendix B-3) Story of a new YouTube Stock Promoter:

**A New Stock Promoter's Life Story** by AJ Byrd Finance (Austin). Austin is a young married Utah man who is saving money with his wife for their first home. His largest life cost are currently his very expensive Type I diabetic treatments. Austin owns REITS and a Stock Portfolio and wants to build LIFE CHANGING WEALTH so he can pay off large debts and escape his 9-5. He also wants to update followers on Government Stimulus Plans and share his life changing   investment ideas. Some of his stock ideas so far include (Workhorse – WKHS! – 4 videos, SHLL – 1 video, and NIO – 1 video).



Use of this Report implies accepting Fuzzy Panda Research's Terms of Service

# Appendix B-4 – Creation of a Youtube Stock Promoter:

Account: Learn Your Money:
Person: "Coleman Costello Jr" (aka "Cully Jr" + his dog named Lloyd)
History: First video was released 6 months ago (March 7, 2020) turned Stock Promoter (Sept 17, 2020)

The first video was review of "Milwaukee Hole Hawg review after 3 years" It is a brushless drill and he gives a honest review. Over the next 6 months creates 17 videos of various product reviews like:

- Airpods,
- Cellphone,
- Sunglasses
- And videos of his dog Llyod who apparently ate his airpods from the earlier review.

All the videos feature no editing & appear to be taken on a cellphone.

April 12, 2020 - Debuts a nicely edited & better scripted video promoting the Acorns App -  How To Save Money With Acorns invest app (Acorns review)

Fast forward 5 months and Cully Jr launches full steam into what appears to be illegal **Stock Promotion**!

"Cully Jr's" first ever investment idea is of course a SPAC. "Cully Jr" clearly didn't even know what a SPAC was when he started reading the script since starts by telling us that he has been a long-term investor in LCA, which is obviously impossible, because it's a SPAC!  Note - LCA's history as a SPAC is that it was announced on May 2018 and then they first announced the Golden Nugget Target June 29th (link).

Sept 17, 2020 – "Lca stock (Gnog) Golden nugget online gaming sto**ck".**
Sept 20, 2020 – "Cleanspark stock (Clsk) Why We Need Microgrids**"**
Sept 21, 2020 – "How To sell Put Options For Passive Income"
Sept 22, 2020 – "Chargepoint stock (SBE);"
Sept 23, 2020 – "Churchill Capital (CCXX)"
Sept 24, 2020 – Lordstown Motors Stock (DPHC) DiamondPeak Holdings
Sept 25, 2020 – Opendoor Stock IPO (IPOB)
"How to Sell Covered Call Options For Passive Income (options for beginners)"
Sept 27, 2020 – "YOTTA SAVINGS (WHAT IS YOTTA SAVINGS) BIG INTEREST SAVINGS ACCOUNT !!!"

                Use of this Report implies accepting Fuzzy Panda Research's Terms of Service

Written by Fuzzy Panda Research                                                October 8, 2020



# Appendix B-5) Additional Stock Promotions – InvestorsPlace.com

We suspect that Investor Place Media LLC (InvestorPlace.com) is also acting as a stock promoter for both Workhorse Group as well as Lordstown Motors. We cannot confirm that they are being paid for this service primarily because when we called and asked them to send us their disclosures they refused to. Instead customer service reps kept pointing us to a link citing to call the phone number "1-800-219-8592" that we had already called, https://investorplace.com/corporate/disclosures-disclaimers/  Their website has incomplete and insufficient disclosures that only mention that the author of the piece does not hold a position in the stock.

Workhorse promotional articles by Investor Place

- https://investorplace.com/2020/08/wkhs-stock-could-hit-it-big-when-lordstown-motors-goes-public/
- https://investorplace.com/2020/09/wkhs-stock-200-upside/
- https://investorplace.com/2020/09/wkhs-stock-workhorse-group-is-on-the-right-path/
- https://investorplace.com/2020/09/whks-stock-workhorse-hot-buy/

October 8, 2020

- https://investorplace.com/2020/09/workhorse-wkhs-stock-small-victories-and-big-wins-cseo/
- https://investorplace.com/2020/09/a-beautiful-buying-opportunity-workhorse-wkhs-stock-has-arrived-cseo/
- https://investorplace.com/2020/09/how-self-serving-management-can-still-save-workhorse-stock-from-0/

DiamondPeak/Lordstown Motors promotional stock articles by Investor Place:

- https://investorplace.com/2020/08/upcoming-spacs-merger-companies-worthy-attention/
- https://investorplace.com/2020/08/diamondpeak-stock-is-worth-watching/
- https://investorplace.com/2020/09/dphc-stock-next-winner-electric-vehicles/
- https://investorplace.com/2020/09/is-diamondpeak-stock-right-stock-wrong-time/
- https://investorplace.com/2020/09/is-diamondpeak-stock-holdings-expensive-at-26/
- https://investorplace.com/2020/09/diamondpeak-stock-is-an-electric-pickup-truck-bet/
- https://investorplace.com/2020/09/diamondpeak-stock-recharge-hop-on-this-ride/
- https://investorplace.com/2020/09/will-ev-momentum-carry-diamondpeak-stock-in-september-too/
- https://investorplace.com/2020/10/volatile-promising-diamongpeak-stock-worth-a-test-drive/

InvestorPlace.com Disclosure:

### General InvestorPlace Reports

- Various InvestorPlace Media reports (collectively, "Reports"), are, published by InvestorPlace Media, LLC, and offered for sale to the general public.
  . . . . .
- The information provided in the Reports is obtained from sources which the Author believes to be reliable. However, the Author has not independently verified or otherwise investigated all such information. Neither the Author, the publisher, nor any of their respective affiliates guarantee the accuracy or completeness of any such information.
- The Author is not a solicitation or offer to buy or sell any securities.
- Neither the Author, the publisher, nor any of their respective affiliates is responsible for any errors or omissions in any Report.
- Any Report readers who would like a copy of these "Disclaimers and Disclosures" may request a copy by calling 800-219-8592 or writing to InvestorPlace Media, LLC, 1125 N. Charles St, Baltimore, MD 21201, Attention: Disclosure, whereupon a copy will be mailed or faxed to such reader.

https://investorplace.com/corporate/disclosures-disclaimers/

Use of this Report implies accepting Fuzzy Panda Research's Terms of Service

Written by [Fuzzy Panda Research](#)                                                                      October 8, 2020

# Appendix C: Transcripts & Other Photos from Investigator Site Visits

Our investigators visited Workhorse's 2 facilities (Union City, Indiana & Loveland, Ohio) multiple times and as a reminder we found:

- NO AUTOMATION or NO AUTOMATED ASSEMBLY – Workhorse employees invited a friendly stranger through their open assembly plant doors (Union City) & into their R&D Facility (Loveland) to see Workhorse's "proprietary" hand-made production line
- NO SECURITY – No front security guard anytime we visited and didn't even bother to close the Gate. Who is guarding all the "IP" & "Trade-Secrets"
- "SHOW TRUCKS"/ "PROTOTYPES" – Employees at Union City referred to the trucks there as show trucks.

**Union City, Indiana September 2020 Plant Visit**

Investigator: [Drove on location mid-morning - the security booth out front was not manned and there was a sign that read "Security in Main Lobby," the gate was open and unattended; Visitor/main lot for office-looking building had almost full lot of 30-40 cars. Driving around back towards the production warehouse, there were a few UPS vehicles parked outside behind dumpsters in tall grass but no other EVs were visible anywhere on the complex – no ready to deliver vehicles, found]

[Parked at the large open area by the production warehouse, encountered 4 workers by a small pickup truck (not an EV); they were loading some unknown materials using a forklift.]
Investigator: Some small talk conversation, then: How many people are on site here? What kind of production are you doing?
Employee: Don't really know...
Investigator: Oh, how long have you been here?
Employee: A few years
Investigator: Well do you guys make trucks here or is that in Loveland?
Employee: **They do the older truck in Loveland, we do the new one here.**
Investigator: Well what do you do here then?
Employee: Materials [didn't seem too interested in talking]
Investigator: Got it, well I was hoping to talk to someone about job opportunities - saw you're hiring, anyone I could talk to, you think?
Employee: Go in there and ask them [Pointed me towards bay door open on the far right]

[Inside the Assembly Plant - there was an office-like booth with glass walls on the right hand side, to the left of me were three or four unmarked white vehicles that looked like they could currently be being developed. Began speaking with two employees inside]
Investigator: Hey, the guys out there said I should check over here - I heard there's a lot of hiring going on, anyone I can talk to about that?
Employee 1: Yeah we're hiring, she's probably better to talk to.
Investigator: [Introduced myself]
Investigator: So how long have you been here? You like it?
Employee: About 3 years, yeah it's good.
Investigator: Are there good benefits?
Employee: Well, I wouldn't know about that since I don't get those.
Investigator: So are there jobs right now, what's the best way to go about this? Is it here or in Cincinnati?
Employee: [Gave me a paper application] And said I can bring it back if I like. Asked where I'm located.
Investigator: [ redacted ]
Employee: Yeah you could do either location then...
Investigator: Are those trucks for a particular customer?
Employee: **No those are just show units**
Investigator: What **does that mean like they are prototypes?**
Employee: Yeah **they're not production** [it seemed like the implication was no other trucks are being assembled anywhere]
Investigator: **Are you making any production units for customers right now?**
Employee: **No not right now**
Investigator: **Is this the only facility where you make units or if there's another one on site?**
Employee: **No this is the only production line**
Investigator: **How many of them they make in a week or a month**
Employee: **These are just the show units so they're not really doing that**
Investigator: Could I see more is there a line? This is really interesting...
Employee: No, not really... in fact you're not even supposed to be here...
Investigator: Oh ok, well thanks - by the way what's your email?
Employee: [Writes email on sticky note it has a @workhorse.com address and hands to me with a job application]
Investigator: Exited and drove off-site.

Use of this Report implies accepting Fuzzy Panda Research's [Terms of Service](#)

Written by <u>Fuzzy Panda Research</u>                                                                                    October 8, 2020





Use of this Report implies accepting Fuzzy Panda Research's <u>Terms of Service</u>

Written by <u>Fuzzy Panda Research</u>                                                                  October 8, 2020

**Loveland, Ohio Investigator Visit Sept-2020**

[Walked up to Loveland facility]

Investigator: What's going on, what are you photographing?
Employee: We're doing some construction here, going to be hiring more soon.
Investigator: Oh wow, that's great - what kind of work are you hiring for?
Employee: Mainly accounting, procurement, and operations right now.
Investigator: How many people are you bringing on?
Employee: I think we're looking to bring on hundreds.
Investigator: That's great, what's all that for?
Employee: Well we're expanding here a bit, we do most of our production line work at another facility and engineering, marketing, sales is all here - but we may start to do more production here too.
Investigator: The other facility does all the production then? What are they building there?
Employee: The EVs are all made there right now.
Investigator: Ah yeah that makes sense, how fast do they make them there? Are they running a lot of shifts?
Employee: Right now they can do about 5 a week up there, we're going to do more shifts.
Investigator: That's pretty cool - who's buying these then?
Employee: Well, **we have FedEx right here and they have 2 trucks** (points to a FedEx lot down the street). Then UPS, Ryder, DHL...
Investigator: **How many does UPS have?**
Employee**: About 40 trucks** (Investigator note: He mumbled so not 100% sure on this)
Investigator: That's amazing, sounds like a lot of interesting work is being done. I actually found you guys on LinkedIn, said you were hiring and I wanted to come check it out since I'm curious.
Employee: Oh sure, here let me see who we can find inside.

[Uses his keycard to open secure front door and invites me in, walks me through towards large ware-house like room with team of 5-7 people working on rear engine/axle/frame for the new engine they are building now. Sitting next to it is an engine model]

Investigator: So this is the actual electric motor?
Employee: This is our old one, does about 100 miles of range, new one is much smaller. We limit it (new one) to about 60-65% of its torque capability otherwise it would just snap the axle. It's also much lighter than the old one.
Investigator: That's so cool [takes out phone to take photo]
Employee: Oh you can't take photos here... well you can of the old one.
Investigator: [Takes photo of old engine]
Employee: Here you can see more in the back room.

[Takes me to another room in back where we see a UPS branded brown vehicle, a white unbranded and exterior unfinished looking vehicle he claims is a new model, and a nicely painted and finished looking red vehicle he said is also the same as the white one but smaller and used as a showcase]
Investigator: **These are great, can I take a photo?**
Employee: **Yeah sure.**
Investigator: So who's going to buy all these? How many can you make?
Employee: Well, UPS and Ryder... USPS has been looking too.
Investigator: When they buy do they do a big purchase or a small proof of concept first? **You said FedEx has only 2 trucks? Why not more?**
Employee: Yeah **they do a big order usually, and then we supply a smaller amount for them to start using and testing and then we can make changes. We've built about 400 trucks.**
Investigator: So what if you got an order for like 1,000, could you build those fast enough?
Employee: [Laughs] Hah, well that's the question isn't it!
Investigator: I heard there was another facility when I did some reading, another factory that starts with an 'L' I think?
Employee: Ah yeah that's Lordstown. They used to build the Chevy Cruze there. It's another company leasing some of our technology.
Investigator: Is that an area you would do some more production if you needed to?
Employee: Yeah I think so, but **really most of the production line is in Union City**.
Investigator: **Is it manual or automated?** Here looks like everything is manual?
Employee: **Here it's all manual, but there it's all in a production line.**
Investigator: **So there's automation there?**
Employee: **No, it's still manual, but it's more of a process there**, here is more R&D.

[Starts to walk me to another part of the building towards the back, this area seems to have only one employee back here and a few drones. A couple quadrocopter and a few hexocopters on the wall, the quad looks to be built of all carbon fiber and is about 4' wide and 3' tall]

Employee: So we're also building drones - no photos back here - for more rural areas a truck could send a package on a drone for the last mile or two while it continues to the next location, then the drone comes back to the truck. We first tried these drones [points to the hexocopter] and found **it had too much surface area so any wind over 5mph** would be too much for it, this drone [quadcopter] is much lighter and works better.
Investigator: Are you hiring engineers for drone development too? [note that there is only one other guy in the room, it's mid-afternoon so seems unlikely they're at lunch]
Passerby Employee 2: Yeah we're hiring for this.
Employee: What kind of engineer are you?
Investigator: Computer and Electrical, so I think this is really interesting.
Employee: [walks me back out towards the main large warehouse room where the original 5-7 people were working on an engine in a frame]
Investigator: So is this area usually more full or is this normal?

Use of this Report implies accepting Fuzzy Panda Research's <u>Terms of Service</u>

Written by Fuzzy Panda Research                                      October 8, 2020

Employee: Well **we used to do the harness work here too, we have over 44 harnesses in the trucks, but now we outsource that.**
Investigator: Outsource like to another company, not something you make in Union City?
Employee: Right, another external company.
Investigator: So is everyone excited by all this? Are people liking it all?
Employee: Yeah people are pretty excited, we are doing more hiring now for everything.
Investigator: How many people have you brought on lately?
Employee: About 12 I think?
Employee: There's an engineer here you could talk to - [Walks me closer to the exit and the group of young engineers make a joke about determining the right amount of torque for a nut to be tightened - they seemed to be defining it]
Investigator: [ ] this has been incredibly helpful thanks so much for sharing, I actually have to head out but I will definitely apply - this is exciting. Do you have a card on you or your email by chance?
Employee: Sure here's my card.
Investigator: Thanks again, have a good day! [exit]

[Overall we spoke for about 20 min while he walked me through the facility]

Loveland, Ohio R&D Facility Visit:





Use of this Report implies accepting Fuzzy Panda Research's Terms of Service

Written by Fuzzy Panda Research                                                                                    October 8, 2020

## Terms of Service:

By downloading from or viewing material on this website &/or by reading this report, you agree to the following Terms of Service. You agree that use of the research on this website or report is at your own risk. In no event will you hold Fuzzy Panda or any affiliated party, including officers, directors, employees and agents of Fuzzy Panda or any companies affiliated with them, liable for any direct or indirect losses caused by any your use of information on this site. You further agree to do your own research and due diligence before making any investment decision with respect to securities covered herein. You represent that you have sufficient investment sophistication to critically assess the information, analysis and opinion on this site or in this report. You further agree that you will not communicate the contents of reports and other materials on this site to any other person unless that person has agreed to be bound by these same terms of service. If you download or receive the contents of reports or other materials on this site as an agent for any other person, you are binding your principal to these same Terms of Service.

You should assume that as of the publication date of their reports and research, Fuzzy Panda and possibly any companies affiliated with them and their members, partners, employees, consultants, clients and/or investors (the "Fuzzy Panda Affiliates") have a short position in all stocks (and/or options, swaps, and other derivatives related to the stock) and bonds of companies covered in such reports and research. They therefore stand to realize significant gains in the event that the prices of either equity or debt securities of the subject companies decline. Fuzzy Panda and the Fuzzy Panda Affiliates intend to continue transactions in the securities of issuers covered on this site for an indefinite period after their first report on a subject company, and they may be short, neutral, or long at any time hereafter regardless of initial position and the views stated in Fuzzy Panda' research. Fuzzy Panda will not update any report or information on this website to reflect such positions or changes in such positions.

This is not an offer to sell or a solicitation of an offer to buy any security, nor shall Fuzzy Panda offer, sell or buy any security to or from any person through this site or reports on this site. Fuzzy Panda and the Fuzzy Panda Affiliates do not render investment advice to anyone unless they have an investment adviser-client relationship with that person evidenced in writing. You understand and agree that Fuzzy Panda does not have any investment advisory relationship with you or fiduciary duties to you. Giving investment advice requires knowledge of your financial situation, investment objectives, and risk tolerance, and Fuzzy Panda has no such knowledge about you.

If you are in the United Kingdom, you confirm that you are accessing research and materials as or on behalf of: (a) an investment professional falling within Article 19 of the Financial Services and Markets Act 2000 (Financial Promotion) Order 2005 (the "FPO"); or (b) high net worth entity falling within Article 49 of the FPO.
Fuzzy Panda's research and reports express their opinions, which are based upon generally available information, field and online research, and inferences and deductions through due diligence and the analytical process. To the best of their ability and belief, all information contained in their reports is accurate and reliable, and has been obtained from public sources believed to be accurate and reliable, and they have not obtained information from persons who are insiders or connected persons of the stock covered or who may otherwise owe any fiduciary duty or duty of confidentiality to the issuer. However, such information is presented "as is," without warranty of any kind, whether express or implied. Fuzzy Panda makes no representation, express or implied, as to the accuracy, timeliness, or completeness of any such information or with regard to the results to be obtained from its use. Further, any report on this site contains a very large measure of analysis and opinion. All expressions of opinion and conclusions are subject to change without notice, and Fuzzy Panda does not undertake to update or supplement any reports or any of the information, analysis and opinion contained in them.

You agree that the expressions of information in this report are copyrighted and owned by Fuzzy Panda Research, and you therefore agree not to distribute this report or any excerpts from it (whether the downloaded file, copies / images / reproductions, or the link to these files) in any manner other than by providing the following link: www.fuzzypandaresearch.com. If you have obtained Fuzzy Panda's research in any manner other than by downloading from that link, you may not read such research without going to that link and agreeing to the Terms of Service. You further agree that any dispute between you and Fuzzy Panda and their affiliates arising from or related to the material on their website shall be governed by the laws of the State of California, without regard to any conflict of law provisions. You knowingly and independently agree to submit to the personal and exclusive jurisdiction of the state and federal courts located in California and waive your right to any other jurisdiction or applicable law. The failure of Fuzzy Panda to exercise or enforce any right or provision of these Terms of Service shall not constitute a waiver of this right or provision. If any provision of these Terms of Service is found by a court of competent jurisdiction to be invalid, the parties nevertheless agree that the court should endeavor to give effect to the parties' intentions as reflected in the provision and rule that the other provisions of these Terms of Service remain in full force and effect, in particular as to this governing law and jurisdiction provision. You agree that regardless of any statute or law to the contrary, any claim or cause of action arising out of or related to this report or the material on this website must be filed within one (1) year after such claim or cause of action arose or be forever barred.

Use of this Report implies accepting Fuzzy Panda Research's Terms of Service