# Workhorse Group: Active SEC Investigation + Fake Orders + Lost to Two Other EVs in USPS Bid + New EVs Already Breaking Down = Glue Factory for Workhorse

- Active SEC Investigation Uncovered;
- Revenue Recognition Fraud Indicated by Customer;
- Fake Order Book with Orders from Undisclosed Related Parties; Used Truck Salesmen with Egregious Orders; Customers Whose HQ's Don't Exist (we have the pictures);
- Former Customers UPS & FedEx Have Abandoned WKHS & Their Trucks (Government Studies Prove it)
- New C-1000 EV's Don't "Work" – Drivers Complain They Can't Drive on Freeways or Even Up Hills.
- Last Place in USPS NGDV Race; 2 Other EV Prototypes Submitted and Both Beat Workhorse's

Workhorse touts itself as the oldest EV truck maker with the most hybrid & electric trucks on the road. In reality, most of the trucks they've shipped have broken down and been abandoned.

We will reveal that the WKHS C-1000 EV trucks delivered in Q4 2020 have already broken down.

UPS's E-Gen trucks (WKHS's largest customer) are less than 6 years old yet we discovered that a substantial number are broken down and have been abandoned.

All of Workhorse's heralded fleet customers, like UPS and FedEx have long since moved on to Arrival, Rivian, GM's BrightDrop, and other competitors.

As a result, Workhorse has attempted to replicate the Lordstown Motors "Fake Order" Playbook: creating spurious deals with suspect partners to try to trick investors into thinking WKHS has a healthy sales funnel and that it's at the start of exponential growth. The reality is that the orders are non-binding partnerships at their best, and fake orders and fraudulent at their worst.

Our research over the last year discovered:

- An active, ongoing, undisclosed SEC INVESTIGATION into Workhorse Group.
- Workhorse might have committed Revenue Recognition Fraud according to a key customer.
- Undisclosed related party transactions.
- Suspect customers with no prior websites or industry experience that were created 1 month before Workhorse announced an order. When we visited the customers HQ's DID NOT exist.
- Workhorse's C-1000 EVsdelivered in December 2020 are already breaking down and need to be redesigned.
  - Unable to drive on the freeway because the battery drains too quickly;
  - Lacks the power to drive up hills (with 1 getting stuck and abandoned on a hill);
  - Drivers us the Workhorse EV's "Ain't no good…stay away from them f—king things;" IKEA managers openly called the EV's "Pieces of Shit."
- UPS E-Gen trucks have also been abandoned and drivers called them "Garbage"
  - Two former C-Suite Workhorse executives confirmed a significant number of their UPS trucks are no longer on the road.
  - We visited major UPS depots in Atlanta (where the largest # of E-Gens were deployed) and discovered that >90% of the WKHS trucks had been scrapped!
- Two previously unknown, multi-year DOE studies of Workhorse products also confirm the horrible product quality. The results:
  - FedEx-DOE Study found that Workhorse is an "unreliable" OEM
  - UPS-DOE Study found that Workhorse "trucks were broken ~50% of the time."

Case 2:21-cv-02072-CJC-PVC    Document 71-11    Filed 10/18/21    Page 2 of 3    Page ID #:1399

- Workhorse admits to getting LAST PLACE in the USPS Next Generation Delivery Vehicle (NGDV) contract bidding.
- USPS received Three EV prototype submissions contrary to WKHS's misleading statements
- Workhorse initially lost the NGDV bid because they:
  - Cheated to pass required USPS NGDV tests
  - Had the most critical vehicle failures of all the prototypes submitted.
  - Injured a USPS employee – WKHS's own legal filings confirm the runaway truck story we first reported
- Workhorse is set to default on their $200m loan. Default could be declared any day due to rep & warranty violations but will occur by March 31, 2022 at the latest. They will trip a minimum firm order book & minimum sales covenants. WKHS has pledged all their IP and even their Lordstown Motors equity stake as collateral which we expect to go to the debt holders.

We are Short Workhorse Group.

Please see additional disclosures at end of report and our terms of service.

# Active SEC Investigation of Workhorse Group:

Workhorse just announced a new CEO, Richard Dauch. Hopefully the Board and former CEO, Duane Hughes informed him about the SEC's active investigation of Workhorsebefore he accepted the job.

We requested the SEC documents regarding investigations into Workhorse via FOIA. Their reply to our FOIA and to our subsequent appeal confirmed an SEC Enforcement investigation:

---

> **"CONFIRMED"** SEC Division of Enforcement's investigation into Workhorse "is still active and ongoing."

---

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
WASHINGTON, D.C. 20549

OFFICE OF THE
GENERAL COUNSEL

Stop 9613                                                                June 30, 2021

*Via electronic mail*

███████████████████
███████████████████
███████████████████
███████████████████

Re:    Appeal, Freedom of Information Act Request No. 21-01534-FOIA, designated on
       appeal as No. 21-00451-APPS

Dear ██████████████████████

        This responds to your Freedom of Information Act (FOIA) appeal of the FOIA Officer's
denial of your April 13, 2021 FOIA request for "all documents in possession of SEC that pertain
to investigations regarding Workhorse Group (WKHS) for the time period June 1 2020 through
April 12 2021." By letter dated May 12, 2021, the FOIA Officer denied your request pursuant to
FOIA Exemption 7(A). On June 15, 2021, you filed this appeal challenging the FOIA Officer's
invocation of Exemption 7(A). I have considered your appeal, and it is denied.

        I have determined that the FOIA Officer correctly asserted Exemption 7(A).[1] There is a
two-step test to determine whether information is protected under Exemption 7(A), whether:
(1) a law enforcement proceeding is pending or prospective, and (2) release of information about
it could reasonably be expected to cause some articulable harm.[2] We have confirmed with
Division of Enforcement staff that the investigation from which you seek records is still active
and ongoing.[3]

---

[1] Exemption 7(A) authorizes the withholding of "records or information compiled for law enforcement purposes, but
only to the extent that production of such law enforcement records or information … could reasonably be expected
to interfere with enforcement proceedings." 5 U.S.C. § 552(b)(7)(A).

This investigation is a brand-new development. When we FOIA'ed the SEC at the end of November 2020 there were no records of any investigation into WKHS. Also, to ensure we would not get a false positive from the Lordstown Motors investigation we specifically requested records relating to only investigations into Workhorse and asked them to exclude any records and documents related to the RIDE investigation.

The SEC responded to our FOIA request for documents regarding an SEC investigation into Workhorse Group saying that they were with-holding records under exemption 7(a). The SEC uses the 7(a) exemption when revealing records that would "interfere with law enforcement proceedings." We appealed the 7a) exemption and our appeal was denied with the SEC confirming the "active and ongoing" investigation.

Why did both Workhorse's General Counsel and VP of Finance resign on Aug 4th? Was it because Workhorse refuses to disclose the active SEC investigation?