## *1:21cv1484, Workhorse Group, Inc. V. Usa*

US District Court Docket

US Court of Federal Claims

(COFC)

**This case was retrieved on 10/11/2021**

# Header

**Case Number:** 1:21cv1484
**Date Filed:** 06/16/2021
**Assigned To:** Judge Zachary N. Somers
**Nature of Suit:** Negotiable Instrument (140)
**Cause:** Tucker Act
**Lead Docket:** None
**Other Docket:** None
**Jurisdiction:** U.S. Government Defendant

**Class Code:** Closed
**Closed:** 09/14/2021
**Statute:** 28:1491
**Jury Demand:** None
**Demand Amount:** $0
**NOS Description:** Negotiable Instrument

# Participants

## Litigants

## Attorneys

WORKHORSE GROUP INC.
**Plaintiff**

Thomas Parker McLish
LEAD ATTORNEY;ATTORNEY TO BE NOTICED
Akin Gump Strauss Hauer & Feld, LLP
2001 K Street N.W.
Washington, DC  20006
USA
202-887-4000    Email:Tmclish@akingump.Com

USA
**Defendant**

Borislav Kushnir
LEAD ATTORNEY;ATTORNEY TO BE NOTICED
U.S. Department of Justice - Civil Division (G)
Post Office Box 480    Ben Franklin Station
Washington, DC  20044
USA
202-307-5928    Fax: 202-353-0461
Email:Steven.Kushnir@usdoj.Gov

Oshkosh Defense, LLC
**Intervenor Defendant**

Scott Arnold
LEAD ATTORNEY;ATTORNEY TO BE NOTICED
Blank Rome LLP (DC - Farragut Sq.)
1825 Eye Street, Nw
Washington, DC  20006
USA
(202) 420-4736    Fax: (202) 420-2201
Email:Sarnold@blankrome.Com

# Proceedings

| # | Date | Proceeding Text | Source |
|---|------|-----------------|--------|

1:21cv1484, Workhorse Group, Inc. V. Usa

| # | Date | Proceeding Text | Source |
|---|------|-----------------|--------|
| 1 | 06/16/2021 | **SEALED**COMPLAINT against USA (PS) (Filing fee $402, Receipt number AUSFCC-7135643) (Copy Served Electronically on Department of Justice), filed by WORKHORSE GROUP, INC..Answer due by 8/16/2021. (Attachments: # 1 Civil Cover Sheet)(ew) (Entered: 06/16/2021) | |
| 2 | 06/16/2021 | Notice of Random Assignment Pursuant to Rule 40.1(a) to Judge Zachary Somers. (ew) (Entered: 06/16/2021) | |
| 3 | 06/16/2021 | NOTICE of Designation of Electronic Case. (ew) (Entered: 06/16/2021) | |
| 4 | 06/16/2021 | **SEALED**PROPOSED REDACTED DOCUMENT, filed by WORKHORSE GROUP, INC.. Redaction of 1 Complaint, FILED UNDER SEAL. Service: 6/16/21.(ew) (Entered: 06/16/2021) | |
| 5 | 06/16/2021 | MOTION to Seal Document 1 Complaint,, filed by WORKHORSE GROUP, INC.. Service: 6/16/21. Response due by 6/30/2021.(ew) (Entered: 06/16/2021) | |
| 6 | 06/16/2021 | MOTION for Protective Order, filed by WORKHORSE GROUP, INC.. Service: 6/16/21. Response due by 6/30/2021.(ew) (Entered: 06/16/2021) | |
| 7 | 06/16/2021 | Rule 7.1 Disclosure Statement, filed by WORKHORSE GROUP, INC.. Service: 6/16/21.(ew) (Entered: 06/16/2021) | |
| 8 | 06/16/2021 | NOTICE of Appearance by Borislav Kushnir for USA . (Kushnir, Borislav) (Entered: 06/16/2021) | |
| 9 | 06/16/2021 | Unopposed MOTION to Intervene , filed by OSHKOSH DEFENSE, LLC.Response due by 6/30/2021.(Arnold, Scott) (Entered: 06/16/2021) | |
| 10 | 06/17/2021 | ORDER granting 9 Motion to Intervene Signed by Judge Zachary N. Somers. (ab) Service on parties made. (Entered: 06/17/2021) | |
| 11 | 06/17/2021 | STATUS CONFERENCE ORDER: Initial Status Conference set for 6/17/2021 04:00 PM (Telephonic) before Judge Zachary N. Somers. Signed by Judge Zachary N. Somers. (ab) Service on parties made. (Entered: 06/17/2021) | |
| 12 | 06/17/2021 | Rule 7.1 Disclosure Statement , filed by OSHKOSH DEFENSE, LLC. (Arnold, Scott) (Entered: 06/17/2021) | |
| 13 | 06/17/2021 | ORDER granting 5 Motion to Seal Document 1 Complaint,, 6 MOTION for Protective Order ; granting 6 Motion for Protective Order Signed by Judge Zachary N. Somers. (ab) Service on parties made. (Entered: 06/17/2021) | |
| 14 | 06/17/2021 | PROTECTIVE ORDER. Signed by Judge Zachary N. Somers. (ab) Service on parties made. (Entered: 06/17/2021) | |
| 15 | 06/17/2021 | SCHEDULING ORDER:July 6: Government motion to dismiss and defendant-intervenor brief deadline; July 20: Plaintiff response deadline; July 27: government reply and defendant-intervenor brief deadline; Government shall file Administrative Record within one-week of Court ruling on motion to dismiss.  Signed by Judge Zachary N. Somers. (ab) Service on parties made. (Entered: 06/17/2021) | |
| 16 | 06/17/2021 | APPLICATION for Access to Protected Material by Scott Heimberg, filed by WORKHORSE GROUP, INC..Response due by 6/21/2021.(McLish, Thomas) (Entered: 06/17/2021) | |
| 17 | 06/17/2021 | APPLICATION for Access to Protected Material by McKenzie Miller, filed by WORKHORSE GROUP, INC..Response due by 6/21/2021.(McLish, Thomas) (Entered: 06/17/2021) | |
| 18 | 06/17/2021 | APPLICATION for Access to Protected Material by Samantha Block, filed by WORKHORSE GROUP, INC..Response due by 6/21/2021.(McLish, Thomas) (Entered: 06/17/2021) | |
| 19 | 06/17/2021 | APPLICATION for Access to Protected Material by Madeline Bardi, filed by WORKHORSE GROUP, INC..Response due by | |

1:21cv1484, Workhorse Group, Inc. V. Usa

| # | Date | Proceeding Text | Source |
|---|------|-----------------|--------|
| | | 6/21/2021.(McLish, Thomas) (Entered: 06/17/2021) | |
| 20 | 06/17/2021 | APPLICATION for Access to Protected Material by Thomas P. McLish, filed by WORKHORSE GROUP, INC..Response due by 6/21/2021.(McLish, Thomas) (Entered: 06/17/2021) | |
| 21 | 06/18/2021 | APPLICATION for Access to Protected Material by Scott Arnold, filed by OSHKOSH DEFENSE, LLC.Response due by 6/21/2021.(Arnold, Scott) (Entered: 06/18/2021) | |
| 22 | 06/18/2021 | APPLICATION for Access to Protected Material by Justin A. Chiarodo, filed by OSHKOSH DEFENSE, LLC.Response due by 6/21/2021.(Arnold, Scott) (Entered: 06/18/2021) | |
| 23 | 06/18/2021 | APPLICATION for Access to Protected Material by Stephanie M. Harden, filed by OSHKOSH DEFENSE, LLC.Response due by 6/21/2021.(Arnold, Scott) (Entered: 06/18/2021) | |
| 24 | 06/18/2021 | APPLICATION for Access to Protected Material by Robyn N. Burrows, filed by OSHKOSH DEFENSE, LLC.Response due by 6/21/2021.(Arnold, Scott) (Entered: 06/18/2021) | |
| 25 | 06/18/2021 | APPLICATION for Access to Protected Material by Michael J. Montalbano, filed by OSHKOSH DEFENSE, LLC.Response due by 6/21/2021.(Arnold, Scott) (Entered: 06/18/2021) | |
| 26 | 06/18/2021 | APPLICATION for Access to Protected Material by Amit Roitman, filed by OSHKOSH DEFENSE, LLC.Response due by 6/21/2021.(Arnold, Scott) (Entered: 06/18/2021) | |
| 27 | 06/18/2021 | APPLICATION for Access to Protected Material by Oliver E. Jury, filed by OSHKOSH DEFENSE, LLC.Response due by 6/21/2021.(Arnold, Scott) (Entered: 06/18/2021) | |
| | 06/22/2021 | Minute Entry - Was the proceeding sealed to the public? sealed. Proceeding held in Washington, D.C. 6/17/2021 through 6/17/2021 before Judge Zachary N. Somers: Status Conference. [Total number of days of proceeding: 1] Approximate duration of proceeding: 1 hour. Official record of proceeding taken via electronic digital recording (EDR). To order a certified transcript or an audio recording of the proceeding, click HERE.(ab) (Entered: 06/22/2021) | |
| 28 | 06/28/2021 | REDACTED DOCUMENT redacting 1 Complaint,, filed by WORKHORSE GROUP INC.. (McLish, Thomas) (Entered: 06/28/2021) | |
| 29 | 07/06/2021 | **SEALED** MOTION to Dismiss , filed by USA.Response due by 8/3/2021. (Kushnir, Borislav) (Entered: 07/06/2021) | |
| 30 | 07/06/2021 | **SEALED** MOTION to Dismiss pursuant to Rules 12 (b)(1) and (6) , filed by OSHKOSH DEFENSE, LLC.Response due by 8/3/2021. (Arnold, Scott) (Entered: 07/06/2021) | |
| 31 | 07/09/2021 | APPLICATION for Access to Protected Material by Stacy M. Hadeka, filed by WORKHORSE GROUP INC..Response due by 7/12/2021.(McLish, Thomas) (Entered: 07/09/2021) | |
| 32 | 07/09/2021 | APPLICATION for Access to Protected Material by Michael F. Mason, filed by WORKHORSE GROUP INC..Response due by 7/12/2021.(McLish, Thomas) (Entered: 07/09/2021) | |
| 33 | 07/09/2021 | APPLICATION for Access to Protected Material by Susan M. Cook, filed by WORKHORSE GROUP INC..Response due by 7/12/2021.(McLish, Thomas) (Entered: 07/09/2021) | |
| 34 | 07/09/2021 | APPLICATION for Access to Protected Material by Caroline Wolverton, filed by WORKHORSE GROUP INC..Response due by 7/12/2021.(McLish, Thomas) (Entered: 07/09/2021) | |
| 35 | 07/09/2021 | APPLICATION for Access to Protected Material by Catherine E. Stetson, filed by WORKHORSE GROUP INC..Response due by 7/12/2021.(McLish, Thomas) (Entered: 07/09/2021) | |
| 36 | 07/09/2021 | REDACTED DOCUMENT redacting 29 Motion to Dismiss, filed by | |

1:21cv1484, Workhorse Group, Inc. V. Usa

| # | Date | Proceeding Text | Source |
|---|------|-----------------|--------|
| | | USA. (Kushnir, Borislav) (Entered: 07/09/2021) | |
| 37 | 07/12/2021 | REDACTED DOCUMENT redacting 30 Motion to Dismiss - Rules 12(b)(1) and (6), filed by OSHKOSH DEFENSE, LLC. (Arnold, Scott) (Entered: 07/12/2021) | |
| 38 | 07/20/2021 | **SEALED**RESPONSE to 30 MOTION to Dismiss pursuant to Rules 12 (b)(1) and (6) , 29 MOTION to Dismiss , filed by WORKHORSE GROUP INC..Reply due by 8/3/2021. (Attachments: # 1 Exhibit 1)(McLish, Thomas) (Entered: 07/20/2021) | |
| 39 | 07/26/2021 | Unopposed MOTION for Extension of Time until 08/03/2021 to File Reply as to 29 MOTION to Dismiss , filed by USA.Response due by 8/9/2021.(Kushnir, Borislav) (Entered: 07/26/2021) | |
| 40 | 07/26/2021 | Unopposed MOTION for Extension of Time until 08/03/2021 to File Reply as to 30 MOTION to Dismiss pursuant to Rules 12 (b)(1) and (6) , filed by OSHKOSH DEFENSE, LLC.Response due by 8/9/2021.(Arnold, Scott) (Entered: 07/26/2021) | |
| 41 | 07/26/2021 | ORDER granting 39 Motion for Extension of Time to File Reply ; granting 40 Motion for Extension of Time to File Reply Reply briefs due by 8/3/2021. Signed by Judge Zachary N. Somers. (ktm) Service on parties made. (Entered: 07/26/2021) | |
| 42 | 08/03/2021 | **SEALED**REPLY to Response to Motion re 29 MOTION to Dismiss , filed by USA.(Kushnir, Borislav) (Entered: 08/03/2021) | |
| 43 | 08/03/2021 | **SEALED**REPLY to Response to Motion re 30 MOTION to Dismiss pursuant to Rules 12 (b)(1) and (6) , filed by OSHKOSH DEFENSE, LLC. (Attachments: # 1 Exhibit 1 (USPS Leadership Team))(Arnold, Scott) (Entered: 08/03/2021) | |
| 44 | 08/06/2021 | REDACTED DOCUMENT redacting 42 Reply to Response to Motion, filed by USA. (Kushnir, Borislav) (Entered: 08/06/2021) | |
| 45 | 08/06/2021 | REDACTED DOCUMENT redacting 43 Reply to Response to Motion,, filed by OSHKOSH DEFENSE, LLC. (Arnold, Scott) (Entered: 08/06/2021) | |
| 46 | 08/12/2021 | MOTION for Extension of Time to Brief the Merits , filed by WORKHORSE GROUP INC..Response due by 8/26/2021.(McLish, Thomas) (Entered: 08/12/2021) | |
| 47 | 08/12/2021 | ORDER re 46 MOTION for Extension of Time to Brief the Merits The government shall, and the defendant-intervenor may, FILE a response to Plaintiff's motion by no later than Friday, August 20, 2021. Signed by Judge Zachary N. Somers. (ktm) Service on parties made. (Entered: 08/12/2021) | |
| 48 | 08/17/2021 | REDACTED DOCUMENT redacting 38 Response to Motion [Dispositive],, filed by WORKHORSE GROUP INC.. (McLish, Thomas) (Entered: 08/17/2021) | |
| 49 | 08/18/2021 | RESPONSE to 46 MOTION for Extension of Time to Brief the Merits , filed by USA.Reply due by 8/25/2021. (Kushnir, Borislav) (Entered: 08/18/2021) | |
| 50 | 08/18/2021 | RESPONSE to 46 MOTION for Extension of Time to Brief the Merits , filed by OSHKOSH DEFENSE, LLC.Reply due by 8/25/2021. (Arnold, Scott) (Entered: 08/18/2021) | |
| 51 | 08/20/2021 | ORDER DENYING 46 MOTION for Extension of Time to Brief the Merits filed by WORKHORSE GROUP INC. Chambers will contact the parties to schedule oral argument on the motions to dismiss. Signed by Judge Zachary N. Somers. (ktm) Service on parties made. (Entered: 08/20/2021) | |
| 52 | 08/25/2021 | SCHEDULING ORDER: Oral Argument set for 9/15/2021 at 2:00 PM in-person at the National Courts Building before Judge Zachary N. Somers. The Court will separately send counsel information regarding courtroom location and building access protocols. Signed by Judge Zachary N. Somers. (ktm) Service on | |

1:21cv1484, Workhorse Group, Inc. V. Usa

| # | Date | Proceeding Text | Source |
|---|---|---|---|
| | | parties made. (Entered: 08/25/2021) | |
| 53 | 09/14/2021 | NOTICE of Voluntary Dismissal without prejudice, filed by WORKHORSE GROUP INC. (McLish, Thomas) (Entered: 09/14/2021) | |
| | 09/14/2021 | Complaint dismissed without prejudice pursuant to Rule 41(a)(1)(A)(i) this day. (ac7) (Entered: 09/14/2021) | |

Copyright © LexisNexis CourtLink, Inc. All Rights Reserved.
*** THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY ***

**End of Document**