SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
JOHN P. STIGI III, Cal. Bar No. 208342
BRIDGET J. RUSSELL, Cal. Bar. No. 288107
GIAN A. RYAN, Cal. Bar. No. 334599
jstigi@sheppardmullin.com
brussell@sheppardmullin.com
gryan@sheppardmullin.com
1901 Avenue for the Stars, Suite 1600
Los Angeles, California 90067
Telephone:   310.228.3700
Facsimile:   310.228.3701

Attorneys for Defendants WORKHORSE
GROUP INC., DUANE HUGHES, STEVE
SCHRADER, ROBERT WILLISON and
GREGORY ACKERSON

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAM FARRAR, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>WORKHORSE GROUP, INC., DUANE HUGHES, STEVE SCHRADER, ROBERT WILLISON and GREGORY ACKERSON,<br><br>Defendants. | Case No. 2:21-cv-02072-CJC-PVC<br><br>**DEFENDANTS' REPLY REQUEST FOR JUDICIAL NOTICE**<br><br>Complaint filed:  March 8, 2021<br><br>Date:     December 6, 2021<br>Time:    1:30 p.m.<br>Crtrm.:  9B<br><br>The Hon. Cormac J. Carney |

Defendants Workhorse Group Inc. ("Workhorse"), Duane Hughes, Steve Schrader, Robert Willison and Gregory Ackerson respectfully request that this Court take judicial notice of the publicly-filed version of the Complaint in *Workhorse Group Inc. v. United States*, Case No. 1:21-cv-01484, filed in the Court of Federal Claims on June 28, 2021, and referenced in the Amended Complaint in this action.

Pursuant to Fed. R. Evid. 201(d), a Court is mandated to take judicial notice of adjudicated facts if requested by a party and supplied with the necessary information. The Court may judicially notice a fact that is not subject to reasonable dispute if it: (1) is generally known within the trial court's territorial jurisdiction; or (2) can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned. Fed. R. Evid. 201(b). Matters of public record, such as filings in federal or state court fall within this rule. *Mahoney v. Sessions*, 871 F.3d 873, 876 n.2 (9th Cir. 2017) ("We may take judicial notice of court filings."); *see also Reyn's Pasta Bella, LLC v. Visa USA, Inc.*, 442 F.3d 741, 746 (9th Cir. 2006) (taking judicial notice of several pleadings, memoranda and expert reports from a different case).

Accordingly, defendants respectfully request that this Court take judicial notice of the following document:

1.    **EXHIBIT A** – The redacted Complaint in *Workhorse Group Inc. v. United States*, Case No. 1:21-cv-01484, as publicly filed in the United States Court of Federal Claims on June 28, 2021.

Dated: November 12, 2021    SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By: _____*/s/ John P. Stigi III*_____
JOHN P. STIGI III
BRIDGET J. RUSSEL
GIAN A. RYAN
Attorneys for Defendants
WORKHORSE GROUP INC., DUANE HUGHES, ROBERT WILLISON, GREGORY ACKERSON and STEVE SCHRADER

-1-