**KAHN SWICK & FOTI, LLC**
Kim E. Miller (SBN 178370)
kim.miller@ksfcounsel.com
250 Park Avenue, 7th Floor
New York, NY 10177
Telephone: (212) 696-3730
Facsimile: (504) 455-1498

*Lead Counsel for Lead Plaintiff Timothy M. Weis,
Additional Plaintiff Angelo Federico, and the Class*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAM FARRAR, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>WORKHORSE GROUP, INC., DUANE HUGHES, STEVE SCHRADER, ROBERT WILLISON, and GREGORY ACKERSON<br><br>Defendants. | Case No. 2:21-cv-02072-CJC-PVC<br><br>**NOTICE OF SETTLEMENT OF CLASS ACTION AND FORTHCOMING MOTION FOR PRELIMINARY APPROVAL** |

1  PLEASE TAKE NOTICE that the Parties have reached an agreement in principle to settle all claims in the above-captioned Action. The Parties are currently preparing the stipulation of settlement which will be submitted with Plaintiffs' Motion for Preliminary Approval to be filed on or before January 5, 2023, subject to Court approval.

At this time, the parties request a stay of all proceedings, including the upcoming deadline for substantial completion of document production on December 31, 2022.

Dated: October 28, 2022

**KAHN SWICK & FOTI, LLC**
By: /s/ *Kim E. Miller*
Kim E. Miller (SBN 178370)
kim.miller@ksfcounsel.com
250 Park Avenue, 7th Floor
New York, NY 10177
Telephone: (212) 696-3730
Facsimile: (504) 455-1498

*Counsel for Lead Plaintiff Timothy M. Weis, Additional Plaintiff Angelo Federico, and the Class*

## **CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury that on October 28, 2022, I authorized the electronic filing of the foregoing Notice of Settlement with the Clerk of the Court using the CM/ECF system which will send a Notice of Electronic Filing to the e-mail addresses on the attached Electronic Mail Notice List.

*s/ Kim E. Miller*
Kim E. Miller