**KAHN SWICK & FOTI, LLC**
Kim E. Miller (SBN 178370)
kim.miller@ksfcounsel.com
250 Park Avenue, 7th Floor
New York, NY 10177
Telephone: (212) 696-3730
Facsimile: (504) 455-1498

*Lead Counsel for Lead Plaintiff Timothy M. Weis, Additional Plaintiff Angelo Federico, and the Class*

[ADDITIONAL COUNSEL ON SIGNATURE PAGE]

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAM FARRAR, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>WORKHORSE GROUP, INC., DUANE HUGHES, STEVE SCHRADER, ROBERT WILLISON, and GREGORY ACKERSON<br><br>Defendants. | Case No. 2:21-cv-02072-CJC-PVC<br><br>**JOINT STIPULATION TO STAY ALL PROCEEDINGS PENDING APPROVAL OF SETTLEMENT** |

1    IT IS HEREBY AGREED AND STIPULATED by and among Lead Plaintiff Timothy M. Weis and Additional Plaintiff Angelo Federico ("Plaintiff") and Defendants Workhorse Group, Inc., Gregory Ackerson, Duane Hughes, Steven Schrader, and Robert Willison (collectively, the "Parties"), as follows:

WHEREAS, on October 24, 2022, the Parties reached an agreement in principle to settle all claims asserted in this action, subject to Court approval, that will be subject to final documentation in a stipulation of settlement;

WHEREAS, on October 28, 2022, the Parties filed a Notice of Settlement, informing the Court of the settlement;

WHEREAS, the Parties are in the process of finalizing a stipulation of settlement and Plaintiff anticipates filing a motion for preliminary approval of the settlement on or before January 5, 2023;

NOW, THEREFORE, in the interests of judicial economy, and for the convenience of the Parties and the Court, and for good cause showing, the undersigned counsel for each of the Parties jointly stipulate and request the Court enter an order staying all proceedings in the above captioned litigation, pending Plaintiff's submission to the court of a motion for preliminary approval of settlement.

IT IS SO STIPULATED.

Dated: November 16, 2022

**KAHN SWICK & FOTI, LLC**

By: /s/ *Kim E. Miller*
Kim E. Miller (SBN 178370)
kim.miller@ksfcounsel.com
250 Park Avenue, 7th Floor
New York, NY 10177
Telephone: (212) 696-3730
Facsimile: (504) 455-1498

*Counsel for Lead Plaintiff Timothy M. Weis, Additional Plaintiff Angelo Federico, and the Class*

**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**

By: /s/ *John P. Stigi*
John P. Stigi III
1901 Avenue for the Stars, Suite 1600
Los Angeles, California 90067
Tel.: (310) 228-3700
Fax: (310) 228-3701
Email: jstigi@sheppardmullin.com

*Attorneys for Defendants Workhorse Group Inc. and Gregory Ackerson*

**KATTEN MUCHIN ROSENMAN LLP**

By: /s/ *Richard H. Zelichov*
Richard H. Zelichov
2029 Century Park East, Suite 2600
Los Angeles, CA 90067
Tel.: (310) 788-4680
Email: richard.zelichov@katten.com

*Attorneys for Defendants Duane Hughes, Steven Schrader, and Robert Willison*

## ATTESTATION PURSUANT TO LOCAL RULE 5-4.3.4(A)(2)(i)

I, KIM E. MILLER, am the ECF user whose identification and password are being used to file this JOINT STIPULATION TO STAY THE PROCEEDINGS PENDING SETTLEMENT APPROVAL. In compliance with Local Rule 5-4.3.4(a)(2)(i), I hereby attest that concurrence in the filing of this document was obtained from all parties whose electronic signatures appear above.

DATED:  November 16, 2022

*s/ Kim E. Miller*
Kim E. Miller

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on November 16, 2022, I authorized the electronic filing of the foregoing Joint Stipulation to Stay All Proceedings Pending Approval of Settlement with the Clerk of the Court using the CM/ECF system which will send a Notice of Electronic Filing to the e-mail addresses on the attached Electronic Mail Notice List.

*s/ Kim E. Miller*
Kim E. Miller