**KAHN SWICK & FOTI, LLC**
Kim E. Miller (SBN 178370)
kim.miller@ksfcounsel.com
250 Park Avenue, 7th Floor
New York, NY 10177
Telephone: (212) 696-3730
Facsimile: (504) 455-1498

*Lead Counsel for Lead Plaintiff Timothy M. Weis,*
*Additional Plaintiff Angelo Federico, and the Class*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAM FARRAR, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> WORKHORSE GROUP, INC., DUANE HUGHES, STEVE SCHRADER, ROBERT WILLISON, and GREGORY ACKERSON <br><br> Defendants. | Case No. 2:21-cv-02072-CJC-PVC <br><br> **[PROPOSED] ORDER GRANTING JOINT STIPULATION TO STAY ALL PROCEEDINGS PENDING APPROVAL OF SETTLEMENT** |

Pursuant to the Joint Stipulation to Stay Proceedings filed by the Parties, and good cause appearing, IT IS HEREBY ORDERED THAT all proceedings in the above captioned litigation are stayed pending Plaintiff's submission to the Court of a motion for preliminary approval of settlement.

**IT IS SO ORDERED.**

Dated: _____, 2022          By: _____
                                      The Honorable Cormac J. Carney
                                      Judge, United States District Court