# JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SAM FARRAR, Individually and on Behalf of All Others Similarly Situated, | Case No. 2:21-cv-02072-CJC-PVC |
| Plaintiff, | |
| v. | **ORDER GRANTING JOINT STIPULATION TO STAY ALL PROCEEDINGS PENDING APPROVAL OF SETTLEMENT** |
| WORKHORSE GROUP, INC., DUANE HUGHES, STEVE SCHRADER, ROBERT WILLISON, and GREGORY ACKERSON | |
| Defendants. | |

Pursuant to the Joint Stipulation to Stay Proceedings filed by the Parties, and good cause appearing, IT IS HEREBY ORDERED THAT all proceedings in the above captioned litigation are stayed pending Plaintiff's submission to the Court of a motion for preliminary approval of settlement.

**IT IS SO ORDERED.**

Dated: November 16, 2022                    By: _____
                                            The Honorable Cormac J. Carney
                                            Judge, United States District Court