# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAM FARRAR, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>WORKHORSE GROUP, INC., DUANE HUGHES, STEVE SCHRADER, ROBERT WILLISON, and GREGORY ACKERSON<br><br>　　　　　Defendants. | Case No. 2:21-cv-02072-CJC-PVC<br><br>**ORDER GRANTING JOINT REQUEST FOR A TEN-DAY EXTENSION TO MOVE FOR PRELIMINARY APPROVAL OF SETTLEMENT**<br><br><u>CLASS ACTION</u> |

Pursuant to the Joint Stipulation for a Ten-Day Extension to Move for Preliminary Approval of Settlement filed by the Parties, and good cause appearing, IT IS HEREBY ORDERED THAT the request for an extension is GRANTED. Lead Plaintiff's Motion for Preliminary Approval of Class Action Settlement shall be filed on or before January 16, 2023.

**IT IS SO ORDERED.**

Dated: January 5, 2022

_____
Hon. Cormac J. Carney
United States District Judge