# EXHIBIT A

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAM FARRAR, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> WORKHORSE GROUP, INC., DUANE HUGHES, STEVE SCHRADER, ROBERT WILLISON, and GREGORY ACKERSON <br><br> Defendants. | Case No. 2:21-cv-02072-CJC-PVC <br><br> DECLARATION OF JED D. MELNICK, ESQ. IN SUPPORT OF PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT |

I, Jed D. Melnick, Esq., hereby declare as follows:

1.     I am a Mediator, Arbitrator, and Special Master. I have personal knowledge of the facts stated in this declaration. I submit this declaration with the permission of the parties to the mediation for the limited purpose of addressing the matters herein, in support of Plaintiffs' motion for final approval of the settlement.

2.     I serve as a mediator in complex business litigation matters pending throughout the United States and internationally. I work with JAMS, one of the world's largest alternative dispute resolution providers. My representative matters include but are not limited to securities class actions, consumer class actions, coverage litigation, anti-trust class actions and contract disputes. My full biography can be found here: https://www.jamsadr.com/melnick/

3.     I became a full-time mediator in 2005, and since that time, I have resolved over one thousand (1,000) disputes, with an aggregate value in the billions of U.S. dollars.

4.     I served as mediator for the parties in the above-captioned securities class action litigation. Both sides submitted mediation statements with exhibits in which they presented their respective views on the merits of the Action, the evidence, and the estimated damages. These statements are subject to mediation privilege. After reviewing the submissions, I formed the opinion that all Parties were keenly aware of their respective strengths, weaknesses, and the risks that would be presented by additional litigation. In order to further familiarize myself with the case, I also reviewed the Amended Complaint and the Court's Order Denying in Substantial Part Defendants' Motion to Dismiss.

5.     On August 23, 2022, I mediated this case during a full-day in-person mediation session in New York, New York. The Parties negotiated extensively and at arm's length during the mediation session. All parties, through counsel, addressed the strengths and weaknesses of their positions in detail. Although the Parties did

DECLARATION OF JED D. MELNICK IN SUPPORT OF
FINAL APPROVAL OF SETTLEMENT
Case No. 2:21-CV-02072-CJC-PVC

not reach a resolution on August 23, 2022, they made significant progress on a potential class resolution.

6.      On August 24, 2022, I made a Mediator's Proposal regarding the terms of the settlement. Without discussing the specifics of the negotiations, the Mediator's Proposal reflected my assessment that the proposed settlement amount was the most that Defendants would pay, especially in light of their limited and dwindling insurance funds. It also reflected my assessment of an amount that would be fair, reasonable, and in the best interests of Plaintiffs and the Class.

7.      In the following months, the parties continued negotiating the terms of the settlement – monetary and otherwise – with and without my assistance. I am aware that litigation continued during this time, which further strengthened the Parties' knowledge of the strengths and weaknesses of their respective cases.

8.      The Parties accepted my mediator's proposal and signed a term sheet on October 24, 2022.

9.      While ultimately for the Court to decide, based on my 18 years' experience as a mediator, my review of the Parties' mediation briefs and other relevant documents, and my involvement as the mediator in this case, it is my professional opinion that the Settlement was a product of extensive, informed, and vigorous negotiations conducted at arm's length and in good faith by the Parties. All Parties in this case were represented by capable, experienced counsel who displayed the highest level of professionalism.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 15th day of March, 2023, at Westchester, New York.

_Jed Melnick_
_____
Jed D. Melnick, Esq.
JAMS

DECLARATION OF JED D. MELNICK IN SUPPORT OF
FINAL APPROVAL OF SETTLEMENT
Case No. 2:21-CV-02072-CJC-PVC

2