**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SAM FARRAR, Individually and on Behalf of All Others Similarly Situated, | Case No. 2:21-cv-02072-CJC-PVC |
| Plaintiff, | SUPPLEMENTAL DECLARATION OF LANCE CAVALLO REGARDING (A) UPDATE ON DISSEMINATION |
| v. | OF POSTCARD NOTICE AND NOTICE PACKET; (B) UPDATE ON |
| WORKHORSE GROUP, INC., DUANE HUGHES, STEVE SCHRADER, ROBERT WILLISON, and GREGORY ACKERSON | TELEPHONE HOTLINE AND SETTLEMENT WEBSITE; AND (C) REPORT ON REQUESTS FOR |
| Defendants. | EXCLUSION RECEIVED TO DATE |

I, Lance Cavallo, declare and state as follows:

1.      I am a Vice President of Class Actions at Kurtzman Carson Consultants LLC ("KCC"). Pursuant to the Court's February 14, 2023 Order Granting Lead Plaintiff's Unopposed Motion for Preliminary Approval of Class Action Settlement (the "Preliminary Approval Order") (ECF 106), the Court approved the appointment of KCC as Claims Administrator in connection with the proposed Settlement of the above-captioned Action.[1] I have personal knowledge of the matters stated herein and, if called upon, could and would testify thereto.

## UPDATE ON DISSEMINATION OF POSTCARD NOTICE AND NOTICE PACKET

2.      As set forth in the Initial Mailing Declaration, KCC had mailed 5,128 Postcard Notices and three (3) Notice Packets to potential Settlement Class Members and nominees as of March 14, 2023. Since the execution of the Initial Mailing Declaration, KCC has continued to receive requests from potential Settlement Class Members and nominees for copies of the Postcard Notice and Notice Packet. As a result, an additional 337,140 Postcard Notices and 678 Notice Packets have been mailed. In addition, KCC emailed or caused to be emailed 505,900 Postcard Notices. As of July 13, 2023, KCC has mailed, emailed, or caused to be emailed, a total of 848,168 Postcard Notices and 681 Notice Packets to potential Settlement Class Members or their nominees.

3.      As of July 13, 2023, KCC has received 25,518 claims. All received claims will be processed and evaluated in the normal course of the administration.

## UPDATE ON TELEPHONE HOTLINE AND SETTLEMENT WEBSITE

4.      The Initial Mailing Declaration noted that KCC maintains a toll-free telephone number (1-844-787-0160) for Settlement Class Members to call and obtain information about the Settlement as well as request a Notice Packet. KCC has

---

[1] All terms with initial capitalization not otherwise defined herein shall have the meanings ascribed to them in the Stipulation of Settlement, dated January 13, 2023 (the "Stipulation") (ECF 105-2).

promptly responded to each telephone inquiry and will continue to respond to Settlement Class Member inquiries via the toll-free telephone number.

5. The Initial Mailing Declaration also noted that KCC maintains a website dedicated to the Settlement (www.WorkhorseSecuritiesLitigation.com). KCC will continue to maintain and, as appropriate, update the Settlement Website until the conclusion of the administration.

## REPORT ON REQUESTS FOR EXCLUSION RECEIVED

6. The Notice, Summary Notice, and Settlement Website informed potential Settlement Class Members that requests for exclusion from the Settlement Class were to be addressed to Workhorse Securities Litigation, c/o KCC Class Action Services, LLC, P.O. Box 5100, Larkspur, CA 94977-5100, such that they were received no later than July 3, 2023. As reported in the Initial Mailing Declaration, KCC received zero (0) requests for exclusion from the Settlement Class as of March 14, 2023. Since that date, through July 13, 2023, KCC has received twelve (12) requests, which are attached hereto as Exhibit A.[2]

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in Wantagh, New York on July 14, 2023.

_____
Lance Cavallo

_____
[2] Portions of Exhibit A have been redacted to protect confidential personally identifiable information.

3

SUPPLEMENTAL DECLARATION OF LANCE CAVALLO
CASE NO. 2:21-CV-02072-CJC-PVC