# Exhibit A



RECEIVED
Apr 24, 2023
Claims Center

# Exclusion Cover Page

Case Name: Workhorse Securities Litigation

Case Code: WOF

Exclusion Deadline: July 3, 2023 (No later than)

Name of Person Filing Exclusion: Luis A Torres

April 19, 2023

**To:**
Workhorse Securities Litigation
c/o KCC Class Action Services, LLC 1 McInnis Parkway
San Rafael, CA 94903

Workhorse Securities Litigation
c/o KCC Class Action Services, LLC P.O. Box 5100
Larkspur, CA 94977-5100

**Subject :**
Request exclusion from the Settlement Class in *Farrar v. Workhorse Group, Inc., et al.*, Civil Action No. 2:21-cv-2072. Class Period from March 10, 2020, through May 10, 2021

**From:**
Luis A. Torres
Address:
Phone number:

**To whom it may concern;**

I do not want to participate in this class action and do not want any of my Workhorse (WKHS) shares involved in this class action.

I request exclusion from the Settlement Class in *Farrar v. Workhorse Group, Inc., et al.*, Civil Action No. 2:21-cv-2072 involved in the period of March 10, 2020 thru May 10, 2021: I purchased a total of 3,290 shares of Workhorse securities during litigation period and did not sell any shares. Copies of documents from Empower Brokerage from my IRA show the transactions with purchased dates as follows: Dec 8, 2020;March 11,2021;March12,2021; March 19,2021;March 23,2021;March 26,2021;April 26,2021;May 7,2021. My IRA account number has been blacked out to protect privacy of account number.

I do hold more shares of WKHS but the purchase dates fall outside of the subject litigation period. If these shares need to be excluded as well please advise as soon as possible.

Im sending express with received request of these documents to:

Workhorse Securities Litigation
c/o KCC Class Action Services, LLC 1 McInnis Parkway
San Rafael, CA 94903
(by express delivery service)

Luis A. Torres
Any questions please contact me at:
Cell phone:
Address:



Confirmation

██████ LUIS TORRES

We confirm the below trades, subject to the terms and conditions set forth on this confirmation.                 For additional information, please see the reverse side.

**Client Service Information**

Your Account Executive: ████

**You Bought**

| | Trade Number | Quantity | Price | Principal | Interest | Commission Comm Equiv | Service Charge | Transaction Fee | Net Amount | Capacity | Type |
|---|---|---|---|---|---|---|---|---|---|---|---|
| GE | I0ZU6C | 500 | 11.00 | 5,500.00 | | | | | 5,500.00 | 1 | 1 |

Trade Date: 12-08-20     Settlement Date: 12-10-20
Cusip: 369604-10-3     Settlement Currency: U.S. Dollars
GENERAL ELECTRIC CO COM

Unsolicited Order

| | Trade Number | Quantity | Price | Principal | Interest | Commission Comm Equiv | Service Charge | Transaction Fee | Net Amount | Capacity | Type |
|---|---|---|---|---|---|---|---|---|---|---|---|
| WKHS | Q3918P | 500 | 20.53 | 10,265.00 | | | | | 10,265.00 | 0 | 1 |

Trade Date: 12-08-20     Settlement Date: 12-10-20

THIS CONFIRMATION S AN ADVICE NOT AN INVOICE. REMITTANCE OR SECURITIES ARE DUE ON OR BEFORE SETTLEMENT DATE.

SEE TERMS AND CONDITIONS AND EXPLANATION OF CODED SYMBOLS RELATING TO THIS CONFIRMATION ON OTHER THAN ROUND LOTS (NORMALLY 100 SHARES), IF "DIF" APPEARS ABOVE, AN ODD-LOT DIFFERENTIAL HAS BEEN CHARGED IN CONNECTION WITH THIS TRANSACTION THE AMOUNT OF SUCH DIFFERENTIAL WILL BE FURNISHED UPON REQUEST CLEARING THROUGH PERSHING LLC , A WHOLLY OWNED SUBSIDIARY OF THE BANK OF NEW YORK MELLON CORPORATION (BNY MELLON) PERSHING LLC, MEMBER FINRA, NYSE, SIPC. ONE PERSHING PLAZA, JERSEY CITY, NJ 07399



Confirmation

LUIS TORRES

We confirm the below trades, subject to the terms and conditions set forth on this confirmation.          For additional information, please see the reverse side.

**Client Service Information**

**You Bought**

| | Trade Number | Quantity | Price | Principal | Interest | Commission Comm Equiv | Service Charge | Transaction Fee | Net Amount | Capacity | Type |
|---|---|---|---|---|---|---|---|---|---|---|---|
| WKHS | I8GNQR | 260 | 17.175 | 4,465.50 | | | | | 4,465.50 | 1 | 1 |

Trade Date: 03-11-21    Settlement Date: 03-15-21
Cusip: 98138J-20-6    Settlement Currency: U.S. Dollars
WORKHORSE GROUP INC COM NEW

Unsolicited Order

THIS CONFIRMATION IS AN ADVICE NOT AN INVOICE  REMITTANCE OR SECURITIES ARE DUE ON OR BEFORE SETTLEMENT DATE

SEE TERMS AND CONDITIONS AND EXPLANATION OF CODED SYMBOLS RELATING TO THIS CONFIRMATION. ON OTHER THAN ROUND LOTS (NORMALLY 100 SHARES). IF " DIF " APPEARS ABOVE, AN ODD-LOT DIFFERENTIAL HAS BEEN CHARGED IN CONNECTION WITH THIS TRANSACTION  THE AMOUNT OF SUCH DIFFERENTIAL WILL BE FURNISHED UPON REQUEST  CLEARING THROUGH PERSHING LLC , A WHOLLY OWNED SUBSIDIARY OF THE BANK OF NEW YORK MELLON CORPORATION (BNY MELLON) PERSHING LLC. MEMBER FINRA, NYSE, SIPC  ONE PERSHING PLAZA, JERSEY CITY, NJ 07399

Confirmation



LUIS TORRES

We confirm the below trades, subject to the terms and conditions set forth on this confirmation.

For additional information, please see the reverse side.

**Client Service Information**

**You Bought**

| | Trade Number | Quantity | Price | Principal | Interest | Commission Comm Equiv | Service Charge | Transaction Fee | Net Amount | Capacity | Type |
|---|---|---|---|---|---|---|---|---|---|---|---|
| WKHS | Q1I3H7 | 500 | 16.242 | 8,121.00 | | | | | 8,121.00 | 0 | 1 |

Trade Date: 03-12-21    Settlement Date: 03-16-21
Cusip: 98138J-20-6    Settlement Currency: U.S. Dollars
WORKHORSE GROUP INC COM NEW

Unsolicited Order   Average Unit Price   Transaction     Your Broker     Acted As Agent

THIS CONFIRMATION IS AN ADVICE NOT AN INVOICE  REMITTANCE OR SECURITIES ARE DUE ON OR BEFORE SETTLEMENT DATE

SEE TERMS AND CONDITIONS AND EXPLANATION OF CODED SYMBOLS RELATING TO THIS CONFIRMATION. ON OTHER THAN ROUND LOTS (NORMALLY 100 SHARES), IF " DIF " APPEARS ABOVE, AN ODD-LOT DIFFERENTIAL HAS BEEN CHARGED IN CONNECTION WITH THIS TRANSACTION  THE AMOUNT OF SUCH DIFFERENTIAL WILL BE FURNISHED UPON REQUEST CLEARING THROUGH PERSHING LLC , A WHOLLY OWNED SUBSIDIARY OF THE BANK OF NEW YORK MELLON CORPORATION (BNY MELLON) PERSHING LLC, MEMBER FINRA, NYSE, SIPC  ONE PERSHING PLAZA, JERSEY CITY, NJ 07399

Confirmation



 LUIS TORRES

We confirm the below trades, subject to the terms and conditions set forth on this confirmation.

For additional information, please see the reverse side.

## Client Service Information

## You Bought

| | Trade Number | Quantity | Price | Principal | Interest | Commission Comm Equiv | Service Charge | Transaction Fee | Net Amount | Capacity | Type |
|---|---|---|---|---|---|---|---|---|---|---|---|
| JNJ | Q3V9HJ | 400 | 160.165 | 64,066.00 | | | | | 64,066.00 | 0 | 1 |

Trade Date: 03-19-21    Settlement Date: 03-23-21
Cusip: 478160-10-4    Settlement Currency: U.S. Dollars
JOHNSON & JOHNSON COM

Unsolicited Order    Average Unit Price    Transaction    Your Broker    Acted As Agent

| | Trade Number | Quantity | Price | Principal | Interest | Commission Comm Equiv | Service Charge | Transaction Fee | Net Amount | Capacity | Type |
|---|---|---|---|---|---|---|---|---|---|---|---|
| WKHS | I9Q5TK | 500 | 15.46 | 7,730.00 | | | | | 7,730.00 | 1 | 1 |

Trade Date: 03-19-21    Settlement Date: 03-23-21

THIS CONFIRMATION IS AN ADVICE NOT AN INVOICE. REMITTANCE OR SECURITIES ARE DUE ON OR BEFORE SETTLEMENT DATE.

SEE TERMS AND CONDITIONS AND EXPLANATION OF CODED SYMBOLS RELATING TO THIS CONFIRMATION. ON OTHER THAN ROUND LOTS (NORMALLY 100 SHARES), IF "DIFF" APPEARS ABOVE, AN ODD-LOT DIFFERENTIAL HAS BEEN CHARGED IN CONNECTION WITH THIS TRANSACTION. THE AMOUNT OF SUCH DIFFERENTIAL WILL BE FURNISHED UPON REQUEST. CLEARING THROUGH PERSHING LLC , A WHOLLY OWNED SUBSIDIARY OF THE BANK OF NEW YORK MELLON CORPORATION (BNY MELLON) PERSHING LLC, MEMBER FINRA, NYSE, SIPC, ONE PERSHING PLAZA, JERSEY CITY, NJ 07399

# Confirmation

LUIS TORRES

We confirm the below trades, subject to the terms and conditions set forth on this confirmation.

For additional information, please see the reverse side.

## Client Service Information

## You Bought

| | Trade Number | Quantity | Price | Principal | Interest | Commission Comm Equiv | Service Charge | Transaction Fee | Net Amount | Capacity | Type |
|---|---|---|---|---|---|---|---|---|---|---|---|
| WKHS | IOBLCV | 700 | 14.47 | 10,129.00 | | | | | 10,129.00 | 1 | 1 |

Trade Date: 03-23-21    Settlement Date: 03-25-21

Cusip: 98138J-20-6    Settlement Currency: U.S. Dollars

WORKHORSE GROUP INC COM NEW

Unsolicited Order

THIS CONFIRMATION IS AN ADVICE NOT AN INVOICE REMITTANCE OR SECURITIES ARE DUE ON OR BEFORE SETTLEMENT DATE.

SEE TERMS AND CONDITIONS AND EXPLANATION OF CODED SYMBOLS RELATING TO THIS CONFIRMATION. ON OTHER THAN ROUND LOTS (NORMALLY 100 SHARES). IF " DIF " APPEARS ABOVE, AN ODD-LOT DIFFERENTIAL HAS BEEN CHARGED IN CONNECTION WITH THIS TRANSACTION. THE AMOUNT OF SUCH DIFFERENTIAL WILL BE FURNISHED UPON REQUEST. CLEARING THROUGH PERSHING LLC , A WHOLLY OWNED SUBSIDIARY OF THE BANK OF NEW YORK MELLON CORPORATION (BNY MELLON) PERSHING LLC. MEMBER FINRA, NYSE, SIPC: ONE PERSHING PLAZA, JERSEY CITY, NJ 07399



Confirmation

LUIS TORRES

We confirm the below trades, subject to the terms and conditions set forth on this confirmation.

For additional information, please see the reverse side.

**Client Service Information**

**You Bought**

| | Trade Number | Quantity | Price | Principal | Interest | Commission Comm Equiv | Service Charge | Transaction Fee | Net Amount | Capacity | Type |
|---|---|---|---|---|---|---|---|---|---|---|---|
| WKHS | Q6ZI5K | 800 | 12.9871 | 10,389.68 | | | | | 10,389.68 | 0 | 1 |

Trade Date: 03-26-21    Settlement Date: 03-30-21
Cusip: 98138J-20-6    Settlement Currency: U.S. Dollars
WORKHORSE GROUP INC COM NEW

Unsolicited Order   Average Unit Price   Transaction   Your Broker   Acted As Agent

THIS CONFIRMATION IS AN ADVICE NOT AN INVOICE  REMITTANCE OR SECURITIES ARE DUE ON OR BEFORE SETTLEMENT DATE.

SEE TERMS AND CONDITIONS AND EXPLANATION OF CODED SYMBOLS RELATING TO THIS CONFIRMATION. ON OTHER THAN ROUND LOTS (NORMALLY 100 SHARES), IF " DIF " APPEARS ABOVE, AN ODD-LOT DIFFERENTIAL HAS BEEN CHARGED IN CONNECTION WITH THIS TRANSACTION  THE AMOUNT OF SUCH DIFFERENTIAL WILL BE FURNISHED UPON REQUEST  CLEARING THROUGH PERSHING LLC , A WHOLLY OWNED SUBSIDIARY OF THE BANK OF NEW YORK MELLON CORPORATION (BNY MELLON) PERSHING LLC, MEMBER FINRA, NYSE, SIPC  ONE PERSHING PLAZA, JERSEY CITY, NJ 07399

 

Confirmation

█████ LUIS TORRES

We confirm the below trades, subject to the terms and conditions set forth on this confirmation.

For additional information, please see the reverse side.

## You Bought

| | Trade Number | Quantity | Price | Principal | Interest | Commission Comm Equiv | Service Charge | Transaction Fee | Net Amount | Capacity | Type |
|---|---|---|---|---|---|---|---|---|---|---|---|
| WKHS | I4C0U4 | 60 | 12.83 | 769.80 | | | | | 769.80 | 1 | 1 |

Trade Date: 04-26-21  Settlement Date: 04-28-21
Cusip: 98138J-20-6  Settlement Currency: U.S. Dollars

WORKHORSE GROUP INC COM NEW

Unsolicited Order

THIS CONFIRMATION IS AN ADVICE NOT AN INVOICE. REMITTANCE OR SECURITIES ARE DUE ON OR BEFORE SETTLEMENT DATE.

SEE TERMS AND CONDITIONS AND EXPLANATION OF CODED SYMBOLS RELATING TO THIS CONFIRMATION. ON OTHER THAN ROUND LOTS (NORMALLY 100 SHARES). IF " DIF " APPEARS ABOVE, AN ODD-LOT DIFFERENTIAL HAS BEEN CHARGED IN CONNECTION WITH THIS TRANSACTION  THE AMOUNT OF SUCH DIFFERENTIAL WILL BE FURNISHED UPON REQUEST. CLEARING THROUGH PERSHING LLC , A WHOLLY OWNED SUBSIDIARY OF THE BANK OF NEW YORK MELLON CORPORATION (BNY MELLON) PERSHING LLC. MEMBER FINRA, NYSE, SIPC  ONE PERSHING PLAZA, JERSEY CITY, NJ 07399

Confirmation



LUIS TORRES

We confirm the below trades, subject to the terms and conditions set forth on this confirmation.

For additional information, please see the reverse side.

## You Bought

| | Trade Number | Quantity | Price | Principal | Interest | Commission Comm Equiv | Service Charge | Transaction Fee | Net Amount | Capacity | Type |
|---|---|---|---|---|---|---|---|---|---|---|---|
| WKHS | I5OQUI | 70 | 9.625 | 673.75 | | | | | 673.75 | 1 | 1 |

Trade Date: 05-07-21      Settlement Date: 05-11-21
Cusip: 98138J-20-6      Settlement Currency: U.S. Dollars

WORKHORSE GROUP INC COM NEW

Unsolicited Order

THIS CONFIRMATION IS AN ADVICE NOT AN INVOICE  REMITTANCE OR SECURITIES ARE DUE ON OR BEFORE SETTLEMENT DATE

SEE TERMS AND CONDITIONS AND EXPLANATION OF CODED SYMBOLS RELATING TO THIS CONFIRMATION  ON OTHER THAN ROUND LOTS (NORMALLY 100 SHARES). IF " D-F " APPEARS ABOVE, AN ODD-LOT DIFFERENTIAL HAS BEEN CHARGED IN CONNECTION WITH THIS TRANSACTION  THE AMOUNT OF SUCH DIFFERENTIAL WILL BE FURNISHED UPON REQUEST CLEARING THROUGH PERSHING LLC , A WHOLLY OWNED SUBSIDIARY OF THE BANK OF NEW YORK MELLON CORPORATION (BNY MELLON) PERSHING LLC. MEMBER FINRA, NYSE, SIPC. ONE PERSHING PLAZA, JERSEY CITY, NJ 07399

Align top of FedEx Express® shipping label here.

ORIGIN ID:DPAA   (630) 420 7118
LUIS ANTONIO TORRES CABELLO

SHIP DATE: 19APR23
ACTWGT: 0.35 LB
CAD: 6987902/SSF02401

TO  WORKHORSE SECURITIES LITIGATIO
C/O KCC CLASS ACTION SVCS. LLC
1 MCINNIS PARKWAY

SAN RAFAEL CA 94903
(000) 000-0000     REF:



FedEx
Express

E

TRK# 3972 1844 3285        MON — 24 APR 4:30P
|0201|                      EXPRESS SAVER

SW SRFA                              94903
                              CA-US  OAK







RECEIVED
APR 2 4 2023
BY: ................





RECEIVED
Apr 27, 2023
Claims Center

# Exclusion Cover Page

Case Name: Workhorse Securities Litigation

Case Code:  WOF

Exclusion Deadline: July 3, 2023 (No later than)

Name of Person Filing Exclusion: Christopher Knox

To: Workhorse Securities Litigation
    c/o KCC Class Action Services, LLC
    P.O. Box 5100
    Larkspur, CA. 94977-5100
From: Christopher Knox



Subject: Settlement Class in Farrar vs. Workhorse Group. Inc.
      Civil Action No. 2:21-cv-2072
Date: 04/13/2023


Re: Request for Exclusion

I, Christopher Knox, hereby submit this letter for the exclusion from the Settlement Class in Farrar vs. Workhorse Group, Inc., Civil Action No. 2:21-cv-2072 on 04/13/2023. On March 10, 2020, I held no shares of Workhorse (WKHS) common stock. On March 3, 2021, I did purchase one common stock in the amount of $15.67. On March 9, 2021, I sold one common stock in the amount of $15.90. The disposition resulted in a gain of $0.23.

1 Common Stock of WKHS
Acquisition Date: 03/03/2021
Purchase Amount: $15.67
Disposition Date: 03/09/2021
Sale Amount: $15.90
    /Loss: $0.23




Submitted,


Christopher Knox

C. H. Knox



Christopher

13 APR 2023   PM 12 L
20 APR 2023   PM 2   L

Workhorse Securities Litigation
c/o KCC Class Action Services, LLC
P.O. Box 5100
Larkspur, CA. 94977-5100

94977-510000



*WOF-EXCL00003*

RECEIVED
Apr 27, 2023
Claims Center

# Exclusion Cover Page

Case Name: Workhorse Securities Litigation

Case Code:  WOF

Exclusion Deadline: July 3, 2023 (No later than)

Name of Person Filing Exclusion: Jonathan D Sato

April 18, 2023

To: Workhorse Securities Litigation
c/o KCC Class Action Services, LLC
P.O. Box 5100
Larkspur, CA 94977-5100

From: Jonathan D Sato



Subject: exclusion from the Settlement Class in *Farrar v. Workhorse Group, Inc.*, *et al.*, Civil Action No. 2:21-cv-2072.

To Whom It May Concern:

I, Jonathan D Sato, request exclusion from the Settlement Class in *Farrar v. Workhorse Group, Inc., et al.*, Civil Action No. 2:21-cv-2072.

I did not hold any shares of Workhorse Group, Inc. common stock (ticker symbol "WKHS") at the close of trading on March 10, 2020.

During the Class Period of March 10, 2020, and May 10, 2021, inclusive, I purchased 100 shares of WKHS at a price of $13/share on June 29, 2020.

Sincerely,

Jonathan D Sato

Enclosure (1)



Brokerage Account Number

**JONATHAN D SATO**

SP 01 064596 05690 H 98 ASNG P          0100046842
JONATHAN D SATO

| Online | Fidelity com |
| FAST(sm)-Automated Telephone | 800-544-5555 |
| Premium Services | 800-544-4442 |
| 8am - 11pm ET Mon - Fri | |

| REFERENCE NO | TYPE | REG REP | TRADE DATE | SETTLEMENT DATE | CUSIP NO | ORDER NO | | |
|---|---|---|---|---|---|---|---|---|
| 20181-OD6MHM | 1* | WK# | 06-29-20 | 07-01-20 | 98138J206 | 20181-NBJKS | | |

DESCRIPTION and DISCLOSURES

| You Bought | | WORKHORSE GROUP INC COM NEW | Principal Amount | 1,300.00 |
| | 100 | WE HAVE ACTED AS AGENT | Settlement Amount | 1,300.00 |
| at | 13.0000 | | | |

Symbol:
WKHS

0100046842

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

Jonathun Sato

18 APR 2023   PM 4  L



Earth Day
April 22

Workhorse Securities Litigation
c/o KCC Class Action Services, LLC
P.O. Box 5100
Larkspur, CA 94977-5100

APR 2 7 2023

94977-510000



RECEIVED
May 11, 2023
Claims Center

# Exclusion Cover Page

Case Name: Workhorse Securities Litigation

Case Code:  WOF

Exclusion Deadline: July 3, 2023 (No later than)

Name of Person Filing Exclusion: Jacqueline M Gardes

JACQUELINE M. GARDES

Telephone : ▮

Monday, May 1, 2023

Workhorse Securities Litigation
c/o KCC Class Action Services, LLC
P.O. Box 5100
Larkspur, CA 94977-5100

Madam, Sir,

I request exclusion from the Settlement Class in Farrar v. Workhorse Group, Inc., et al., Civil Action No. 2:21-cv-2072.

Purchase:

Number of Workhorse securities bought: 313
Date bought: February 2, 2021
Unit cost: $35.00
Cost basis: $11,204.32

Sale:

Number of Workhorse securities sold: 313
Date sold: May 25, 2021
Sale price: $8.22090
Sale proceeds: $2,448.64

Best regards,

JACQUELINE M. GARDES



J Gander



£2.20

BY AIR MAIL
par avion

Royal Mail®

Workhorse Securities Litigation
C/o KCC Class Action Services, LLC
P.O. Box 5100
Larkspur, CA 94977-5100
U S A

RECEI
MAY 1 1 2023

TO:

WOF

9497735100 B014



|||||||||||||||||||||||||||||||||||*WOF-EXCL00005*

RECEIVED
June 1, 2023
Claims Center

# Exclusion Cover Page

Case Name: Workhorse Securities Litigation

Case Code:  WOF

Exclusion Deadline: July 3, 2023 (No later than)

Name of Person Filing Exclusion: Philip Theakston

May 23,2023.

Philip Theakston



I request to be excluded from Settlement Class in Farrar v. Workhorse Group, Inc., et al., Civil Action No. 2:21-cv-2072. Please take my name out of this case. Thank You have a nice day.

Signed: *Philip Theakston*

Confirmation Notice Date
JUNE 29, 2020

SETTLEMENT DATE JULY 1, 2020

AS PRINCIPAL, WE CONVERTED AT 1.3843

REFERENCE W0558 / CUSIP US98138J2069 / SECURITY NO. W009733 / ORDER

NO. 370558 / INTERNAL CODES UN 65 / 686 A

Quantity Security Description Unit Price

Bought/Purchased

10 WORKHORSE GROUP INC @ 12.20U$

COM
UNSOLICITED
DA
EXCHANGE RATE 1.38430000

GROSS AMOUNT 122.00
COMMISSION 9.95
SUB TOTAL 131.95 U$
EXCHANGE 50.71
NET AMOUNT 182.66 C$

Confirmation Notice Date
JULY 6, 2020

SETTLEMENT DATE
JULY 8, 2020

REFERENCE 64118 / CUSIP US98138J2069 / SECURITY NO. W009733 / ORDER

NO. 064118 / INTERNAL CODES UN 65 / 686 A

Quantity Security Description Unit Price

Bought/Purchased

7 WORKHORSE GROUP INC @ 21.15U$

COM
UNSOLICITED
DA
EXCHANGE RATE 1.37130000

GROSS AMOUNT 148.05
COMMISSION 9.95
SUB TOTAL 158.00 U$
EXCHANGE 58.67
NET AMOUNT 216.67 C$

Confirmation Notice
DECEMBER 21, 2020

SETTLEMENT DATE DECEMBER 23, 2020
AS PRINCIPAL, WE CONVERTED AT 1.27045
TRANSACTION TYPE SOLD

REFERENCE W8682 / CUSIP US98138J2069 / SECURITY NO. W009733 / ORDER NO. 388682 / INTERNAL CODES UN 65 / 686 A

Quantity Security Description Unit Price
17 WORKHORSE GROUP INC @ 20.79U$

COM
UNSOLICITED
CA
EXCHANGE RATE 1.27045000

GROSS AMOUNT 353.43
COMMISSION 9.95
US TRAN FEE .01
FEE SUB TOTAL 9.96
SUB TOTAL 343.47 U$
EXCHANGE 92.89
NET AMOUNT 436.36CR C$

Sincerely,
Philip Theakston

Signed. *Philip Theakston*

**DO NOT BEND**
**NE PAS PLIER**

from:
de : *Philip Theakston*



to:
à : Workhorse Securities Litigation
c/o kcc class Action Services, LLC
P.O. Box 5100
Larkspur, CA 94977-5100





FLIP
OVER

VOIR AU
VERSO

CANADA POST / POSTES CANADA

**Tracked Packet ™ – USA | Paquet repérable ᴹᶜ – É.–U.**

From:/De :

| | Postage paid / Port payé |
| --- | --- |
| | 00257273 |
| | Date 2023 05 23 |
| | Gross Weight / Poids brut 0.031 kg |
| | Postage Rate / Tarif d'affran. $15.39 CAD |
| | Transaction No. / Nº de transaction 0100914490 |

To:/A :    Tel No.  Nº de tél.: 18447870100 ext 2

RECEIVED JUN 0 1 2023 BY

WORKHORSE SECURITIESLITIGATION
P.O BOX 5100
LARKSPUR CA 94977
UNITED STATES

USPS TRACKING ™ #

LM 187 257 495 CA

| Quantity and Description of Contents Quantités et description du contenu | HS Tariff Code Code tarif SH | Country of Origin Pays d'origine | Net Weight (kg) Poids net (kg) | Value CAD Valeur CAD |
| --- | --- | --- | --- | --- |
| 1 Document | | | 0.000 | 1.00 |

W9F

| X | Document Document | | | Total Value Valeur totale | 1.00 |

Customs: May be opened officially.
Sender warrants that the particulars given in this declaration are correct and the shipment does not contain non-mailable matter.

CN22

Douane: Peut être ouvert d'office.
L'expéditeur atteste que les renseignements donnés dans cette déclaration sont exacts et que l'envoi ne contient pas d'objet inadmissible.

Signature:
RPOS/POVD V2303.0.251
Shipping Label

Customs Declaration / Déclaration en douane

Date:
SPEC 1697 V3
Étiquette d'expédition

**Ph...**
**Po...**
**pour photos**
Pli autocollant
Protège les photos

CANADA POST / POSTES CANADA

**Well packaged, well protected!**
**Bien emballé, bien protégé !**

From anywhere to anyone
De partout jusqu'à vous

(W x L) 15.2 cm x 20.3 cm • 6" x 8"
(l x H) 15.2 cm x 20.3 cm • 6 po x 8 po

CANADA POST APPROVED · APPROUVÉ PAR POSTES CANADA



*WOF-EXCL00006*

RECEIVED
June 15, 2023
Claims Center

# Exclusion Cover Page

Case Name: Workhorse Securities Litigation

Case Code: WOF

Exclusion Deadline: July 3, 2023 (No later than)

Name of Person Filing Exclusion: Gary M Keenan

May 22, 2023

Workhorse Securities Litigation
c/o KCC Class Action Services, LLC P.O. Box 5100
Larkspur, CA 94977-5100
(by regular or express mail)

To Whom it May Concern :

I request exclusion from the Settlement Class in Farrar v Workhorse Group,Inc., et al., Civil Action No. 2:21-cv-2072 for all shares listed below for all three accounts designated below:

Gary M Keenan regular ,- total 200 shares

Bought 12/09/2019–100 shares @ $2.86

Bought 08/13/2020.—100 Shares @ $16.1

██████████████ Gary M Keenan- total 10,650 shares

Bought 12/30/2020–2,300 shares @ $20.94

Bought 01/24/2021–500 shares @ $20.36

Bought 01/15/2021–350 shares @ 24.46

██████████ Gary M Keenan- total 2,675 shares

Bought 08/03/2020–200 shares at $16.13

Bought 12/30/2020–400 shares @ $20.94

Bought 01/24/2021–75 shares @20.84

I also object to this settlement.  Like all other such class actions it is designed to make millions for the lawyers and a pittance for the share holders.



Gary M Keenan

G Kerner

F-76378 | 22-MAY-2023 12:00:31
¢1,813.65

RECEIVED
JUN 1 5 2023
BY:

Workhorse Securities Litigation
f/a KCC Class Action Services, LLC
P.C Box 5100
Larkspur CA 94977-5100
U.S.A.

*RR823931085CR*



RECEIVED
July 3, 2023
Claims Center

# Exclusion Cover Page

Case Name: Workhorse Securities Litigation

Case Code:  WOF

Exclusion Deadline: July 3, 2023 (No later than)

Name of Person Filing Exclusion: Brittani Froug

To Whom it may concern,

My name is Brittani Froug, and I am writing to request exclusion from the Settlement Class in *Farrar v. Workhorse Group, Inc., et al.*, Civil Action No. 2:21-cv-2072.

I held 0 shares of Workhorse securities at the close of trading on March 10, 2020

The following are number of shares of Workhorse securities I purchased, the price I paid and the dates I acquired them, during the Class Period:

1,000 shares purchased on 3/16/2020 for a price of $1.45 per share.

I still hold all these shares.

Sincerely,

Brittani Froug

B. Froug

U.S. POSTAGE PAID
FCM LETTER

34232
JUN 23, 23
AMOUNT

R2304E105852-30

94977

UNITED STATES
POSTAL SERVICE

RECEIVED GE

JUL 03 2023

CLAIMS CENTER

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL** ®

7020 2450 0001 1028 4787

Workhorse Securities Litigation
c/o KCC Class Action Services, LLC
P.O. Box 5100
Larkspur, CA 94977-5100

9497735100 B014

WOF



RECEIVED
July 3, 2023
Claims Center

# Exclusion Cover Page

Case Name: Workhorse Securities Litigation

Case Code:  WOF

Exclusion Deadline: July 3, 2023 (No later than)

Name of Person Filing Exclusion: Brittani Froug and Gary Tiffany

To Whom it may concern,

Brittani Froug & Gary Tiffany are writing to request exclusion from the Settlement Class in *Farrar v. Workhorse Group, Inc., et al.*, Civil Action No. 2:21-cv-2072.

We jointly held 0 shares of Workhorse securities at the close of trading on March 10, 2020

The following are number of shares of Workhorse securities we jointly purchased, the price we paid and the dates we acquired them, during the Class Period:

355 shares purchased on 9/22/2020 for a price of $28.10 per share.
215 shares purchased on 9/23/2020 for a price of $23.11 per share.
225 shares purchased on 9/23/2020 for a price of $22.48 per share.
205 shares purchased on 9/23/2020 for a price of $24.80 per share.
230 shares purchased on 9/24/2020 for a price of $21.35 per share.
320 shares purchased on 10/26/2020 for a price of $18.29 per share.

We still hold all these shares.

Sincerely,

Brittani Froug & Gary Tiffany

G. Tiffany



RDC 99   94977   R2304E105852-30

U.S. POSTAGE PAID
FCM LETTER
34232

RECEIVED GE

JUL 0 3 2023

CLAIMS CENTER

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE



CERTIFIED MAIL®

7021 2720 0002 9970 0530

Workhorse Securities Litigation
c/o KCC Class Action Services, LLC
P.O. Box 5100
Larkspur, CA 94977-5100

9497735100 B014



*WOF-EXCL00009*

RECEIVED
July 3, 2023
Claims Center

# Exclusion Cover Page

Case Name: Workhorse Securities Litigation

Case Code:  WOF

Exclusion Deadline: July 3, 2023 (No later than)

Name of Person Filing Exclusion: Gary Tiffany

To Whom it may concern,

My name is Gary Tiffany, and I am writing to request exclusion from the Settlement Class in *Farrar v. Workhorse Group, Inc., et al.*, Civil Action No. 2:21-cv-2072.

I held 100,192 shares of Workhorse securities at the close of trading on March 10, 2020

The following are number of shares of Workhorse securities I purchased, the price I paid and the dates I acquired them, during the Class Period:

7,000 shares purchased on 3/16/2020 for a price of $1.44 per share.
2,801 shares purchased on 5/28/2020 for a price of $2.56 per share.
10,199 shares purchased on 5/29/2020 for a price of $2.52 per share.
588 shares purchased on 9/03/2020 for a price of $17.00 per share.

I still hold all these shares.

Sincerely,

Gary Tiffany

G. Tiffany

U.S. POSTAGE PAID
FCM LETTER
JUN 23, 23
AMOUNT
**$4.78**
R2304E105852-30

UNITED STATES
POSTAL SERVICE

RDC 99

94977

RECEIVED GE

JUL 0 3 2023

CLAIMS CENTER

**CERTIFIED MAIL**

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

7021 2720 0002 9970 0547

Workhorse Securities Litigation
c/o KCC Class Action Services, LLC
P.O. Box 5100
Larkspur, CA 94977-5100

9497755100 B014



RECEIVED
July 3, 2023
Claims Center

# Exclusion Cover Page

Case Name: Workhorse Securities Litigation

Case Code:  WOF

Exclusion Deadline: July 3, 2023 (No later than)

Name of Person Filing Exclusion: Karma Lewis Trust
Gary Tiffany TTEE

To Whom It May Concern,

My name is Gary Tiffany, trustee for "The Karma Lewis Trust", and I am writing to request exclusion from the Settlement Class in *Farrar v. Workhorse Group, Inc., et. al.*, Civil Action No. 2:21-cv-2072.

I held 0 shares of Workhorse securities at the close of trading on March 10, 2020.

The following are the number of shares of Workhorse securities I purchased, the price I paid, and the dates I acquired them, during the Class Period:

360 shares purchased on 9/22/2020 for a price of $27.29 per share.

I still hold these shares.

Sincerely,

Gary Tiffany, TTEE

G. Tiffany



RDC 99

94977

U.S. POSTAGE PAID
FCM LETTER
34232
JUN 23 23
AMOUNT
**$4.78**
R2304E105852-30



PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL®**



7021 2720 0002 9970 0523

Workhorse Securities Litigation
c/o KCC Class Action Services, LLC
P.O. Box 5100
Larkspur, CA 94977-5100

94977$5100 B014



RECEIVED
July 3, 2023
Claims Center

# Exclusion Cover Page

Case Name: Workhorse Securities Litigation

Case Code: WOF

Exclusion Deadline: July 3, 2023 (No later than)

Name of Person Filing Exclusion: Debra W Tiffany

To Whom It May Concern,

My name is Debra W. Tiffany, and I am writing to request exclusion from the Settlement Class in *Farrar v. Workhorse Group, Inc., et. al.*, Civil Action No. 2:21-cv-2072.

I held 0 shares of Workhorse securities at the close of trading on March 10, 2020.

The following are the number of shares of Workhorse securities I purchased, the price I paid, and the dates I acquired them, during the Class Period:

500 shares purchased on 9/1/2020 for a price of $19.59 per share.

I no longer hold these shares.  They were disposed of on June 6, 2023.

Sincerely,

Debra W. Tiffany

Debra W. Tiffany

D. Tiffany



RECEIVED GE

JUL 0 3 2023

CLAIMS CENTER

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL®**

U.S. POSTAGE PAID
FCM LETTER
34232
AMOUNT
**$4.78**
R2304E105852-30

UNITED STATES
POSTAL SERVICE

RDC 99        94977

7021 2720 0002 9969 7861

Workhorse Securities Litigation
c/o KCC Class Action Services, LLC
P.O. Box 5100
Larkspur, CA 94977-5100

94977$5100 B014



RECEIVED
July 11, 2023
Claims Center

# Exclusion Cover Page

Case Name: Workhorse Securities Litigation

Case Code:  WOF

Exclusion Deadline: July 3, 2023 (No later than)

Name of Person Filing Exclusion: Richard L Jackson

**Richard L. Jackson**

███████████████████████

**Phone:** ██████████████

**July 1, 2023**

~~Workhorse Securities Litigation c/o KCC Class Action Services, LLC P.O. Box 5100 Larkspur, CA 94977-5100 (by regular or express mail)~~

To: **Workhorse Securities Litigation c/o KCC Class Action Services, LLC 1 McInnis Parkway San Rafael, CA 94903 (by express delivery service)**

**Subject: Exclusion request, 7 shares**

**I, Richard L. Jackson request exclusion from the Settlement Class in Farrar v. Workhorse Group, Inc., et al., Civil Action No. 2:21-cv-2072.**

*Richard L. Jackson*

*OVER*

*page 1 of 2*

I held 7 (SEVEN) shares of Workhorse securities at the close of trading on March 10, 2020.

I had purchased a total of 7 (SEVEN) Workhorse common stock shares / securities on February 24, 2021 for a unit price per share of $22.8930.

The total price for 7 (SEVEN) shares was $160.25 not including broker commission.

I currently own / hold the referenced stock in my portfolio.

Please process an exclusion of me from the settlement and advise by US Mail.

Sincerely,

Richard L. Jackson

Page 2 of 2

Richard Jackson

RECEIV'

'. 1

**Workhorse Securities Litigation
c/o KCC Class Action Services, LLC
1 McInnis Parkway
San Rafael, CA 94903**

279399

RECEIVED
JUL 11 2023

W of