**KAHN SWICK & FOTI, LLC**
Kim E. Miller (SBN 178370)
kim.miller@ksfcounsel.com
250 Park Avenue, 7th Floor
New York, NY 10177
Telephone: (212) 696-3730
Facsimile: (504) 455-1498

*Lead Counsel for Lead Plaintiff Timothy M. Weis,*
*Additional Plaintiff Angelo Federico, and the Settlement Class*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAM FARRAR, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> WORKHORSE GROUP, INC., DUANE HUGHES, STEVE SCHRADER, ROBERT WILLISON, and GREGORY ACKERSON <br><br> Defendants. | Case No. 2:21-cv-02072-CJC-PVC <br><br> SUPPLEMENTAL DECLARATION OF KIM E. MILLER IN FURTHER SUPPORT OF FINAL APPROVAL OF CLASS ACTION SETTLEMENT, PLAN OF ALLOCATION OF SETTLEMENT PROCEEDS, AND APPLICATION FOR AN AWARD OF ATTORNEYS' FEES, REIMBURSEMENT OF LITIGATION EXPENSES, AND COMPENSATORY AWARDS TO SETTLEMENT CLASS REPRESENTATIVES |

I, KIM E. MILLER, hereby declare as follows:

1.     I am a partner at Kahn Swick & Foti, LLC ("KSF"), Lead Counsel for Lead Plaintiff Timothy M. Weis ("Lead Plaintiff"), Additional Plaintiff Angelo Federico ("Additional Plaintiff" and, together with Lead Plaintiff, "Settlement Class Representatives") and the Settlement Class.  I am an attorney admitted to practice in this Court. Unless otherwise indicated, the statements made in this Declaration are based upon my personal knowledge.

2.     I respectfully submit this Supplemental Declaration in further support of Lead Plaintiff's motions for: (1) approval of the $35,000,000 Settlement ($15,000,000 in cash and $20,000,000 in shares of Workhorse common stock) (the "Settlement") and the proposed plan for allocating the Settlement proceeds to eligible members of the Settlement Class (the "Plan of Allocation"); and (2) Lead Counsel's application for an award of attorneys' fees of 25% of the Settlement Fund, plus interest, reimbursement of reasonable litigation expenses of $112,027.51, plus accrued interest, and compensatory awards of $5,000 each for Lead Plaintiff Timothy M. Weis and Additional Plaintiff Angelo Federico ($10,000 total), pursuant to 15 U.S.C. § 78u-4(a)(4).

3.     Attached as Exhibit A is a true and correct copy of the June 30, 2023 objection received from Craig Call and Patricia Call, redacted to protect confidential, personally-identifiable information.

4.     Attached as Exhibit B is a true and correct copy of the June 30, 2023 objection received from Patricia Call, redacted to protect confidential, personally-identifiable information.

I declare under penalty of perjury of the laws of the United States of America and the State of Connecticut that the foregoing is true and correct.

Executed this 17th day of July, 2023 at Greenwich, Connecticut.

/s/ *Kim E. Miller*

Kim E. Miller

SUPPLEMENTAL DECLARATION OF KIM E. MILLER
IN FURTHER SUPPORT OF FINAL APPROVAL
Case No. 2:21-CV-02072-CJC-PVC