# EXHIBIT A

Case Name:  Farrar v. Workhorse Group, Inc., et al

Case Number:  2:21-cv-02072-CJC-PVC

Hearing Date:  July 24, 2023 at 1:30 pm in Courtroom 9B of the Ronald Reagan Federal Building and United States Courthouse, 411 West Fourth Street, Santa Ana, CA 92701

Case Name:  Farrar v. Workhorse Group, Inc., et al

Case Number:  2:21-cv-02072-CJC-PVC

Hearing Date:  July 24, 2023 at 1:30 pm in Courtroom 9B of the Ronald Reagan Federal Building and United States Courthouse, 411 West Fourth Street, Santa Ana, CA 92701


June 30, 2023


Clerk of Court, Kahn Swick & Foti, LLC:


135 shares of Workhorse purchased on 09/02/2020. NO shares sold. Currently own 135 shares of Workhorse. We object to this settlement because we will receive NO compensation due to the terms of this settlement. We object to this settlement because it is set up to only benefit the attorneys and the shareholders holding a very large number of shares. This large payout will increase the probability of bankruptcy for the company who is trying to survive.

Craig Call and Patricia Call

70163-110735

Lewis S. Khan
Kahn Swick + Foti, LLC
1100 Poydras Street, Suite 960
New Orleans, LA 70163

GREENSBORO NC
PIEDMONT TRIAD AF
30 JUN 2023   PM