# EXHIBIT B

Case Name:  Farrar v. Workhorse Group, Inc., et al

Case Number:  2:21-cv-02072-CJC-PVC

Hearing Date:  July 24, 2023 at 1:30 pm in Courtroom 9B of the Ronald Reagan Federal Building and United States Courthouse, 411 West Fourth Street, Santa Ana, CA 92701

Case Name:  Farrar v. Workhorse Group, Inc., et al

Case Number:  2:21-cv-02072-CJC-PVC

Hearing Date:  July 24, 2023 at 1:30 pm in Courtroom 9B of the Ronald Reagan Federal Building and United States Courthouse, 411 West Fourth Street, Santa Ana, CA 92701


June 30, 2023


Clerk of Court, Kahn Swick & Foti, LLC:


100 shares of Workhorse purchased on 12/02/2020. NO shares sold. Currently own 100 shares of Workhorse. I object to this settlement because I will receive NO compensation due to the terms of this settlement. I object to this settlement because it is set up to only benefit the attorneys and the shareholders holding a very large number of shares. This large payout will increase the probability of bankruptcy for the company who is trying to survive.



Patricia Call

██ ██ █████

█████ ██ ███

████████ )

P. Call



GREENSBORO NC   270
PIEDMONT TRIAD AREA
30 JUN 2023 · PM 3 · L

Lewis S. Khan
Kahn Swick & Foti, LLC
1100 Poydras Street, Suite 960
New Orleans, LA 70163

70163-110735