**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Lead Case No. CV 21-02072-CJC (PVCx)                    Date:  July 20, 2023

Title: SAM FARRAR v. WORKHORSE GROUP, INC., *et al.*

PRESENT:

### HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE

Rolls Royce Paschal                              N/A
Deputy Clerk                              Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT:

None Present                              None Present

**PROCEEDINGS: (IN CHAMBERS) ORDER DIRECTING LEAD COUNSEL TO
FILE STATEMENT REGARDING SETTLEMENT ADMINISTRATION COSTS**

Before the Court are Plaintiffs' motions for final approval of class action
settlement (Dkt. 107) and for attorney fees, costs, and incentive awards (Dkt. 108).  In
connection with these motions, Plaintiffs provide the Court information regarding the
amount of cash and stock Defendants will pay under the proposed settlement, the amount
of fees and litigation costs Lead Counsel seek, and the amount of the incentive awards
Plaintiffs seek.  However, Plaintiffs do not provide the Court with any information
regarding settlement administration costs, which are to be deducted from the gross
settlement amount before distribution to the class.  This appears problematic because
unreasonable settlement administration costs would weigh against granting final approval
of the proposed settlement.  Accordingly, the Court **ORDERS** Lead Counsel to file, by
**July 24, 2023 at 9:30 a.m.,** a statement regarding the amount of settlement
administration costs that the parties seek the Court to award in this case.

cbt

MINUTES FORM 11
CIVIL-GEN                                        Initials of Deputy Clerk RRP