**KAHN SWICK & FOTI, LLC**
Kim E. Miller (SBN 178370)
kim.miller@ksfcounsel.com
250 Park Avenue, 7th Floor
New York, NY 10177
Telephone: (212) 696-3730
Facsimile: (504) 455-1498

*Lead Counsel for Lead Plaintiff Timothy M. Weis,*
*Additional Plaintiff Angelo Federico, and the Settlement Class*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAM FARRAR, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> WORKHORSE GROUP, INC., DUANE HUGHES, STEVE SCHRADER, ROBERT WILLISON, and GREGORY ACKERSON <br><br> Defendants. | Case No. 2:21-cv-02072-CJC-PVC <br><br> LEAD COUNSEL'S STATEMENT ON SETTLEMENT ADMINISTRATION COSTS PURSUANT TO THE COURT'S JULY 20, 2023 ORDER <br><br> JUDGE: Hon. Cormac J. Carney <br> DATE: July 24, 2023 <br> TIME: 1:30 p.m. <br> CTRM: 9B |

Pursuant to the Court's July 20, 2023 Order (ECF No. 118), Lead Plaintiff Timothy M. Weis, on behalf of the Settlement Class, and Lead Counsel Kahn Swick & Foti, LLC, respectfully submit this statement regarding settlement administration costs.

The Stipulation of Settlement (ECF No. 105-2) provides that the Settlement Fund shall be applied to pay "Class Notice and Administration Expenses," defined as "all the costs and expenses reasonably and actually incurred in connection with providing Notice, locating Settlement Class Members, assisting with the filing of claims, administering and distributing the Settlement Fund to Authorized Claimants, processing Claim Forms, and pay escrow fees and costs, if any…." Stip. at ¶ 5.2(a); *see also* Stip. at ¶ 2.15.[1] As recounted in Lead Plaintiff's Motion for Preliminary Approval, the Court-appointed Claims Administrator, KCC Class Action Services, LLC ("KCC"), was "selected by Lead Counsel after a competitive bidding process…." ECF No. 105 at 14. In approving KCC's appointment, moreover, the Court recognized that "KCC specializes in providing administrative services in class action litigation and has extensive experience" administering class action settlements. ECF No. 106 (quoting *Retina Assocs. Med. Group v. Keeler Instruments*, No. 18-cv-01358, 2019 U.S. Dist. LEXIS 240001, *14 (C.D. Cal. July 22, 2019) (Carney, J.)).

---

[1] The Ninth Circuit and its district courts have consistently recognized the direct benefit(s) notice and claims administration expenses confer upon the class. *See, e.g.*, *Staton v. Boeing Co.*, 327 F.3d 938, 975 (9th Cir. 2003) ("The post-settlement cost of providing notice to the class can reasonably be considered a benefit to the class."); *Resnick v. Frank (In re Online DVD-Rental Antitrust Litig.)*, 779 F.3d 934, 953 (9th Cir. 2015) ("[T]he [district] court explicitly explained how administrative costs in particular make it possible to distribute a settlement award "in a meaningful and significant way." Similarly, notice costs allow class members to learn about a settlement and litigation expenses make the entire action possible."); *Nigh v. Humphreys Pharmacal, Inc.*, No. 12-cv-2714, 2013 U.S. Dist. LEXIS 161215, at *27 (S.D. Cal. Oct. 23, 2013) ("Claim administration is necessary for the distribution of the settlement fund and therefore directly benefits the Class. Further, payment of administration costs from the Settlement Fund does not harm the Class.").

STATEMENT ON SETTLEMENT
ADMINISTRATION COSTS
2:21-cv-02072-CJC-PVC

As of July 13, 2023, the Claims Administrator sent Notices to 848,849 potential Settlement Class Members. *See* Supplemental Declaration of Lance Cavallo ("Supp. Cavallo Decl.) (ECF No. 115), at ¶ 2. In response, the Claims Administrator received 25,518 Proofs of Claim. *Id.* at ¶ 3. Attached hereto is a Declaration of Kim E. Miller ("Miller Declaration") that itself attaches true and correct copies of the Claims Administrator's invoices for Class Notice and Administration Expenses incurred through the end of June 2023. *See* Miller Decl. at Ex.1 and Ex. 2. Those invoices total $252,360.47, including $149,853.43 for reimbursement to third-party broker/nominees for expenses incurred in connection with providing notice to beneficial owners. While the Claims Administrator, at the request of Lead Counsel and pursuant to the Court's preliminary approval order (ECF No. 106), took steps to minimize these costs by implementing an "email-first" notice program and limiting broker/nominee expense reimbursement to $0.03 per notice, third-party broker/nominees nevertheless required the Claims Administrator to incur additional printing and postage expenses by requesting Postcard Notices, as opposed to providing beneficial owner e-mail addresses.[2] *See* Supp. Cavallo Decl. at ¶ 2.

The attached Miller Declaration also sets forth Lead Counsel's best estimate of the total, maximum Class Notice and Administration Expenses in this case. This figure includes all expenses incurred to date ($252,360.47), the Claims Administrator's estimate of future Class Notice and Administration Expenses to be incurred from July 2023 through distribution of the Settlement Fund ($250,000), as well as estimated maximum costs for liquidation or distribution of the Settlement Stock ($400,000). *See* Miller Decl. at ¶¶ 2-6. Thus, in total, Lead Counsel estimates

---

[2] Nevertheless, the expense saved by printing and mailing Postcard Notices, as opposed to "Notice Packets" containing the Long-Form Notice and Proof of Claim forms, was itself considerable.

STATEMENT ON SETTLEMENT
ADMINISTRATION COSTS
2:21-cv-02072-CJC-PVC

that Class Notice and Administration Expenses will not exceed $925,000 and will likely be no greater than $902,360.47. *Id.* at ¶ 7.

While this figure is no-doubt substantial,[3] Lead Plaintiff and Lead Counsel nevertheless respectfully submit that these expenses are both necessary and reasonable in light of the number of Notices sent and claims received,[4] as well as the significant additional consideration (beyond the $15 million in Settlement Cash) that Lead Plaintiff and Lead Counsel obtained for the Settlement Class in the form of $20 million worth of Settlement Stock. Put simply, the additional expense associated with the liquidation or distribution of Settlement Stock in this securities class action is directly beneficial to the Settlement Class, allowing meaningful additional consideration to be distributed to Authorized Claimants.

Lead Counsel appreciates the Court's concern and looks forward to answering any additional questions the Court may have at the July 24, 2023 Final Approval Hearing.

DATED: July 21, 2023

**KAHN SWICK & FOTI, LLC**

By: */s/ Kim E. Miller*
Kim E. Miller (SBN 178370)
kim.miller@ksfcounsel.com
250 Park Avenue, 7th Floor

---

[3] At $925,000, the total maximum estimated Class Notice and Administration Expenses represent approximately 2.6% of the $35 million Settlement Amount. As this Court has previously recognized, courts within this Circuit have approved claims administration expenses representing approximately 3.8% of the corresponding settlement fund. *See Pawel I. Kmiec et al. v. Powerwave Technologies, Inc., et al.,* No. 12-cv-0222, at 16 n.3 (C.D. Cal. July 11, 2016) (Carney, J.).

[4] Courts within this Circuit have recognized that the reasonableness of notice and claims administration expenses should be considered "in light of the number of Notice Packets that the Claims Administrator was required to process." *Barbosa v. Cargill Meat Sols. Corp.,* 297 F.R.D. 431, 454 (E.D. Cal. 2013); *see also In re Anthem, Inc. Data Breach Litig.,* No. 15-MD-02617, 2018 U.S. Dist. LEXIS 140137, at *95 (N.D. Cal. Aug. 17, 2018) (approving notice and claims administration expenses of approximately $23 million, or 20% of the $115 million settlement fund, where over $14 million of those expenses were "attributable to postage for mailing notice to more than 54 million Settlement Class Members with known addresses").

STATEMENT ON SETTLEMENT
ADMINISTRATION COSTS
2:21-cv-02072-CJC-PVC

New York, NY 10177
Telephone: (212) 696-3730
Facsimile: (504) 455-1498

*Lead Counsel for Lead Plaintiff Timothy M. Weis, Additional Plaintiff Angelo Federico, and the Settlement Class*

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on July 21, 2023, I authorized the electronic filing of the foregoing Statement On Settlement Administration Costs with the Clerk of the Court using the CM/ECF system which will send a Notice of Electronic Filing to the e-mail addresses on the attached Electronic Mail Notice List.

*/s/ Kim E. Miller*
Kim E. Miller

4

STATEMENT ON SETTLEMENT
ADMINISTRATION COSTS
2:21-cv-02072-CJC-PVC