**KAHN SWICK & FOTI, LLC**
Kim E. Miller (SBN 178370)
kim.miller@ksfcounsel.com
250 Park Avenue, 7th Floor
New York, NY 10177
Telephone: (212) 696-3730
Facsimile: (504) 455-1498

*Lead Counsel for Lead Plaintiff Timothy M. Weis,*
*Additional Plaintiff Angelo Federico, and the Settlement Class*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAM FARRAR, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>WORKHORSE GROUP, INC., DUANE HUGHES, STEVE SCHRADER, ROBERT WILLISON, and GREGORY ACKERSON<br><br>Defendants. | Case No. 2:21-cv-02072-CJC-PVC<br><br>DECLARATION OF KIM E. MILLER REGARDING LEAD COUNSEL'S STATEMENT ON SETTLEMENT ADMINISTRATION COSTS PURSUANT TO THE COURT'S JULY 20, 2023 ORDER<br><br>JUDGE: Hon. Cormac J. Carney<br>DATE: July 24, 2023<br>TIME: 1:30 p.m.<br>CTRM: 9B |

I, KIM E. MILLER, hereby declare as follows:

1.      I am a partner at Kahn Swick & Foti, LLC ("KSF"), Lead Counsel for Lead Plaintiff Timothy M. Weis ("Lead Plaintiff"), Additional Plaintiff Angelo Federico ("Additional Plaintiff" and, together with Lead Plaintiff, "Settlement Class Representatives") and the Settlement Class. I am an attorney admitted to practice in this Court. Unless otherwise indicated, the statements made in this Declaration are based upon my personal knowledge.

2.      I respectfully submit this Declaration in support of Lead Counsel's Statement on Settlement Administration Costs Pursuant to the Court's July 20, 2023 Order.

3.      Attached as Exhibit 1 hereto is a true and correct copy of the May 2023 invoice from the Claims Administrator for Class Notice and Administration Expenses totaling $89,006.04.

4.      Attached as Exhibit 2 hereto is a true and correct copy of a draft of the June 2023 invoice from the Claims Administrator for Class Notice and Administration Expenses totaling $163,354.43.

5.      After consultation with the Claims Administrator, Lead Counsel estimates that additional Class Notice and Administration Expenses to be incurred from July 2023 through distribution of the Settlement Fund will not exceed $250,000 before the additional and necessary costs associated with either liquidating or distributing the Settlement Stock.

6.      Lead Counsel estimates that maximum costs associated with either liquidating or distributing the Settlement Stock will not exceed $400,000.

7.      In consideration of the foregoing, Lead Counsel estimates that total maximum Class Notice and Administration Expenses will not exceed $925,000 and will likely be no greater than $902,360.47.

DECLARATION OF KIM E. MILLER
2:21-cv-02072-CJC-PVC

I declare under penalty of perjury of the laws of the United States of America and the State of Connecticut that the foregoing is true and correct.

Executed this 21st day of July, 2023 at Greenwich, Connecticut.

/s/ *Kim E. Miller*
Kim E. Miller

DECLARATION OF KIM E. MILLER
2:21-cv-02072-CJC-PVC

# EXHIBIT 1



P.O. Box 6191, Novato, CA 94948-6191
415-798-5900, 800-211-5201
Fax: 415-892-7354
www.kccllc.com
Fed Tax ID# 20-8049009

Farrar v. Workhorse Group, Inc., et al
Kahn Swick & Foti, LLC
Attn: Matthew Woodard,
1100 Poydras Street
Suite 960
New Orleans LA 70163

| | |
|---|---|
| **Contact** | Lance Cavallo |
| **Telephone** | (415)798-5997 |
| **Job Number** | WOF |

| | | | |
|---|---|---|---|
| **Account Number** | WOF-ROS | **Invoice Date** | 28 June 2023 |
| **Invoice Number** | US_ASG2418786 | **Due Date** | 28 July 2023 |

For services rendered through the end of May 2023

| Expenses | Units | Rate | Amount |
|---|---|---|---|
| Published Notice | | | $5,495.00 |
| NCOA | 3 | $250.00 | $750.00 |
| Initial Mailing | 4,819 | $0.064 | $308.42 |
| Beneficial Holder Post Card | 22,871 | $0.064 | $1,463.75 |
| First Class Postage | | | $22,431.30 |
| Email Notice & Claim Forms | 2,541 | $0.053 | $134.67 |
| Notice & Claim Form Requests | 515 | $2.00 | $1,030.00 |
| Website Setup | 1 | $8,015.00 | $8,015.00 |
| Website Hosting | 4 | $50.00 | $200.00 |
| IVR Line Charges | 42,988.6 | $0.44 | $18,914.99 |
| IVR Programming | | | $3,750.00 |
| Telephone Support | 18,424.8 | $1.25 | $23,031.00 |
| Courier | | | $1,918.66 |
| Federal Express | | | $310.54 |
| Annual PO Box Fee | 1 | $500.00 | $500.00 |
| Broker Reimbursements | | | $383.50 |
| **Total Expenses** | | | **$88,636.83** |



| Account Number | WOF-ROS | | Invoice Date | 28 June 2023 |
|---|---|---|---|---|
| Invoice Number | US_ASG2418786 | | Due Date | 28 July 2023 |

For services rendered through the end of May 2023

| | |
|---|---|
| **Invoice Subtotal** | **$88,636.83** |
| **Total Sales and Use Tax** | **$369.21** |
| **Total Amount Due** | **$89,006.04** |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Please detach and return this portion of the statement with your check to the address listed below.

Please reference your Account Number and Invoice Number on your Remittance.

| | | | |
|---|---|---|---|
| **Account Number** | WOF-ROS | **Remit Check Payments to:** | **Wire Payments to:** |
| **Invoice Number** | US_ASG2418786 | Kurtzman Carson Consultants LLC | Kurtzman Carson Consultants LLC |
| | | Dept CH 16639 | HSBC Bank, NA |
| **Total Amount Due** | $89,006.04 | Palatine, IL 60055-6639 | 452 Fifth Avenue |
| **Amount Paid** | $ | | New York, NY 10081 |

Account # 000183571
FED ABA # 021001088
ACH Routing # 022000020

# EXHIBIT 2

**DRAFT**



P.O. Box 6191, Novato, CA 94948-6191
415-798-5900, 800-211-5201
Fax: 415-892-7354
www.kccllc.com
Fed Tax ID# 92-2292559

Farrar v. Workhorse Group, Inc., et al
Kahn Swick & Foti, LLC
Attn: Matthew Woodard,
1100 Poydras Street
Suite 960
New Orleans LA 70163

| | |
|---|---|
| **Contact** | Lance Cavallo |
| **Telephone** | (415)798-5997 |
| **Job Number** | WOF |

| Account Number | WOF-ROS | | Invoice Date | 14 July 2023 |
|---|---|---|---|---|
| Invoice Number | US_ASG2531903 | | Due Date | 13 August 2023 |

For services rendered through the end of June 2023

| Expenses | Units | Rate | Amount |
|---|---|---|---|
| Beneficial Holder Post Card | 35 | $0.064 | $2.24 |
| First Class Postage | | | $96.14 |
| Notice & Claim Form Requests | 41 | $2.00 | $82.00 |
| Address Search Standard | 29 | | |
| Found & Remailed | 8 | | |
| Website Hosting | 1 | $50.00 | $50.00 |
| IVR Line Charges | 20,762.2 | $0.44 | $9,135.37 |
| Acknowledgement Cards | 64 | | |
| Telephone Support | 3,308.2 | $1.25 | $4,135.25 |
| Broker Reimbursements | | | $149,853.43 |
| **Total Expenses** | | | **$163,354.43** |



**DRAFT**

| Account Number | WOF-ROS | | Invoice Date | 14 July 2023 |
|---|---|---|---|---|
| Invoice Number | US_ASG2531903 | | Due Date | 13 August 2023 |

For services rendered through the end of June 2023

| | |
|---|---|
| **Invoice Subtotal** | **$163,354.43** |
| **Total Sales and Use Tax** | **$0.00** |
| **Total Amount Due** | **$163,354.43** |

- - - - - - - - - - - - - - - - - - - - - - - - Please detach and return this portion of the statement with your check to the address listed below. - - - - - - - - - - - - - - - - - - - - - -

Please reference your Account Number and Invoice Number on your Remittance.

| | | |
|---|---|---|
| **Account Number** | WOF-ROS | **Remit Check Payments to:** Kurtzman Carson Consultants LLC Dept CH 16639 Palatine, IL 60055-6639 |
| **Invoice Number** | US_ASG2531903 | |
| **Total Amount Due** | $163,354.43 | |
| **Amount Paid** | $ | |

**Wire Payments to:**
Kurtzman Carson Consultants LLC
HSBC Bank, NA
452 Fifth Avenue
New York, NY 10081
Account # 000183571
FED ABA # 021001088
ACH Routing # 022000020