# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| Case No. | CV 21-02072-CJC (PVCx) | Date | July 24, 2023 |
|---|---|---|---|
| Title | Sam Farrar v. Workhorse Group, Inc. et al | | |

PRESENT: **HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE**

Rolls Royce Paschal
Deputy Clerk

Deborah Parker
Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:

Kim Miller
Matthew Woodard

ATTORNEYS PRESENT FOR DEFENDANT:

John Stigi, III
Richard Zelichov

PROCEEDINGS:    **LEAD PLAINTIFF'S UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND APPROVAL OF PLAN OF ALLOCATION OF SETTLEMENT PROCEEDS [107]**

**LEAD COUNSEL'S MOTION FOR AN AWARD OF ATTORNEYS' FEES AND EXPENSES AND SERVICE AWARDS TO SETTLEMENT CLASS REPRESENTATIVES [108]**

Cause is called for hearing and counsel make their appearances.    Motions hearing are held.

The Court's tentative ruling is issued.    Counsel submit on the tentative ruling.    The Court orders that the tentative ruling shall become the order of the Court.    Order to issue.

:    07

Initials of Deputy Clerk    rrp