# Exhibit A

*Workhorse Securities Litigation*
c/o KCC Class Action Services
P.O. Box 301133
Los Angeles, CA 90030-1133



00568

00568**P0001-S0005-B0001******AUTO**MIXED AADC 926



Claim Number: WOF -

## NOTICE OF REJECTION

RE: Workhorse Group, Inc. Securities Litigation

Dear Claimant(s),

We have received and processed the Proof of Claim and Release Form ("Claim") you submitted in connection with the settlement of the action *Farrar v. Workhorse Group, Inc., et al.*, Civil Action No. 2:21-cv-2072. We have determined, based on our review of your Claim, that the Claim is deficient or ineligible.

An explanation of the deficiency(ies) in your Claim and what corrective action(s) is (are) required to complete your Claim is set forth on the back of this notice. In order to resolve the deficiency(ies) within your Claim, you must submit a written response with any required documentation, postmarked no later than the Response Due Date printed at the top of this notice. **If you fail to respond by the Response Due Date set forth above, or if your response fails to cure the deficiency(ies) identified, this Claim will be rejected to the extent that those deficiency(ies) remain uncured.** If you agree with our determination regarding your Claim or do not wish to resolve your Claim, no further action is required. If you disagree with the deficiency(ies) identified on the back of this notice, you may contact us for assistance and/or request Court review of our administrative determination regarding your Claim. The instructions for requesting Court review are included on the back of this notice.

The Plan of Allocation for the net proceeds of the Settlement, which has been approved by the Court and is referred to in many of the deficient conditions, is set forth in the Notice of Pendency and Proposed Settlement ("Notice"). The Notice can be viewed or downloaded at www.WorkhorseSecuritiesLitigation.com. **Please note, even if you cure the noted deficiency(ies), your Claim must calculate to a Recognized Claim under the Court-approved Plan of Allocation in order to be included in the list of eligible claims presented to the Court for approval.**

**This is the only notice that you will receive regarding the status of your Claim.** If you have any questions, please email us at info@WorkhorseSecuritiesLitigation.com or call us Toll-Free at 1-844-787-0160.

Regards,

Claims Administrator
Workhorse Securities Litigation

**EXPLANATION OF DEFICIENCY**

**No Recognized Claim.** In accordance with the Court-approved Plan of Allocation set forth in the Notice, your Claim does not calculate to a Recognized Claim and is therefore not eligible to receive a payment from the Net Settlement Fund.

**HOW TO RESOLVE**

This is NOT a curable deficiency, unless you purchased or otherwise acquired shares of Workhorse Group, Inc. common stock between March 10, 2020 and May 10, 2021, inclusive ("Class Period") that were not reflected in the Claim you submitted. If you have eligible transactions in Workhorse Group, Inc. common stock that were not reflected in your original submission, you must return this notice with the information requested on the Claim Form, as well as acceptable documentation to support your new transactions. Acceptable supporting documentation includes trade confirmations, broker statements, or similar documentation that confirms the beneficial owner's name and each transaction's trade date, share quantity, and price per share. Self-generated documentation will not be accepted.

Please note that curing this deficiency is an absolute requirement in order for your Claim to be eligible for a payment from the Net Settlement Fund. If you have any other deficiency and cure it, your Claim will still not calculate to a Recognized Claim under the Plan of Allocation unless this deficiency is cured.

**RESPONSE INSTRUCTIONS**

Enclose any new supporting documentation that is required in order to complete your Claim, **as well as a copy of this notice**.

**Mail to:**

*Workhorse Securities Litigation*
**c/o KCC Class Action Services**
**P.O. Box 301133**
**Los Angeles, CA 90030-1133**

**Email to:** info@WorkhorseSecuritiesLitigation.com

If you do not intend to supply additional information and/or documentation and you disagree with our determination with respect to your Claim, you may request Court review of the determination. To request Court review, you must send a letter to the Claims Administrator **postmarked no later than the Response Due Date on the opposite side of this notice** and it must: (1) specifically state that you "request that the Court review the rejection of your Claim;" (2) state your grounds for contesting the rejection and why your Claim should be accepted; (3) attach any documents you may have to support your argument; and (4) be signed. Please also include a copy of this notice when requesting Court review of the rejection of your Claim. If the dispute concerning your Claim cannot be resolved, your Claim will be presented to the Court for review, which may include public filing of your Claim and supporting documentation with the Court with financial account numbers and certain other information redacted. **PLEASE NOTE: COURT REVIEW SHOULD ONLY BE SOUGHT IF YOU DISAGREE WITH THE CLAIMS ADMINISTRATOR'S DETERMINATION REGARDING YOUR CLAIM.**

*******************************

**Mailing Date:** September 27, 2023

**Response Due Date:** October 17, 2023

*Workhorse Securities Litigation*
c/o KCC Class Action Services
P.O. Box 301133
Los Angeles, CA 90030-1133



01642

01642**P0001-S0011-B0001******AUTO**MIXED AADC 926



Claim Number: WOF - ▇▇▇▇▇

# NOTICE OF REJECTION

RE: <u>Workhorse Group, Inc. Securities Litigation</u>

Dear Claimant(s),

We have received and processed the Proof of Claim and Release Form ("Claim") you submitted in connection with the settlement of the action *Farrar v. Workhorse Group, Inc., et al.*, Civil Action No. 2:21-cv-2072. We have determined, based on our review of your Claim, that the Claim is deficient or ineligible.

An explanation of the deficiency(ies) in your Claim and what corrective action(s) is (are) required to complete your Claim is set forth on the back of this notice. In order to resolve the deficiency(ies) within your Claim, you must submit a written response with any required documentation, postmarked no later than the Response Due Date printed at the top of this notice. **If you fail to respond by the Response Due Date set forth above, or if your response fails to cure the deficiency(ies) identified, this Claim will be rejected to the extent that those deficiency(ies) remain uncured.** If you agree with our determination regarding your Claim or do not wish to resolve your Claim, no further action is required. If you disagree with the deficiency(ies) identified on the back of this notice, you may contact us for assistance and/or request Court review of our administrative determination regarding your Claim. The instructions for requesting Court review are included on the back of this notice.

The Plan of Allocation for the net proceeds of the Settlement, which has been approved by the Court and is referred to in many of the deficient conditions, is set forth in the Notice of Pendency and Proposed Settlement ("Notice"). The Notice can be viewed or downloaded at www.WorkhorseSecuritiesLitigation.com. **Please note, even if you cure the noted deficiency(ies), your Claim must calculate to a Recognized Claim under the Court-approved Plan of Allocation in order to be included in the list of eligible claims presented to the Court for approval.**

**This is the only notice that you will receive regarding the status of your Claim.** If you have any questions, please email us at info@WorkhorseSecuritiesLitigation.com or call us Toll-Free at 1-844-787-0160.

Regards,

Claims Administrator
Workhorse Securities Litigation

Page 1

## EXPLANATION OF DEFICIENCY

**No Purchases in Class Period - Not a Settlement Class Member.** We have determined that this Claim is not eligible to receive a payment from the Net Settlement Fund because your Claim did not include purchases or acquisitions of Workhorse Group, Inc. common stock between March 10, 2020 and May 10, 2021, inclusive ("Class Period"). As such, you do not fit the definition of a Settlement Class Member and your Claim is not eligible to receive a payment from the Net Settlement Fund.

## HOW TO RESOLVE

This is NOT a curable deficiency, unless you purchased or otherwise acquired shares of Workhorse Group, Inc. common stock during the Class Period that were not reflected in the Claim you submitted. If you have eligible transactions in Workhorse Group, Inc. common stock that were not reflected in your original submission, you must return this notice with the information requested on the Claim Form, as well as acceptable documentation to support your new transactions. Acceptable supporting documentation includes trade confirmations, broker statements, or similar documentation that confirms the beneficial owner's name and each transaction's trade date, share quantity, and price per share. Self-generated documentation will not be accepted.

Please note that curing this deficiency is an absolute requirement in order for your Claim to be eligible for a payment from the Net Settlement Fund.

## RESPONSE INSTRUCTIONS

Enclose any new supporting documentation that is required in order to complete your Claim, **as well as a copy of this notice**.

**Mail to:**

**_Workhorse Securities Litigation_**
**c/o KCC Class Action Services**
**P.O. Box 301133**
**Los Angeles, CA 90030-1133**

**Email to:** info@WorkhorseSecuritiesLitigation.com

If you do not intend to supply additional information and/or documentation and you disagree with our determination with respect to your Claim, you may request Court review of the determination. To request Court review, you must send a letter to the Claims Administrator **postmarked no later than the Response Due Date on the opposite side of this notice** and it must: (1) specifically state that you "request that the Court review the rejection of your Claim;" (2) state your grounds for contesting the rejection and why your Claim should be accepted; (3) attach any documents you may have to support your argument; and (4) be signed. Please also include a copy of this notice when requesting Court review of the rejection of your Claim. If the dispute concerning your Claim cannot be resolved, your Claim will be presented to the Court for review, which may include public filing of your Claim and supporting documentation with the Court with financial account numbers and certain other information redacted. **PLEASE NOTE: COURT REVIEW SHOULD ONLY BE SOUGHT IF YOU DISAGREE WITH THE CLAIMS ADMINISTRATOR'S DETERMINATION REGARDING YOUR CLAIM.**

*******************************