# Exhibit B-2

**Workhorse Group, Inc. Securities Litigation**
**Exhibit B-2**
**Late But Otherwise Eligible Claims**

| Claim Number | Recognized Claim |
| --- | --- |
| 103475-8 | $10.38 |
| 103500-2 | $8,596.00 |
| 103520-7 | $227.20 |
| 103524-0 | $24.60 |
| 103529-0 | $87.20 |
| 103563-0 | $68.60 |
| 103582-7 | $3,995.00 |
| 103584-3 | $277.40 |
| 103599-1 | $635.00 |
| 103617-3 | $4,009.00 |
| 103679-3 | $124.38 |
| 103680-7 | $1,598.00 |
| 103749-8 | $2,543.24 |
| 103751-0 | $15.98 |
| 103756-0 | $811.08 |
| 103759-5 | $116.16 |
| 103763-3 | $21.84 |
| 103776-5 | $935.00 |
| 103779-0 | $189,550.68 |
| 103780-3 | $511.00 |
| 103793-5 | $2,315.00 |
| 104216-5 | $15,445.40 |
| 104235-1 | $726.00 |
| 104236-0 | $65.70 |
| 104239-4 | $4,040.00 |
| 104244-0 | $2,012.00 |
| 104245-9 | $2,064.00 |
| 104250-5 | $74.24 |
| 104254-8 | $26,795.00 |
| 104255-6 | $3,325.20 |
| 104256-4 | $45,224.00 |
| 104257-2 | $3,778.25 |
| 104258-0 | $2,063.00 |
| 104259-9 | $2,238.90 |
| 104260-2 | $42.40 |
| 104261-0 | $1,914.00 |
| 104262-9 | $1,727.00 |
| 104263-7 | $1,997.50 |
| 104264-5 | $5,808.00 |
| 104269-6 | $63.70 |
| 104272-6 | $2,606.24 |
| 104273-4 | $3,995.00 |

| | |
|---|---|
| 104274-2 | $1,430.96 |
| 104275-0 | $621.00 |
| 104276-9 | $68,362.79 |
| 104277-7 | $35,170.46 |
| 104278-5 | $625,277.05 |
| 104279-3 | $730.00 |
| 104280-7 | $1,465.00 |
| 409541-3 | $3.73 |
| 409542-1 | $183.32 |
| 409544-8 | $24.82 |
| 409546-4 | $1,168.00 |
| 409547-2 | $181.95 |
| 409548-0 | $47.56 |
| 409550-2 | $1,200.00 |
| 409553-7 | $717.00 |
| 409554-5 | $438.00 |
| 409555-3 | $1,231.00 |
| 409557-0 | $146.00 |
| 409558-8 | $792.00 |
| 409559-6 | $3.45 |
| 409560-0 | $207.74 |
| 409561-8 | $1,855.64 |
| 409562-6 | $422.00 |
| 409563-4 | $219.80 |
| 409564-2 | $783.00 |
| 409565-0 | $148.60 |
| 409566-9 | $1,158.00 |
| 409572-3 | $121.29 |
| 409573-1 | $6.35 |
| 409574-0 | $218.34 |
| 409575-8 | $23.36 |
| 409576-6 | $185.55 |
| 409577-4 | $185.55 |
| 409578-2 | $34.20 |
| 409582-0 | $80.50 |
| 409583-9 | $106.44 |
| 409584-7 | $343.62 |
| 409585-5 | $239.70 |
| 409586-3 | $2,920.00 |
| 409587-1 | $5,900.05 |
| 409588-0 | $460.00 |
| 409590-1 | $421.40 |
| 409591-0 | $16,584.80 |
| 409592-8 | $11.10 |
| 409594-4 | $71.12 |
| 409596-0 | $1,227.24 |
| 409598-7 | $111.36 |

| | |
|---|---|
| 409599-5 | $65.30 |
| 409600-2 | $1,487.52 |
| 409602-9 | $4,538.32 |
| 409604-5 | $3,276.29 |
| 409605-3 | $435.69 |
| 409606-1 | $1,009.02 |
| 409607-0 | $1,214.01 |
| 409608-8 | $448.35 |
| 409609-6 | $3,577.40 |
| 409614-2 | $159,800.00 |
| 409615-0 | $16,908.00 |
| 409618-5 | $13,672.50 |
| 409620-7 | $1,213.32 |
| 409622-3 | $1,598.00 |
| 409624-0 | $1,454.00 |
| 409625-8 | $2,701.00 |
| 409626-6 | $16.80 |
| 409627-4 | $1,857.12 |
| 409628-2 | $42.20 |
| 409629-0 | $2,372.00 |
| 409631-2 | $1,247.04 |
| 409632-0 | $3,892.38 |
| 409633-9 | $21.90 |
| 409636-3 | $83.35 |
| 409637-1 | $70.40 |
| 409638-0 | $1,718.53 |
| 409639-8 | $316.18 |
| 409640-1 | $4.38 |
| 409641-0 | $1,399.00 |
| 409646-0 | $48.18 |
| 409647-9 | $523,659.60 |
| 409648-7 | $1,168.00 |
| 409650-9 | $252.00 |
| 409652-5 | $7,970.00 |
| 409653-3 | $20,950.00 |
| 409655-0 | $292.00 |
| 409656-8 | $564.85 |
| 409657-6 | $265.00 |
| 409658-4 | $240.84 |
| 409659-2 | $6.38 |
| 409660-6 | $3,900.00 |
| 409661-4 | $937.71 |
| 409663-0 | $719.10 |
| 409664-9 | $316.20 |
| 409667-3 | $1,246.44 |
| 409670-3 | $3.90 |
| 409671-1 | $32.12 |

| | |
|---|---|
| 409672-0 | $210.24 |
| 409673-8 | $8,832.18 |
| 409674-6 | $36.50 |
| 409675-4 | $13.36 |
| 409677-0 | $665.20 |
| 409679-7 | $519.89 |
| 409681-9 | $204.40 |
| 409682-7 | $3,339.93 |
| 409684-3 | $753.00 |
| 409686-0 | $627.00 |
| 409687-8 | $1,487.14 |
| 409688-6 | $3,196.00 |
| 409689-4 | $679.17 |
| 409690-8 | $146.00 |
| 409691-6 | $435,892.00 |
| 409692-4 | $1,460.00 |
| 409693-2 | $159.80 |
| 409694-0 | $1,418.39 |
| 409696-7 | $123.00 |
| 409697-5 | $388.06 |
| 409698-3 | $2,375.00 |
| 409699-1 | $1,598.00 |
| 409700-9 | $3,196.00 |
| 409701-7 | $15.84 |
| 409704-1 | $945.00 |
| 409706-8 | $303.00 |
| 409708-4 | $321.20 |
| 409710-6 | $29.20 |
| 409711-4 | $292.00 |
| 409715-7 | $799.00 |
| 409716-5 | $200.48 |
| 409723-8 | $675.90 |
| 409724-6 | $2,057.36 |
| 409725-4 | $15.40 |
| 409729-7 | $3,291.88 |
| 409732-7 | $716.00 |
| 409735-1 | $1,486.00 |
| 409736-0 | $132.32 |
| 409737-8 | $74.30 |
| 409738-6 | $1,339.12 |
| 409741-6 | $20.58 |
| 409743-2 | $894.38 |
| 409744-0 | $723.83 |
| 409749-1 | $607.00 |
| 409750-5 | $76.79 |
| 409751-3 | $4,205.18 |
| 409752-1 | $380.57 |

| | |
|---|---:|
| 409753-0 | $40.25 |
| 409755-6 | $770.10 |
| 409756-4 | $3,021.75 |
| 409757-2 | $148,963.55 |
| 409758-0 | $102.40 |
| 409759-9 | $666.00 |
| 409760-2 | $86.80 |
| 409761-0 | $2,312.70 |
| 409762-9 | $9.78 |
| 409763-7 | $544.79 |
| 409764-5 | $236.00 |
| 409765-3 | $9.21 |
| 409768-8 | $15.98 |
| 409770-0 | $1,646.00 |
| 615923-0 | $42,486.64 |
| 615926-5 | $1,590,726.76 |
| 615927-3 | $486.26 |
| 620803-7 | $113.75 |
| 620822-3 | $447.44 |
| 620824-0 | $14.60 |
| 620831-2 | $146.00 |
| 620833-9 | $2,993.84 |
| 620834-7 | $3,479.03 |
| 620836-3 | $81.76 |
| 620837-1 | $219.00 |
| **Total: 208 Claims** | **$4,191,274.41** |