# Exhibit C

**Keith Datz**

| | |
|---|---|
| **From:** | #NA KCC Workhorse Securities Litigation <Info@workhorsesecuritieslitigation.com> |
| **Sent:** | Wednesday, October 25, 2023 1:54 PM |
| **To:** | ████████ #NA KCC Workhorse Securities Litigation |
| **Subject:** | RE: wof-████████ |

Dear Mr.████

Thank you for confirming; we understand that you are still pursuing Court review of your claim's calculation.

Best regards,
**Claims Administrator**
**Workhorse Group Inc. Securities Litigation**
**info@workhorsesecuritieslitigation.com**

The information in this e-mail and any attachments are for the sole use of the intended recipient and may contain privileged or confidential information. Delivery to other than the intended recipient shall not be deemed to waive any privilege. Any unauthorized use, disclosure, copying or distribution of this message or attachment is strictly prohibited. If you believe that you have received this e-mail in error, please contact the sender immediately and delete the e-mail and all of its attachments.

**From:** ████████████████████████████
**Sent:** Tuesday, October 24, 2023 4:14 PM
**To:** #NA KCC Workhorse Securities Litigation <Info@workhorsesecuritieslitigation.com>
**Subject:** Re: wof-████████

I have a big lost i want the court to review my case because I bought before the news published on feb23 and sold after the news to cut my losses.

On Tue., Oct. 24, 2023, 1:00 p.m. #NA KCC Workhorse Securities Litigation, <Info@workhorsesecuritieslitigation.com> wrote:

Dear Mr. ████████

We greatly appreciate your cooperation in gathering your transaction history together and providing it for our review.

The information you sent has allowed us to conduct a thorough analysis of your documented Workhorse activity during the eligible period. This process is now completed; there are no longer any balance issues, and we can see all corresponding sales and purchases.

As a result, we can now confirm, as stated previously, that your claim remains ineligible. The claim is not eligible because you bought and sold all of your shares on the same day. In order to be eligible, you needed to hold your shares though specific dates.

As illustrated in Table 1 on pg. 10 of the Plan of Allocation (Notice reattached): Workhorse shares bought and sold within the same inflation period calculate to a Recognized Loss of $0.00 (within the same inflation period, the inflation amount on the date of purchase minus the inflation amount on the date of sale will always result in $0.00).

Now that your claim has been balanced, reevaluated, and confirmed to not be eligible pursuant to the Court-approved Plan on Allocation: unless you confirm otherwise, your request for Court review will be withdrawn.

Please let us know if you have any further questions regarding this matter.

Best regards,

Claims Administrator

Workhorse Group Inc. Securities Litigation

info@workhorsesecuritieslitigation.com

The information in this e-mail and any attachments are for the sole use of the intended recipient and may contain privileged or confidential information. Delivery to other than the intended recipient shall not be deemed to waive any privilege. Any unauthorized use, disclosure, copying or distribution of this message or attachment is strictly prohibited. If you believe that you have received this e-mail in error, please contact the sender immediately and delete the e-mail and all of its attachments.

**From:** #NA KCC Workhorse Securities Litigation <Info@workhorsesecuritieslitigation.com>
**Sent:** Tuesday, October 17, 2023 4:39 PM
**To:** ███████████████████████████ #NA KCC Workhorse Securities Litigation <Info@workhorsesecuritieslitigation.com>
**Subject:** RE: wof-████████

Hello,

Thank you for your response. The documentation you have provided will be reviewed and processed accordingly.

Please let us know if you have any other questions.

Kindest regards,

Claims Administrator

Workhorse Group Inc. Securities Litigation

info@workhorsesecuritieslitigation.com

The information in this e-mail and any attachments are for the sole use of the intended recipient and may contain privileged or confidential information. Delivery to other than the intended recipient shall not be deemed to waive any privilege. Any unauthorized use, disclosure, copying or distribution of this message or attachment is strictly prohibited. If you believe that you have received this e-mail in error, please contact the sender immediately and delete the e-mail and all of its attachments.

**From:** ███████████████████████
**Sent:** Tuesday, October 17, 2023 4:23 PM
**To:** #NA KCC Workhorse Securities Litigation <Info@workhorsesecuritieslitigation.com>
**Subject:** wof-███████

Hi Dear this all my transaction between March 10 2020 - Agust 6 2021

I don't have any workhorse stock now.

## Keith Datz

| | |
|---|---|
| **From:** | ████████████████████████████ |
| **Sent:** | Tuesday, October 17, 2023 3:41 PM |
| **To:** | #NA KCC Workhorse Securities Litigation |
| **Subject:** | Re: WOF-███████████ |
| **Attachments:** | 39LRY2F-███████████-transaction-13-Oct-2023.csv |

Hi Dear !
This is all my transaction. I don't have any  Workhorse  stock shares  now.

On Tue, Oct 17, 2023 at 10:07 AM #NA KCC Workhorse Securities Litigation <Info@workhorsesecuritieslitigation.com> wrote:

> Dear Mr. ███████
>
>
> Thank you for putting this information together.
>
> However, this spreadsheet appears to be incomplete. Your original submission included over 200 purchases, whereas your spreadsheet appears to include only 2.
>
> As we will not be able to accurately determine your eligibility unless we identify and restore any missing transactions, we ask the following:
>
> Please kindly provide an updated version of this spreadsheet that lists **all of your Workhorse transactions from March 10, 2020 through August 6, 2021** (including both the first and last dates). When updating your spreadsheet, **please also confirm how many shares, if any, you were already holding at the opening of trading on March 10, 2020**.
>
> Let us know if you have any questions.
>
>
>
> Kindest regards,
>
> Claims Administrator
>
> Workhorse Group Inc. Securities Litigation
>
> info@workhorsesecuritieslitigation.com
>
>
>
> The information in this e-mail and any attachments are for the sole use of the intended recipient and may contain privileged or confidential information. Delivery to other than the intended recipient shall not be deemed to waive any privilege. Any unauthorized use, disclosure, copying or distribution of this message or attachment is strictly prohibited. If you believe that you have received this e-mail in error, please contact the sender immediately and delete the e-mail and all of its attachments.

1

**From:** ████████████████████████

**Sent:** Monday, October 16, 2023 5:32 PM

**To:** #NA KCC Workhorse Securities Litigation <Info@workhorsesecuritieslitigation.com>

**Subject:** WOF-████████

This is all my transaction purchases, sale and gain and lost all in one transaction. this the time period that you needed.

2

## Keith Datz

**From:**              #NA KCC Workhorse Securities Litigation <Info@workhorsesecuritieslitigation.com>
**Sent:**              Thursday, October 12, 2023 11:32 AM
**To:**                ████████ #NA KCC Workhorse Securities Litigation
**Subject:**           RE: Confirmation of rejection letter my claim WOF-████████
**Attachments:**       Workhorse Claim ████████ Transactions.xlsx

Dear Mr. ████████

Thank you for taking my call and discussing your claim.

As we discussed, I have attached a spreadsheet containing all transactions that we have in our system based on your claim submission.

To summarize, your claim must balance:

a)        Shares held at the start of the class period (3/10/20)
b)        Shares purchased during the class period (3/10/20 – 5/10/21)
c)        Shares purchased during the 90-day lookback period (5/11/21 – 8/6/21)

d)        Shares sold during the period (3/10/20 – 8/6/21)
e)        Shares held at the end of the period.

a + b + c **must equal** d + e in order for your claim to balance.

We ask that you kindly review this spreadsheet and advise us on which transactions appear to be missing.

1.  Please pay special attention to (a) above. Did you hold any Workhorse shares at the beginning of the period? Currently, our system shows that you did not. Is this correct?

2.  Did you have any Workhorse transactions during the 90-day lookback period (5/11/21 – 8/6/21)? Currently, our system shows that you did not. Is this correct?

3.  Please also confirm whether you held any shares as of the close of trading on August 6, 2021.

Please provide your comments regarding the balance of your transactions by reply to this e-mail. We cannot guarantee that including any missing holdings and/or transactions with your claim will produce a Recognized Loss Amount in accordance with the Plan of Allocation, but we want to ensure that we are completing a full and accurate review of your potential eligibility.

If you have any questions or would like another call to discuss, please let me know. Thank you.

Best regards,
Keith Datz

**Keith Datz**
Case Specialist>Class Action Services
**KCC**

**M** 201.201.9765
keith.datz@kccllc.com
kccllc.com

**Claims Administrator**
**Workhorse Group Inc. Securities Litigation**
**info@workhorsesecuritieslitigation.com**

The information in this e-mail and any attachments are for the sole use of the intended recipient and may contain privileged or confidential information. Delivery to other than the intended recipient shall not be deemed to waive any privilege. Any unauthorized use, disclosure, copying or distribution of this message or attachment is strictly prohibited. If you believe that you have received this e-mail in error, please contact the sender immediately and delete the e-mail and all of its attachments.

---

**From:** ██████████████████████████
**Sent:** Thursday, October 5, 2023 10:08 PM
**To:** #NA KCC Workhorse Securities Litigation <Info@workhorsesecuritieslitigation.com>
**Subject:** Confirmation of rejection letter my claim WOF-████████

Hi dear My name is ███████████████ I received the notice of rejection letter. I disagree with the decision.  I submitted with this email the confirmation of the transaction. I bought 2800 shares of Workhorse Stock on Feb 23 2021 at a price of around 22.65  that cost around 63223 dollars and sold at price of 16.30 each share that was 45630 dollars. My loss was around 17000 dollars . If you still are not accepting my confirmation of transition, I am requesting the court review in my case. Please let me know if you need more information.
Thank you
████████████████