# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

SAM FARRAR, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

WORKHORSE GROUP, INC., DUANE HUGHES, and STEVE SCHRADER,

    Defendants.

**Lead Case No.: CV 21-02072-CJC (PVCx)**

**ORDER EXPLAING REASONS FOR APPROVING CLAIMS ADMINISTRATOR'S ADMINISTRATIVE DETERMINATION ON DISPUTED CLAIM**

The Court previously granted in substantial part a motion for final settlement approval of this securities class action and entered final judgment. (Dkts. 121–22.) Plaintiffs then filed a Motion for Disbursement of Funds and Approval of Distribution Plan (Dkt. 123), which the Court granted. In this order, the Court explains its reasons for approving the Claims Administrator Kurtzman Carson Consultants LLC's ("KCC") administrative determination to reject the Disputed Claim. (*See* Order Approving Distribution Plan ¶ 3(b).)

-1-

For any claims KCC determined to be defective or ineligible, KCC sent a Notice of Rejection, which was a letter or email to the person or entity filing the claim describing the defect or condition of ineligibility and the steps necessary to cure any curable defect. (Dkt. 1323 at 3.)  The Notices of Rejection advised that the person or entity had to send the appropriate information or evidence to complete the claim within twenty days or KCC would recommend the claim for rejection.  (*Id.*)  They further advised that within twenty days, the person or entity could contest the rejection and request Court review of KCC's administrative determination.  (*Id.*)

KCC determined that 14,747 claims were acceptable in whole or in part and that 19,117 claims should be rejected as ineligible for recovery from the Net Settlement Fund. (*Id.*)  Twelve people or entities initially requested Court review.  (*Id.*)  After KCC further conferred with these people or entities, all but one of the requests for Court review were withdrawn. (*Id.* at 4.)  Plaintiffs refer to the one remaining request for Court review as the "Disputed Claim."  (*Id.*)

KCC properly rejected the Disputed Claim.  The person with the Disputed Claim (whose identity the Court does not know) bought and sold their shares of Workhorse stock on February 23, 2021 and claimed a loss of $17,000.  (*See* Dkt. 124-5.)  However, as the KCC representative explained to the person who filed the Disputed Claim, the Disputed Claim was ineligible because the person "bought and sold all of [their] shares on the same day." (Dkt. 124-5 at 2.)  Specifically, the Plan of Allocation, which the Court approved, explained:

> 3. Plaintiffs allege that Defendants made false statements and omitted material facts during a period from March 10, 2020, through May 10, 2021, inclusive, which inflated the price of Workhorse common stock.  Plaintiffs argue that multiple corrective disclosures released to the market during the Class Period revealed the allegedly misrepresented information,

impacted the market price of Workhorse common stock, and partially removed alleged artificial inflation from the Workhorse common stock price on February 23, 2021 and May 10, 2021.  Again, Defendants deny they made any false statements or omissions or that such alleged statements or omissions resulted in artificial inflation.

4. Accordingly, in order to have a Recognized Loss under the Plan of Allocation, a Settlement Class Member who or which purchased or otherwise acquired Workhorse common stock during the Class Period *must have held those shares through at least one of the dates where Plaintiffs allege new corrective information was released to the market and partially removed the alleged artificial inflation from the price of Workhorse common stock*.

(Dkt. 105-2 at 67.)  Shares bought and sold within the same "inflation period"—that is, in periods not interrupted by allegedly new corrective information—therefore "calculate to a Recognized Loss of $0.00."  (Dkt. 124-5 at 3; *see* Dkt. 105-2 at 72 [Table 1].)  Since the person who filed the Disputed Claim bought and sold their shares on the same day, those shares were bought and sold in the same inflation period and the person who filed the Disputed Claim suffered no Recognized Loss under the Plan of Allocation.

DATED:    February 7, 2024

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE

-3-